United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **RDX Technologies Corporation** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Ridgeline Energy Services Inc.** | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **98-1070278** |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14747 North Northsight Boulevard Suite 111-133 Scottsdale, AZ 85260** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

District __Arizona__    When __12/17/15__    Case number __2:15-bk-15859-PS__

District _____    When _____    Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

**11. Why is the case filed in *this district?***     *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name   _____

           Phone             _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 5, 2017**
     MM / DD / YYYY

**X** **/s/ Tony Ker**                  **Tony Ker**
Signature of authorized representative of debtor      Printed name

Title    **Director**

**18. Signature of attorney**

**X** **/s/ Mark J. Giunta**         Date   **December 5, 2017**
Signature of attorney for debtor            MM / DD / YYYY

**Mark J. Giunta 015079**
Printed name

**Law Office of Mark J. Giunta**
Firm name

**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**015079**
Bar number and State

# RDX TECHNOLOGIES CORPORATION

A Delaware Corporation

## RESOLUTION

Tony Ker, as acting CEO of RDX Technologies Corporation ("Corporation"), hereby adopts the following Resolution:

**RESOLVED,** that it is desirable and in the best interest of the Corporation, its shareholders and other interested parties, that a Voluntary Petition be filed by the Company in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of the Title 11 of the United States Code, and it is

**FURTHER RESOLVED**, that Tony Ker, as acting CEO of the Corporation, be and hereby is authorized on behalf of the Corporation to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is

**FURTHER RESOLVED**, that the Corporation is authorized to retain Mark J. Giunta as counsel for RDX Technologies Corporation.

Dated this __5__ day of December, 2017.

_____
Tony Ker, as acting CEO of
RDX Technologies
Corporation.

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 5, 2017**    *X* **/s/ Tony Ker**
                                   Signature of individual signing on behalf of debtor

                                   **Tony Ker**
                                   Printed name

                                   **Director**
                                   Position or relationship to debtor

| | |
|---|---|
| Debtor name | **RDX Technologies Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Airport Property Specialists, LLC**<br>**14605 North Airport Drive**<br>**Scottsdale, AZ 85260** | | **Trade debt** | | | | $150,352.34 |
| **Anthony Ker**<br>**1240 McPhee Road**<br>**Naramata, bc V0H 1N1** | | | | | | $294,716.80 |
| **BNSF Logistics, LLC**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | | **Trade debt** | | | | $124,297.16 |
| **Bradley Tanks, Inc.**<br>**301 Durham Court**<br>**Danville, CA 94526** | | **Trade debt** | | | | $115,080.00 |
| **Constellation New Energy Gas**<br>**Bank of America**<br>**Lockbox Services**<br>**Chicago, IL 60693** | | **Trade debt** | | | | $144,149.94 |
| **County Sanitation District of LA**<br>**1995 Workman Mill Road**<br>**Bellflower, CA 90706** | | **Trade debt** | | | | $106,197.73 |
| **CWT Canada II Limited Partnership, et al**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | | **Judgment** | | | | $17,000,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CWT Canada II Limited Partnership, et al 1209 Orange Street Wilmington, DE 19801 | | Judgment | | | | $649,131.09 |
| Dennis M. and Elizabeth J. Danzik 106322 North Scottsdale Road Scottsdale, AZ 85254 | | | | | | $4,369,616.00 |
| Dorsey & Whitney P.O. Box 1680 Minneapolis, MN 55480 | | Trade debt | | | | $162,371.07 |
| Enterprise Holdings 709 Milner Avenue Scarborough ON | | Trade debt | | | | $109,000.00 |
| GEM Holdco 590 Madison Avenue New York, NY 10022 | | | Disputed | | | $133,750.00 |
| GEM Holdco, LLC, et al. 590 Madison Avenue New York, NY 10022 | | Judgment | Disputed | | | $9,023,534.49 |
| Greenberg Traurig 2101 L Street, NW Washington, DC 20037 | | | Disputed | | | $1,416,347.42 |
| Oros & Busch Application Technologies P.O. Box 37 Defiance, MO 63341 | | | Disputed | | | $136,816.52 |
| Rail America/MMA P.O. Box 409590 Atlanta, GA 30384 | | Trade debt | | | | $97,106.25 |
| Sugar Milner Peterson Miranda Williamson 4100 Newport Place Newport Beach, CA 92660 | | Attorneys' fees | | | | $116,778.15 |
| Trango Technology, Inc. 25850 North Tennyson Lane Stevenson Ranch, CA 91381 | | Trade debt | | | | $124,572.05 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travelers Dept. 68856 Dallas, TX 75266** | | **Trade debt** | | | | **$145,722.16** |
| **US Peroxide 13475 Collections Center Drive Chicago, IL 60693** | | **Trade debt** | | | | **$146,191.03** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor name   **RDX Technologies Corporation**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.     *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................    $     **925,000.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................    $     **925,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **0.00**

3.     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **37,243,426.65**

4.     **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b    $     **37,243,426.65**

Case 2:17-bk-14387-PS     Doc 1     Filed 12/05/17     Entered 12/05/17 16:56:04     Desc
Main Document     Page 10 of 104

Debtor name **RDX Technologies Corporation**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                    % of ownership | | |
|     **Ridgeline Energy Services (USA), Inc.** | | |
| 15.1.   **RDX Technologies Corporation subsidiary**    **100**   % | | **$425,000.00** |

| | | | | |
|---|---|---|---|---|
| | **Ridgeline Eau Claire, Inc. (Alberta)** | | | |
| 15.2. | **RDX Technologies Corporation subsidiary** | **100** | % | **$500,000.00** |
| | **Danzik Hydrological Sciences, LLC** | | | |
| 15.3. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **RDX Energy Group, LLC** | | | |
| 15.4. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **RDX Intellectual Property, LLC** | | | |
| 15.5. | **RDX Technologies Corporation subsidiary (Never been used)** | **100** | % | **$0.00** |
| | **RDX Applied Technologies I, LLC** | | | |
| 15.6. | **RDX Technologies Corporation subsidiary (Never been used)** | **100** | % | **$0.00** |
| | **RDX Operations, Inc.** | | | |
| 15.7. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **RDX Water Group Technologies, LP** | | | |
| 15.8. | **RDX Technologies Corporation subsidiary (Never been used)** | **100** | % | **$0.00** |
| | **Changing World Technologies, LP** | | | |
| 15.9. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **Renewable Environmental Solutions, LLC** | | | |
| 15.10. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **Thermo-Depolymerization Prcoess, LLC** | | | |
| 15.11. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **TECH, LLC** | | | |
| 15.12. | **RDX Technologies Corporation subsidiary** | **100** | % | **$0.00** |
| | **Piedmont Technical Services, Inc.** | | | |
| 15.13. | **RDX Technologies Corporation subsidiary** | | % | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**

       Add lines 14 through 16. Copy the total to line 83.

| $925,000.00 |
| --- |

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Potential counterclaim against CWT Canada II Limited
       Partnership, Resource Recovery Corporation, Dave
       Bogardus, Candie Blazar, Jean Noelting, Mark Shoom,
       Roycap, Foth Engineering, Ed Tobin, GEM America,
       Global Emerging Markets, Bruce MacFarlane, Brian
       Appel, and John Shaw**

       **(Damages may be substantial, but as of yet the claims
       are unliquidated and any market value would be
       unknown.)**                                                                              **$0.00**
       Nature of claim        _____
       Amount requested                    **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $925,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $925,000.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92        $925,000.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name __RDX Technologies Corporation__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) _____

☐ Check if this is an
 amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $375.00 |
| | **A Clear Alternative, Inc.** | |
| | **9230 Collins Avenue** | |
| | **Pennsauken, NJ 08110** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | $390.35 |
| | **A&B Tire** | |
| | **10659 Forest Street** | |
| | **Santa Fe Springs, CA 90670** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | $7,016.87 |
| | **A&R Welding, Inc.** | |
| | **942 South Sante Fe Avenue** | |
| | **Compton, CA 90221** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | $359.58 |
| | **AAVCO Electric, Inc.** | |
| | **13746 Crewe Street** | |
| | **Whittier, CA 90605** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document        Page 17 of 104

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,872.66** |
|---|---|---|---|
| | **Adler Tank Rentals**<br>**P.O. Box 45081**<br>**San Francisco, CA 94145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,760.95** |
|---|---|---|---|
| | **Adler Tank Rentals**<br>**5700 Las Positas Road**<br>**Livermore, CA 94551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,857.50** |
|---|---|---|---|
| | **Advanced Technology Labs**<br>**P.O. Box 112**<br>**Altamont, KS 67330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.08** |
|---|---|---|---|
| | **Aflac**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309.44** |
|---|---|---|---|
| | **Airgas East**<br>**17 Northwestern Drive**<br>**Salem, NH 03079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,928.17** |
|---|---|---|---|
| | **Airgas Saftety, Inc.**<br>**P.O. Box 951884**<br>**Dallas, TX 75395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,171.99** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**P.O. Box 676015**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$947.08** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**P.O. Box 7423**<br>**Chula Vista, CA 91909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,352.34** |
|---|---|---|---|
| | **Airport Property Specialists, LLC**<br>**14605 North Airport Drive**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,800.00** |
|---|---|---|---|
| | **All Systems Go Transport, Inc.**<br>**P.O. Box 546**<br>**Stephens City, VA 22655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.00** |
|---|---|---|---|
| | **Allen's Locksmith**<br>**11713 Firestone Boulevard**<br>**Norwalk, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,279.00** |
|---|---|---|---|
| | **Allied Nationwide Security, Inc.**<br>**7247 Hayvenhurst Avenue**<br>**Van Nuys, CA 91406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,080.36** |
|---|---|---|---|
| | **Ally**<br>**P.O. Box 9001948**<br>**Louisville, KY 40290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$394.50** |
|---|---|---|---|
| | **ALS Group USA, Corp.**<br>**P.O. Box 975444**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document    Page 19 of 104

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,702.20 |
|---|---|---|---|

**American Fence Company, Inc.**
P.O. Box 19040
Phoenix, AZ 85005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,157.00 |
|---|---|---|---|

**AMPCO Contracting, Inc.**
1328 Allec Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.11 |
|---|---|---|---|

**Answer 1 Communications**
P.O. Box 62763
Phoenix, AZ 85082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294,716.80 |
|---|---|---|---|

**Anthony Ker**
1240 McPhee Road
Naramata, bc V0H 1N1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,628.62 |
|---|---|---|---|

**Applied Industrial Technologies**
P.O. Box 905794
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Aquilex HydroChem LLC**
P.O. Box 952304
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.29 |
|---|---|---|---|

**Arrow Land Group, LLC**
P.O. Box 3847
Cedar Park, TX 78630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.81** |
|------|------|------|------|

**Arvest Bank**
**4302 West Olive Street**
**Rogers, AR 72756**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,038.25** |
|------|------|------|------|

**Associated Laboratories**
**806 North Batavia**
**Orange, CA 92868**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$639.99** |
|------|------|------|------|

**AT&T Mobility**
**P.O. Box 6423**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,404.00** |
|------|------|------|------|

**Atlantic Product Services, Inc.**
**2 Terminal Road, Bldg 082**
**Carteret, NJ 07008**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,308.40** |
|------|------|------|------|

**AutomaticoDirect.com, Inc.**
**P.O. Box 402417**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,373.06** |
|------|------|------|------|

**Baghouse & Industrial Sheet Metal**
**1731 Pomona Road**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,994.85** |
|------|------|------|------|

**Bakercorp**
**P.O. Box 843596**
**Los Angeles, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document    Page 21 of 104

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,564.36** |
|---|---|---|---|

**Bay Equipment Company**
**395 Roost Avenue**
**Holland, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,724.90** |
|---|---|---|---|

**Beau's Crates**
**2322 South 15th Place**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$982.39** |
|---|---|---|---|

**Berg-Nelson Company, Inc.**
**1633 West 17th Street**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,327.90** |
|---|---|---|---|

**BIEBT Group Insurance**
**P.O. Box 416851**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,367.18** |
|---|---|---|---|

**Blake Reading**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,349.61** |
|---|---|---|---|

**Blake, Cassels & Graydon LLP**
**855 2nd Street S.W.**
**Calgary AB Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,112.10** |
|---|---|---|---|

**Blue Cross Blue Shield of Arizona**
**P.O. Box 81049**
**Phoenix, AZ 85069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,137.97** |
|---|---|---|---|

**Blue Line Rentals**
**Attn: Accounts Receivables**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,297.16** |
|---|---|---|---|

**BNSF Logistics, LLC**
**75 Remittance Drive**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Borden Ladner Gervais**
**Centennial Place, East Tower**
**520 3rd Avenue S.W., Suite 1900**
**Calgary AB Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,221.45** |
|---|---|---|---|

**Border States Electric Supply**
**P.O. Box 52516**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,080.00** |
|---|---|---|---|

**Bradley Tanks, Inc.**
**301 Durham Court**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,946.00** |
|---|---|---|---|

**Brainerd Chemical Co. Inc.**
**P.O. Box 52160**
**Tulsa, OK 74152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,923.12** |
|---|---|---|---|

**Broadrige ICS**
**P.O. Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,848.43 |
|---|---|---|---|
| | **Brockwell's Septic and Service, Inc.**<br>**P.O. Box 647**<br>**Quinton, VA 23141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,912.13 |
|---|---|---|---|
| | **Butterball, LLC**<br>**Attn: Allison Outlaw**<br>**Goldsboro, NC 27534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.50 |
|---|---|---|---|
| | **C&K Tire Service**<br>**P.O. box 383**<br>**Norwalk, CA 90651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,482.00 |
|---|---|---|---|
| | **C&M Industries, Inc.**<br>**121 Republic Road**<br>**Chesapeake, VA 23324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.00 |
|---|---|---|---|
| | **Calscience Environmental Labs, Inc.**<br>**19433 East Walnut Drive South**<br>**Rowland Heights, CA 91748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |
|---|---|---|---|
| | **Carbon Activated Corporation**<br>**250 East Manville Street**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,130.08 |
|---|---|---|---|
| | **Carolina Resource Corp.**<br>**850 Park Avenue**<br>**Youngsville, NC 27596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document     Page 24 of 104

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**Carthage Chamber of Commerce**
**402 South Garrison Avenue**
**Carthage, MO 64836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,200.00 |
|---|---|---|---|

**Casey Research LLC**
**P.O. Box 1427**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,527.05 |
|---|---|---|---|

**Castagno Oil Co., Inc.**
**P.O. Box 357**
**Pittsburg, KS 66762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.06 |
|---|---|---|---|

**CEM Corporation**
**12750 Collections Center Drive**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,783.05 |
|---|---|---|---|

**Century Link**
**P.O. Box 29040**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.62 |
|---|---|---|---|

**Century Link**
**P.O. Box 29040**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,488.07 |
|---|---|---|---|

**Certek Heating Maching USA LLC**
**2394 Leland Avenue**
**Grand Junction, CO 81505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:17-bk-14387-PS   Doc 1   Filed 12/05/17   Entered 12/05/17 16:56:04   Desc
Main Document    Page 25 of 104

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,961.97** |
|---|---|---|---|
| | **Chemineer Inc.** | ☐ Contingent | |
| | **P.O. Box 713113** | ☐ Unliquidated | |
| | **Columbus, OH 43271** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,875.00** |
|---|---|---|---|
| | **Chemtech** | ☐ Contingent | |
| | **1905 South MacDonald #8** | ☐ Unliquidated | |
| | **Mesa, AZ 85210** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,040.00** |
|---|---|---|---|
| | **Christianson & Associates** | ☐ Contingent | |
| | **7975 North Hayden Road** | ☐ Unliquidated | |
| | **Sccottsdale, AZ** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338.72** |
|---|---|---|---|
| | **Cintas** | ☐ Contingent | |
| | **P.O. Box 631025** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,188.30** |
|---|---|---|---|
| | **Cintas** | ☐ Contingent | |
| | **P.O. Box 88005** | ☐ Unliquidated | |
| | **Chicago, IL 60680** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$644.87** |
|---|---|---|---|
| | **City of Cody** | ☐ Contingent | |
| | **1338 Rumsey Avenue** | ☐ Unliquidated | |
| | **Cody, WY 82414** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,816.90** |
|---|---|---|---|
| | **City of Santa Fee Springs Water Utility** | ☐ Contingent | |
| | **11710 Telegraph Road** | ☐ Unliquidated | |
| | **Santa Fe Springs, CA 90670** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document    Page 26 of 104

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,269.61 |
|---|---|---|---|

**City of Scottsdale**
P.O. Box 1300
Scottsdale, AZ 85252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.43 |
|---|---|---|---|

**CLC of Richmond**
**Construction Labor Group**
Richfield, OH 44286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,890.00 |
|---|---|---|---|

**Clean Harbors Env. Services, Inc.**
P.O. Box 3442
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,431.00 |
|---|---|---|---|

**Cobra Rig Product, Inc.**
5055 Cranswick Road
Houston, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,516.94 |
|---|---|---|---|

**Cogen/Lee Mathews**
P.O. Box 411832
Dept. 100
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,857.50 |
|---|---|---|---|

**Combustion Services Inc.**

Altamont, KS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,770.14 |
|---|---|---|---|

**Complete Electrical Service, LLC**
1022 Brookside Drive
Joplin, MO 64804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,240.00 |
|---|---|---|---|

**Complete Transportation Systems, Inc.**
5659 176th Street
Surrey BC Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,149.94 |
|---|---|---|---|

**Constellation New Energy Gas**
Bank of America Lockbox Services
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.05 |
|---|---|---|---|

**Consumers Pipe**
12902 Lakeland Road
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**Continental Building Mtc., Inc.**
13316 Mapledale Street
Norwalk, CA 90650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,980.52 |
|---|---|---|---|

**Copper Street Bolt & Nut Co.**
3622 North 34th Avenue
Phoenix, AZ 85017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,197.73 |
|---|---|---|---|

**County Sanitation District of LA**
1995 Workman Mill Road
Bellflower, CA 90706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.83 |
|---|---|---|---|

**Covert Electric Machinery, Inc.**
P.O. Box 579
Joplin, MO 64802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,008.38 |
|---|---|---|---|

**3.82**

**Nonpriority creditor's name and mailing address**

**Cox Business**
**1550 West Deer Valley Road**
**Scottsdale, AZ 85260**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$28,008.38**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Coyle Supply Inc.**
**3721 Hwy 162**
**Granite City, IL 62040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9,175.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Creative Information Systems**
**27 Lowell Street**
**Manchester, NH**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9,250.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Crescendo Communications, LLC**
**995 Orion Court**
**Merrick, NY 11566**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$89,565.65**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Crystal Springs**
**P.O. Box 560579**
**Dallas, TX 75266**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$70.19**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**CSC Corporation Service Company**
**P.O. Box 13397**
**Philadelphia, PA 19101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.37**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.30**

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document     Page 29 of 104

| Debtor | **RDX Technologies Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000,000.00** |
| | **CWT Canada II Limited Partnership, et al**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Judgment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649,131.09** |
| | **CWT Canada II Limited Partnership, et al**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Judgment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.71** |
| | **Damage Recovery**<br>**P.O. Box 842264**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,530.85** |
| | **DeLage Landen**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,369,616.00** |
| | **Dennis M. and Elizabeth J. Danzik**<br>**106322 North Scottsdale Road**<br>**Scottsdale, AZ 85254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590.89** |
| | **Digital Supply Center Inc.**<br>**P.O. Box 9325**<br>**Canoga Park, CA 91309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162,371.07** |
| | **Dorsey & Whitney**<br>**P.O. Box 1680**<br>**Minneapolis, MN 55480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,151.23** |
|---|---|---|---|

**Double Tree Hotel**
**13111 Sycamore Drive**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Duane Livingston Trucking, Inc.**
**P.O. Box 7606**
**Texarkana, TX 75505**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$847.89** |
|---|---|---|---|

**Duke Energy Generation Services**
**PNC Bank**
**Philadelphia, PA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,875.00** |
|---|---|---|---|

**Dusty Foster**
**5228 Church Street**
**Flowery Branch, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,403.75** |
|---|---|---|---|

**Dynamic Methods, Inc.**
**9070 Irvine Center Drive**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,284.38** |
|---|---|---|---|

**Electric Supply, Inc.**
**917 West Madison**
**Phoenix, AZ 85007**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,190.00** |
|---|---|---|---|

**Ellis Equipment, Inc.**
**1015 East Burnett Street**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,758.91 |
| --- | --- | --- | --- |
| | **Empire Discovery**<br>**148 Madison Avenue**<br>**9th Floor**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.28 |
| --- | --- | --- | --- |
| | **Energy West**<br>**P.O. Box 970**<br>**Cody, WY 82414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,033.44 |
| --- | --- | --- | --- |
| | **Engineering Technical Group**<br>**P.O. Box 4153**<br>**Boston, MA 02211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,000.00 |
| --- | --- | --- | --- |
| | **Enterprise Holdings**<br>**709 Milner Avenue**<br>**Scarborough ON** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,998.78 |
| --- | --- | --- | --- |
| | **Enterprise Rent a Car** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.70 |
| --- | --- | --- | --- |
| | **Enterprise Tolls**<br>**P.O. Box 30**<br>**Roslyn Heights, NY 11577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.78 |
| --- | --- | --- | --- |
| | **Fastenal**<br>**7950 East Redfield Road**<br>**Suite 130**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51.74** |
|---|---|---|---|
| | **FedEx** | ☐ Contingent | |
| | **P.O. Box 7221** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$735.66** |
|---|---|---|---|
| | **FedEx** | ☐ Contingent | |
| | **P.O. Box 94515** | ☐ Unliquidated | |
| | **Palatine, IL 60094** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$343.56** |
|---|---|---|---|
| | **FedEx Tech Connect** | ☐ Contingent | |
| | **3875 Airways** | ☐ Unliquidated | |
| | **Module H3, Dept. 4634** | ☐ Disputed | |
| | **Memphis, TN 38116** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$935.12** |
|---|---|---|---|
| | **Ferrell Gas** | ☐ Contingent | |
| | **P.O. Box 173940** | ☐ Unliquidated | |
| | **Denver, CO 80217** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,959.83** |
|---|---|---|---|
| | **Fisher Scientific** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,000.00** |
|---|---|---|---|
| | **Fortune** | ☐ Contingent | |
| | **Lockbox 223545** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,941.89** |
|---|---|---|---|
| | **Freedom Voice** | ☐ Contingent | |
| | **169 Saxony Road** | ☐ Unliquidated | |
| | **Suite 212** | ☐ Disputed | |
| | **Encinitas, CA 92024** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.40 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Freeman Health System**
1102 West 32nd Street
Joplin, MO 64804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,652.66 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**G&K Services**
P.O. Box 842385
Boston, MA 02284

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,125.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**G&L Environmental Services**
628 North H Street
San Bernardino, CA 92410

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.49 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Gale Supply Company**
2414 Wellesley Avenue
Los Angeles, CA 90064

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Gateway Emergency Plys, LLP**

Nashville, TN 37204

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**GATX Corporation Rail**
3454 Solutions Center
Chicago, IL 60677

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,750.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**GEM Holdco**
590 Madison Avenue
New York, NY 10022

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,023,534.49 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|----------------|
| | **GEM Holdco, LLC, et al.**<br>**590 Madison Avenue**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __June 2017__ | **Basis for the claim:** __Judgment__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,874.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|
| | **GlobalTranz Enterprises, Inc.**<br>**P.O. Box 203285**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,143.02 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **GlobalTranz Enterprises, Inc.**<br>**P.O. Box 203285**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,250.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|
| | **Globalview Advisors, LLC**<br>**19900 MacArthur Boulevard**<br>**Irvine, CA 92612-3000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.22 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|----------|
| | **Gloggner Metal Fabricators**<br>**3336 Pear Street**<br>**Saint Joseph, MO 64503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.93 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|----------|
| | **Grainger**<br>**Dept. 860207505**<br>**Palatine, IL 60038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318.23 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|
| | **Grainger**<br>**Dept. 881717706**<br>**Kansas City, MO 64141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,762.00 |
|---|---|---|---|

**Grainger**
**Dept. 881717706**
**Kansas City, MO 64141**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.95 |
|---|---|---|---|

**Grainger**
**Dept. 881717706**
**Kansas City, MO 64141**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.82 |
|---|---|---|---|

**Grand Rental Station**
**2925 Main Street**
**Parsons, KS 67357**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Graves Heating & A/C Services, Inc.**
**9630 John Street**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,416,347.42 |
|---|---|---|---|

**Greenberg Traurig**
**2101 L Street, NW**
**Washington, DC 20037**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.37 |
|---|---|---|---|

**GTS Welco (Praxair)**
**P.O. Box 382000**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,865.00 |
|---|---|---|---|

**Handling Systems, Inc.**
**2659 East Magnolia Street**
**Phoenix, AZ 85034**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$2,150.00** |
| | **Harbor Testing Laboratory, Inc.** | ☐ Contingent |
| | **P.O. Box 460** | ☐ Unliquidated |
| | **Channelview, TX 77530** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$0.00** |
| | **Hazardous Waste Transportation Services** | ☐ Contingent |
| | **10600 South Painter Avenue** | ☐ Unliquidated |
| | **Santa Fe Springs, CA 90670** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$600.00** |
| | **Hazmat Services** | ☐ Contingent |
| | **1189 C.N. Grove Street** | ☐ Unliquidated |
| | **Anaheim, CA 92806** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$2,645.00** |
| | **Heartland Technology Solutions** | ☐ Contingent |
| | **1110 Morningview Drive** | ☐ Unliquidated |
| | **Harlan, IA 51537** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$51,487.98** |
| | **Heavy Equipment Rentals** | ☐ Contingent |
| | **13013 Temescal Canyon Road** | ☐ Unliquidated |
| | **Corona, CA 92883** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$6,624.65** |
| | **Homewood Suites** | ☐ Contingent |
| | **9880 North Scottsdale Road** | ☐ Unliquidated |
| | **Paradise Valley, AZ 85253** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$5,240.00** |
| | **Hose Power Phoenix** | ☐ Contingent |
| | **3327 North 29th Avenue** | ☐ Unliquidated |
| | **Phoenix, AZ 85017** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.74 |
|---|---|---|---|

**HRDirect**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**HydroClean Corporation**
**900 Georgia Avenue**
**Deer Park, TX 77536**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,439.09 |
|---|---|---|---|

**Industrial Process Systems**
**1980 Linn Street**
**Kansas City, MO 64116**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.02 |
|---|---|---|---|

**International Paint, LLC**
**P.O. Box 847202**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,120.09 |
|---|---|---|---|

**J&L Transporation Inc.**
**P.O. Box 6325**
**Phoenix, AZ 85005**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,245.00 |
|---|---|---|---|

**J.A. Carman Trucking Company, Inc.**
**4 Anderson Drive**
**Albany, NY 12211**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,292.00 |
|---|---|---|---|

**Jasper County Collector**
**P.O. Box 421**
**Carthage, MO 64836**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,653.00 |
|---|---|---|---|

**JCI Industries, Inc.**
**P.O. Box 411114**
**Kansas City, MO 64141**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,960.10 |
|---|---|---|---|

**Jenkins Centrifuge Co. LLC**
**1123 Swift**
**Kansas City, MO 64116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,391.66 |
|---|---|---|---|

**Joe Murray**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,717.51 |
|---|---|---|---|

**John Crane Lemco**
**P.O. Box 905969**
**Charlotte, NC 28290**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,805.65 |
|---|---|---|---|

**John Mulhern Company**
**P.O. Box 6604**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Jones, Jackson & Moll**
**401 North 7th Street**
**Fort Smith, AR 72901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.90 |
|---|---|---|---|

**Joplin Fire Protection Co.**
**1014 South Wall**
**Joplin, MO 64801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.72** |
|---|---|---|---|
| | **Kenco Security and Technology**<br>**3416 First Avenue North**<br>**Billings, MT 59101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385.95** |
|---|---|---|---|
| | **keystec Environmental**<br>**P.O. Box 16466**<br>**Fernandina Beach, FL 32035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,072.50** |
|---|---|---|---|
| | **Knobbe Martens Olson & bear LLP**<br>**2040 Main Street**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,327.33** |
|---|---|---|---|
| | **Labor Ready**<br>**P.O. Box 31001-0257**<br>**Pasadena, CA 91110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,452.03** |
|---|---|---|---|
| | **Lakeland Development Company**<br>**12345 Lakeland Drive**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,727.04** |
|---|---|---|---|
| | **Lanphar Mechanical Services, Inc.**<br>**7740 East Redfield Road**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **Left Lane Transportation**<br>**369 South Doheny Drive**<br>**Beverly Hills, CA 90211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Liberty Process Equipment, Inc.**<br>**2525 South Clearbrook Drive**<br>**Washington, DC 20240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.93 |
|---|---|---|---|
| | **Lincoln National Life Insurance Company**<br>**P.O. Box 0821**<br>**Carol Stream, IL 60132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,470.50 |
|---|---|---|---|
| | **Liquid Metal Concepts**<br>**3031 South 46th Street**<br>**Phoenix, AZ 85040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,688.57 |
|---|---|---|---|
| | **Loeb & Loeb**<br>**10100 Santa Monica Boulevard**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,445.00 |
|---|---|---|---|
| | **Loeb & Loeb**<br>**10100 Santa Monica Boulevard**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.35 |
|---|---|---|---|
| | **Los Angeles County Tax Collector**<br>**P.O. Box 54018**<br>**Los Angeles, CA 90054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
|---|---|---|---|
| | **Lyco Hot Shot**<br>**50 West Lincoln Avenue**<br>**Williamsport, PA 17702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **RDX Technologies Corporation** Case number (if known) _____

Name

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |

**M&S Logistics**
**9007 East Larkspur Drive**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | | $7,985.50 |

**Manatt, Phelps, & Phillips LLP**
**11355 West Olympic Boulevard**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | | $175.00 |

**Manufacturing Resource Partners**
**P.O. Box 1366**
**Littlerock, CA 93543**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | | $2,000.00 |

**Matt Bokenkroger**
**9805 East 90th Terrace**
**Kansas City, MO 64138**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | | $1,825.00 |

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | | $37,818.39 |

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | | $98.36 |

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$884.36** |
|---|---|---|---|
| | **Metcalf Auto Supply**<br>**147 West Central**<br>**Carthage, MO 64836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.36** |
|---|---|---|---|
| | **MFA Oil**<br>**1 Ray Young Drive**<br>**Columbia, MO 65201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,813.56** |
|---|---|---|---|
| | **Microsoft Corporation**<br>**P.O. Box 842103**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,285.67** |
|---|---|---|---|
| | **Mid-America Distillations, Inc.**<br>**P.O. Box 2880**<br>**Hot Springs National Park, AR 71914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,584.97** |
|---|---|---|---|
| | **Mid-America Pump**<br>**5600 Inland Drive**<br>**Kansas City, KS 66106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,510.00** |
|---|---|---|---|
| | **Midwest Materials Co.**<br>**P.o. Box 968**<br>**Springfield, MO 65801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,625.00** |
|---|---|---|---|
| | **Missouri & Northern Arkansas Railroad Co**<br>**P.O. Box 409590**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS    Doc 1    Filed 12/05/17    Entered 12/05/17 16:56:04    Desc
Main Document     Page 43 of 104

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Missouri Dept. of Agriculture**
**Division of Weights & Measures**
**Jefferson City, MO 65102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.25 |
|---|---|---|---|

**Missouri Dept. of Revenue**
**Vehicle Renewal**
**P.O. Box 2046**
**Jefferson City, MO 65105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,255.98 |
|---|---|---|---|

**Missouri Gas Energy**
**P.O. Box 219255**
**Kansas City, MO 64121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,763.22 |
|---|---|---|---|

**Mobile Mini Inc.**
**P.O. Box 79149**
**Phoenix, AZ 85062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,559.34 |
|---|---|---|---|

**Mobile Modular Management Corp.**
**P.O. Box 45043**
**San Francisco, CA 94145**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,832.59 |
|---|---|---|---|

**ModSpace**
**12603 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,258.91 |
|---|---|---|---|

**Morgan Lewis Bockius LLP**
**355 South Grand Avenue #4400**
**Los Angeles, CA 90071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,724.75 |
|-------|----|----|----|
| | **MPW Industrial Services**<br>P.O. Box 10<br>Hebron, OH 43025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,262.70 |
|-------|----|----|----|
| | **Murex Environmental, Inc.**<br>15375 Barranca Parkway<br>Irvine, CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.30 |
|-------|----|----|----|
| | **New Penn Motor Express, Inc.**<br>24801 Network Place<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.84 |
|-------|----|----|----|
| | **Northern States Filtration Co.**<br>648 Mendelssohn Avenue North<br>Minneapolis, MN 55427 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.13 |
|-------|----|----|----|
| | **O'Reilly Auto Parts**<br>233 South Patterson Avenue<br>Springfield, MO 65802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,598.77 |
|-------|----|----|----|
| | **O.C. Vacuum, Inc.**<br>5900 Cherry Avenue<br>Long Beach, CA 90805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,995.00 |
|-------|----|----|----|
| | **Oil Price Information Services**<br>P.O. Box 9405<br>Gaithersburg, MD 20898 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,816.52 |
|---|---|---|---|
| | **Oros & Busch Application Technologies**<br>**P.O. Box 37**<br>**Defiance, MO 63341** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.93 |
|---|---|---|---|
| | **Ozark Business Systems Inc.**<br>**122 East Spring**<br>**Neosho, MO 64850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.54 |
|---|---|---|---|
| | **Ozark Crane Services**<br>**2700 County Road 100**<br>**Carthage, MO 64836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.00 |
|---|---|---|---|
| | **Pace Analytical** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.02 |
|---|---|---|---|
| | **Pacific Office Automation**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,782.04 |
|---|---|---|---|
| | **Pacific Office Automation**<br>**14747 NW Greenbrier Parkway**<br>**Beaverton, OR 97006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,140.16 |
|---|---|---|---|
| | **Pacific Office Automation**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.96 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **PAI Accounting Department**<br>P.O. Box 6839<br>Columbia, SC 29260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.00 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **Pan Pacific Surveyors, Inc.**<br>444 Quay Avenue, Suite 7<br>Wilmington, CA 90744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,936.10 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **Paraclete Management Inc.**<br>P.O. Box 1435<br>Mount Vernon, WA 98273 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.04 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **Paychex**<br>1535 Scenic Avenue<br>Costa Mesa, CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,954.50 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **Permian Machinery Movers**<br>P.O. Box 11281<br>Odessa, TX 79760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.73 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **Philadelphia Gas Works**<br>P.O. Box 11700<br>Newark, NJ 07101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,319.08 |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|---------|
| | **Port Plastics**<br>15325 Fairfield Ranch<br>#150<br>Chino Hills, CA 91709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,932.33 |
|---|---|---|---|

**Praxair Distribution Inc.**
Dept. LA 21511
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,311.08 |
|---|---|---|---|

**Praxair, Inc.**
P.O. Box 417518
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,442.24 |
|---|---|---|---|

**Precision Fitting & Gauge Co.**
1214 South Joplin Avenue
Tulsa, OK 74112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,290.59 |
|---|---|---|---|

**Precisionlift, Inc.**
Lockbox 7391
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,264.75 |
|---|---|---|---|

**Professional Transportation Center**
P.O. Box 628
Mount Vernon, MO 65712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,163.87 |
|---|---|---|---|

**Protection One Security Solutions**
P.O. Box 219044
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Pump & Power Equipment Corp.**
8019 Dorsey Run Road
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.27 |
|---|---|---|---|

**Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.19 |
|---|---|---|---|

**PVF Sales, Inc.**
13707 Borate Street
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,349.98 |
|---|---|---|---|

**Quality Carriers, Inc.**
4910 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $892.50 |
|---|---|---|---|

**Quality One Electric, LLC**
P.O. Box 548
Joplin, MO 64802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.56 |
|---|---|---|---|

**Race Brothers Farm & Home Supply**
2309 Fairlawn Avenue
Carthage, MO 64836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,106.25 |
|---|---|---|---|

**Rail America/MMA**
P.O. Box 409590
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,236.28 |
|---|---|---|---|

**Reddaway Inc.**
26401 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,774.50** |
| --- | --- | --- | --- |
| | **Reliable Forklift Sales LLC** | ☐ Contingent | |
| | **3652 East Chipman Road** | ☐ Unliquidated | |
| | **Phoenix, AZ 85040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$563.38** |
| --- | --- | --- | --- |
| | **Republic Services** | ☐ Contingent | |
| | **4811 West Lower Buckeye Road** | ☐ Unliquidated | |
| | **Phoenix, AZ 85043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,500.00** |
| --- | --- | --- | --- |
| | **Richard Gagnon** | ☐ Contingent | |
| | **1541 Ocean Avenue** | ☐ Unliquidated | |
| | **Santa Monica, CA 90401** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
| --- | --- | --- | --- |
| | **Richard Whitmarsh** | ☐ Contingent | |
| | **8133 Washington Avneue** | ☐ Unliquidated | |
| | **Whittier, CA 90602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,107.50** |
| --- | --- | --- | --- |
| | **Robert Latek** | ☐ Contingent | |
| | **8333 East Via Paseo Del Norte** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,000.00** |
| --- | --- | --- | --- |
| | **Rockwater Energy Solutions** | ☐ Contingent | |
| | **281 Post Oak Boulevard** | ☐ Unliquidated | |
| | **Suite 400** | ☐ Disputed | |
| | **Houston, TX 77056** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.27** |
| --- | --- | --- | --- |
| | **RyanHerco** | ☐ Contingent | |
| | **Lockbox 893168** | ☐ Unliquidated | |
| | **Dallas, TX 75312** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,934.93** |
|---|---|---|---|
| | **Ryerson Steel**<br>**P.O. Box 100097**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **S and G Pumping Service**<br>**73-680 Hwy 111**<br>**Palm Desert, CA 92260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$852.75** |
|---|---|---|---|
| | **Safety-Kleen Systems, Inc.**<br>**P.O. Box 650509**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,218.00** |
|---|---|---|---|
| | **Sante Fe Springs Line X**<br>**12510 East Slauson Avenue**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,782.87** |
|---|---|---|---|
| | **SC Environmental Services, Inc.**<br>**424 North Delancey Avenue**<br>**San Dimas, CA 91773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,829.92** |
|---|---|---|---|
| | **SC Fuels**<br>**P.O. Box 14237**<br>**Orange, CA 92863** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.93** |
|---|---|---|---|
| | **Schelle SM Inc. Plumbing & Heating**<br>**1105 Cherry Street**<br>**Lamar, MO 64759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,273.34** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|---------------|
|       | **Schroepfer Services, LLC** | ☐ Contingent | |
|       | **7007 East Sunnyside Drive** | ☐ Unliquidated | |
|       | **Scottsdale, AZ 85254** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,273.34** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|---------------|
|       | **Scottsdale Commercial Development Inc.** | ☐ Contingent | |
|       | **424 Fourth Avenue** | ☐ Unliquidated | |
|       | **Indialantic, FL 32903** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|       | **Sea Box, Inc.** | ☐ Contingent | |
|       | **1 Sea Box Drive** | ☐ Unliquidated | |
|       | **Riverton, NJ 08077** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,469.28** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|---------------|
|       | **Seafar Inc.** | ☐ Contingent | |
|       | **111 Calumet Street** | ☐ Unliquidated | |
|       | **Depew, NY 14043** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,360.00** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|----------------|
|       | **Semo Tank/Baker Equipment Co.** | ☐ Contingent | |
|       | **456 Semo Lane** | ☐ Unliquidated | |
|       | **Perryville, MO 63775** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,180.95** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|---------------|
|       | **SEW Eurodrive** | ☐ Contingent | |
|       | **P.O. Box 751704** | ☐ Unliquidated | |
|       | **Charlotte, NC 28275** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|-------|------------------------------------------------------|----------------------------------------------------------------------|-------------|
|       | **Sherwood Systems** | ☐ Contingent | |
|       | **1717 East Morten** | ☐ Unliquidated | |
|       | **Phoenix, AZ 85020** | ☐ Disputed | |
|       | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
|       | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS   Doc 1   Filed 12/05/17   Entered 12/05/17 16:56:04   Desc
Main Document   Page 52 of 104

| | | | |
|---|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,745.24** |
| | **Shook Hardy & Bacon LLP**<br>**P.O. Box 843718**<br>**CA 94184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.48** |
| | **Shred-It USA-Phoenix**<br>**P.O. Box 101077**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$666.00** |
| | **Snell & Wilmer**<br>**400 East Van Buren**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Attorneys' Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,613.20** |
| | **Snell & Wilmer**<br>**400 East Van Buren**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Attorneys' Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$969.99** |
| | **South Coast AQMD**<br>**P.O. Box 4943**<br>**Diamond Bar, CA 91765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.47** |
| | **Southern California Material Handling**<br>**P.O. Box 80770**<br>**San Marino, CA 91118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
| | **Southern Tank Leasing**<br>**Dept. 282**<br>**Houston, TX 77210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,819.89** |
|---|---|---|---|

**Southwest Pumps & Filters, Inc.**
**2335 East Chestnut Expressway**
**Springfield, MO 65802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,521.18** |
|---|---|---|---|

**ST Freight, LLC**
**P.O. Box 1147**
**Manitowoc, WI 54221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,720.40** |
|---|---|---|---|

**ST Freight, LLC**
**P.O. Box 1147**
**Manitowoc, WI 54221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,465.00** |
|---|---|---|---|

**Standard & Poor's Financial Services**
**2542 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,854.35** |
|---|---|---|---|

**Star Mechanical Supply**
**535 North Fremont**
**Springfield, MO 65802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,915.45** |
|---|---|---|---|

**Steeltrek**
**4141 South Jackson**
**Tulsa, OK 74107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,002.50** |
|---|---|---|---|

**Sterling Blower Company**
**P.O. Box 2279**
**Forest, VA 24551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Stress Less Environmental, LLC**
P.O. Box 3306
South El Monte, CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,778.15 |
|---|---|---|---|

**Sugar Milner Peterson Miranda Williamson**
4100 Newport Place
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Attorneys' fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,743.09 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
P.O. Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,556.55 |
|---|---|---|---|

**Superior Sweeping**
10429 Salinas River Circle
Fountain Valley, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.75 |
|---|---|---|---|

**Sweco**
P.O. Box 732135
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,666.00 |
|---|---|---|---|

**Tasco Centrifuge**
2101 B. Avenue
Amarillo, TX 79111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,216.50 |
|---|---|---|---|

**Tate Engineering**
3921 Vero Boulevard
Halethorpe, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,969.52** |
|---|---|---|---|
| | **Taylor Stafford Clithero Fitgerald** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Basin, WY 82410** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.16** |
|---|---|---|---|
| | **TCT West, Inc.** | ☐ Contingent | |
| | **P.O. Box 671** | ☐ Unliquidated | |
| | **Calhoun City, MS 38916** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,625.70** |
|---|---|---|---|
| | **The Global Edge Consultants** | ☐ Contingent | |
| | **1330 Lake Robbins Drive** | ☐ Unliquidated | |
| | **Spring, TX 77380** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,299.00** |
|---|---|---|---|
| | **The Jacobsen Publishing** | ☐ Contingent | |
| | **1123 West Washington Boulevard** | ☐ Unliquidated | |
| | **Chicago, IL 60607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,097.50** |
|---|---|---|---|
| | **Thienes Engineering, Inc.** | ☐ Contingent | |
| | **14349 Firestone Boulevard** | ☐ Unliquidated | |
| | **La Mirada, CA 90638** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00** |
|---|---|---|---|
| | **Town of Deaver** | ☐ Contingent | |
| | **Box 207** | ☐ Unliquidated | |
| | **Deaver, WY 82421** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,572.05** |
|---|---|---|---|
| | **Trango Technology, Inc.** | ☐ Contingent | |
| | **25850 North Tennyson Lane** | ☐ Unliquidated | |
| | **Stevenson Ranch, CA 91381** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,368.39 |
|---|---|---|---|

**Transflo Corporation**
**6735 Southpoint Drive S, J686**
**Jacksonville, FL 32212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145,722.16 |
|---|---|---|---|

**Travelers**
**Dept. 68856**
**Dallas, TX 75266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,279.76 |
|---|---|---|---|

**Trea Inc.**
**4216 South 36th Place**
**Phoenix, AZ 85040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,326.24 |
|---|---|---|---|

**Trimac Transportation**
**P.O. Box 203099**
**Dallas, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,988.86 |
|---|---|---|---|

**Trimac Transportation**
**P.O. Box 203099**
**Dallas, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,600.00 |
|---|---|---|---|

**Trinity Industries Leasing Company**
**W 510131**
**Philadelphia, PA 19175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $234.36 |
|---|---|---|---|

**Tyco Integrated Security, LLC**
**P.O. Box 371967**
**Pittsburgh, PA 15250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.14 |
|---|---|---|---|
| | **Uline**<br>**2200 South Lakeside Drive**<br>**Waukegan, IL 60085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|
| | **UMB Bank, N.A.**<br><br>**Kansas City, MO 64105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,044.60 |
|---|---|---|---|
| | **United Rentals**<br><br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|
| | **United Scale Service, Inc.**<br>**25152 Kafir Road**<br>**Webb City, MO 64870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.60 |
|---|---|---|---|
| | **United Site Services**<br>**P.O. Box 53267**<br>**Phoenix, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **United States of America**<br>**c/o Environmental Protection Agency**<br>**1200 Pennsylvania Avenue NW**<br>**Washington, DC 20004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.90 |
|---|---|---|---|
| | **UPS**<br>**P.O. Box 894820**<br>**Los Angeles, CA 90189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|

**3.292** | Nonpriority creditor's name and mailing address

**US Peroxide**
13475 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$146,191.03**

---

**3.293** | Nonpriority creditor's name and mailing address

**USA Blue Book**
P.O. Box 9004
Gurnee, IL 60031

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$332.61**

---

**3.294** | Nonpriority creditor's name and mailing address

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,512.69**

---

**3.295** | Nonpriority creditor's name and mailing address

**Verizon Wireless**
P.O. Box 15124
Albany, NY 12212

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,166.88**

---

**3.296** | Nonpriority creditor's name and mailing address

**Volvo Rents**
2241 North Belcrest
Springfield, MO 65803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,151.18**

---

**3.297** | Nonpriority creditor's name and mailing address

**Waste Management of AZ**
P.O. Box 43350
Phoenix, AZ 85080

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$542.80**

---

**3.298** | Nonpriority creditor's name and mailing address

**Water Management Solutions, Inc.**
P.O. Box 1171
Pamplin, VA 23958

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$6,257.80**

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $146.21 |
| --- | --- | --- | --- |

**Water Revenue Bureau**

Philadelphia, PA 19102

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,354.00 |
| --- | --- | --- | --- |

**Waterjet**
129 Bradley Drive
Lynchburg, VA 24501

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $402.55 |
| --- | --- | --- | --- |

**WCA Waste Corporation**
P.O. Box 553166
Detroit, MI 48255

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,840.56 |
| --- | --- | --- | --- |

**Wells Fargo Equipment Finance**

San Francisco, CA 94120

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,840.56 |
| --- | --- | --- | --- |

**West Comm, LLC**
219 West 14th Street
Joplin, MO 64801

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $69,647.00 |
| --- | --- | --- | --- |

**Westway Feed Products, LLC**
23623 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,790.00 |
| --- | --- | --- | --- |

**Wiedrick's Crane Service, Inc.**
2245 Shiloh Road
Billings, MT 59102

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:17-bk-14387-PS   Doc 1   Filed 12/05/17   Entered 12/05/17 16:56:04   Desc
Main Document    Page 60 of 104

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,817.47 |
|---|---|---|---|

**Wiese USA**
**1435 Woodson Road**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,423.00 |
|---|---|---|---|

**Willis of Arizona, Inc.**
**P.O. Box 730054**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.86 |
|---|---|---|---|

**Wm. W. Nugent Company**
**3440 Cleveland Street**
**Skokie, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.30 |
|---|---|---|---|

**YRC Freight**
**P.O. Box 730375**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jean Noelting**<br>**4100 Yonge Street**<br>**Toronto ON M2P2G2** | Line  **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jordan Kroop, Esq.**<br>**2901 North Central Avenue**<br>**#2000**<br>**Phoenix, AZ 85012** | Line  **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Resource Recovery Corporation**<br>**2711 Centerville Road**<br>**Suite 400**<br>**Wilmington, DE 19808** | Line  **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Resource Recovery Corporation**<br>**2711 Centerville Road**<br>**Suite 400**<br>**Wilmington, DE 19808** | Line  **3.90**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor     **RDX Technologies Corporation**                    Case number *(if known)* _____
           Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 37,243,426.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 37,243,426.65 |

Debtor name     **RDX Technologies Corporation**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     _____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor name **RDX Technologies Corporation**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dennis Danzik** | **1334 Sunset Boulevard South Cody, WY 82414** | **GEM Holdco, LLC, et al.** | ☐ D _____<br>■ E/F ___3.124___<br>☐ G _____ |
| 2.2 **Dennis Danzik** | **1334 Sunset Boulevard South Cody, WY 82414** | **CWT Canada II Limited Partnership, et al** | ☐ D _____<br>■ E/F ___3.90___<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **RDX Technologies Corporation**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **GEM Holdco, LLC, et al. v. RDX Technologies Corporation and Dennis Danzik**<br>**Index No. 653694/2015** | **Civil Proceeding** | **Supreme Court of the State of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **GEM Holdco, LLC, et al. v. CWT Canada II Limited Partnership Resource Energy Recovery Corporation, et al.**<br>**Index No. 650841/2013** | **Civil proceeding** | **Supreme Court of the State of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CWT Canada II LP, et al. v. Elizabeth Danzik, et al.**<br>**2:16-cv-00607-DGC** | **Civil proceeding** | **United States District Court District of Arizona** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Mark J. Giunta 531 East Thomas Road Suite 200 Phoenix, AZ 85012** | **Attorney Fees** | **11/28/17 ($5,000); 12/5/17 ($15,000)** | **$20,000.00** |
| | Email or website address **www.giuntalaw.com/markgiunta@giuntalaw.com** | | | |
| | Who made the payment, if not debtor? **Inductance Energy Corporation** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Ridgeline Energy Services (USA), Inc.** | **RDX Technologies Corporation subsidiary** | EIN: **90-0741010**<br><br>From-To |
| 25.2. | **SFS Real Estate and Recovery, LLC** | **RDX Technologies Corporation subsidiary - Asset Holding Company** | EIN: **N/A**<br><br>From-To |

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.3.  **Ridgeline Eau Claire, Inc.** | **RDX Technologies Corporation subsidiary** | EIN:  **N/A**<br><br>From-To |
| 25.4.  **Danzik Hydrological Sciences, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **47-1261820**<br><br>From-To |
| 25.5.  **RDX Energy Group, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **N/A**<br><br>From-To |
| 25.6.  **RDX Applied Technologies I, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **N/A**<br><br>From-To |
| 25.7.  **RDX Operations, Inc.** | **RDX Technologies Corporation subsidiary** | EIN:  **47-1895866**<br><br>From-To |
| 25.8.  **RDX Water Group, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **N/A**<br><br>From-To |
| 25.9.  **Changing World Technologies, LP** | **RDX Technologies Corporation subsidiary** | EIN:  **45-5576251**<br><br>From-To |
| 25.10.  **Renewable Environment Solutions, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **91-2098593**<br><br>From-To |
| 25.11.  **Thermo-Depolymerization Process, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **11-3445652**<br><br>From-To |
| 25.12.  **TECH, LLC** | **RDX Technologies Corporation subsidiary** | EIN:  **90-0653285**<br><br>From-To |
| 25.13.  **Piedmont Technical Services, Inc.** | **RDX Technologies Corporation subsidiary** | EIN:  **N/A**<br><br>From-To |

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Monica Garcia**<br>**14747 North Northsight Boulevard**<br>**Suite 111-133**<br>**Scottsdale, AZ 85260** | **December 2015-January 2016** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Candie Blazar** | **All financial records and computer data was stolen March 2015-September 2015; Debtor may have recovered some data, but some was destroyed and is unattainable due to computer tampering, evidence tampering, and other evidence destruction.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Elizabeth Danzik** | | **Shareholder** | **5%** |
| **CWT - Changing World Technologies** | | **Shareholder** | **5%** |
| **Gem Investments America** | | **Shareholder** | **70%** |
| **Anthony Ker** | **1240 McPhee Road Maramenta BC Canada** | **Director and Chairman** | **(less than) 3%** |
| **Dennis M. Danzik** | **7900 East Greenway Parkway Suite 103 Scottsdale, AZ 85260** | **Director and CEO** | **13-15%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December  5, 2017**

**/s/ Tony Ker**                                                                                   **Tony Ker**
Signature of individual signing on behalf of the debtor                 Printed name

Position or relationship to debtor      **Director**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re __RDX Technologies Corporation__      Case No. _____

                                                Debtor(s)      Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 20,000.00 |
| Prior to the filing of this statement I have received | $ 20,000.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **Inductance Energy Corporation**

3. The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__December  5, 2017__            __/s/ Mark J. Giunta__
*Date*                                   **Mark J. Giunta 015079**
                                      *Signature of Attorney*
                                      **Law Office of Mark J. Giunta**
                                      **531 East Thomas Road**
                                      **Suite 200**
                                      **Phoenix, AZ 85012**

                                      *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re  **RDX Technologies Corporation**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 5, 2017**

Signature  **/s/ Tony Ker**

**Tony Ker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **RDX Technologies Corporation** _____    Case No. _____

                                               Debtor(s)    Chapter    **11** _____

# DECLARATION

I, the Director of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __28__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    **December 5, 2017** _____      **/s/ Tony Ker** _____

                                                     **Tony Ker**/Director
                                                     Signer/Title

Date:    **December 5, 2017** _____      **/s/ Mark J. Giunta** _____

                                                     Signature of Attorney
                                                     **Mark J. Giunta 015079**
                                                     **Law Office of Mark J. Giunta**
                                                     **531 East Thomas Road**
                                                     **Suite 200**
                                                     **Phoenix, AZ 85012**

MML-5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

RDX Technologies Corporation -

A CLEAR ALTERNATIVE, INC.
9230 COLLINS AVENUE
PENNSAUKEN NJ 08110


A&B TIRE
10659 FOREST STREET
SANTA FE SPRINGS CA 90670


A&R WELDING, INC.
942 SOUTH SANTE FE AVENUE
COMPTON CA 90221


AAVCO ELECTRIC, INC.
13746 CREWE STREET
WHITTIER CA 90605


ADLER TANK RENTALS
P.O. BOX 45081
SAN FRANCISCO CA 94145


ADLER TANK RENTALS
5700 LAS POSITAS ROAD
LIVERMORE CA 94551


ADVANCED TECHNOLOGY LABS
P.O. BOX 112
ALTAMONT KS 67330


AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999


AIRGAS EAST
17 NORTHWESTERN DRIVE
SALEM NH 03079


AIRGAS SAFTETY, INC.
P.O. BOX 951884
DALLAS TX 75395


AIRGAS USA, LLC
P.O. BOX 676015
DALLAS TX 75267

RDX Technologies Corporation -


AIRGAS USA, LLC
P.O. BOX 7423
CHULA VISTA CA 91909


AIRPORT PROPERTY SPECIALISTS, LLC
14605 NORTH AIRPORT DRIVE
SCOTTSDALE AZ 85260


ALL SYSTEMS GO TRANSPORT, INC.
P.O. BOX 546
STEPHENS CITY VA 22655


ALLEN'S LOCKSMITH
11713 FIRESTONE BOULEVARD
NORWALK CA 90650


ALLIED NATIONWIDE SECURITY, INC.
7247 HAYVENHURST AVENUE
VAN NUYS CA 91406


ALLY
P.O. BOX 9001948
LOUISVILLE KY 40290


ALS GROUP USA, CORP.
P.O. BOX 975444
DALLAS TX 75397


AMERICAN FENCE COMPANY, INC.
P.O. BOX 19040
PHOENIX AZ 85005


AMPCO CONTRACTING, INC.
1328 ALLEC STREET
ANAHEIM CA 92805


ANSWER 1 COMMUNICATIONS
P.O. BOX 62763
PHOENIX AZ 85082


ANTHONY KER
1240 MCPHEE ROAD
NARAMATA, BC V0H 1N1

APPLIED INDUSTRIAL TECHNOLOGIES
P.O. BOX 905794
CHARLOTTE NC 28290

AQUILEX HYDROCHEM LLC
P.O. BOX 952304
DALLAS TX 75395

ARROW LAND GROUP, LLC
P.O. BOX 3847
CEDAR PARK TX 78630

ARVEST BANK
4302 WEST OLIVE STREET
ROGERS AR 72756

ASSOCIATED LABORATORIES
806 NORTH BATAVIA
ORANGE CA 92868

AT&T MOBILITY
P.O. BOX 6423
CAROL STREAM IL 60197

ATLANTIC PRODUCT SERVICES, INC.
2 TERMINAL ROAD, BLDG 082
CARTERET NJ 07008

AUTOMATICODIRECT.COM, INC.
P.O. BOX 402417
ATLANTA GA 30384

BAGHOUSE & INDUSTRIAL SHEET METAL
1731 POMONA ROAD
CORONA CA 92880

BAKERCORP
P.O. BOX 843596
LOS ANGELES CA 90084

BAY EQUIPMENT COMPANY
395 ROOST AVENUE
HOLLAND MI 49424

RDX Technologies Corporation -

BEAU'S CRATES
2322 SOUTH 15TH PLACE
PHOENIX AZ 85034


BERG-NELSON COMPANY, INC.
1633 WEST 17TH STREET
LONG BEACH CA 90813


BIEBT GROUP INSURANCE
P.O. BOX 416851
BOSTON MA 02241


BLAKE READING


BLAKE, CASSELS & GRAYDON LLP
855 2ND STREET S.W.
CALGARY AB CANADA


BLUE CROSS BLUE SHIELD OF ARIZONA
P.O. BOX 81049
PHOENIX AZ 85069


BLUE LINE RENTALS
ATTN: ACCOUNTS RECEIVABLES
DALLAS TX 75284


BNSF LOGISTICS, LLC
75 REMITTANCE DRIVE
CHICAGO IL 60675


BORDEN LADNER GERVAIS
CENTENNIAL PLACE, EAST TOWER
520 3RD AVENUE S.W., SUITE 1900
CALGARY AB CANADA


BORDER STATES ELECTRIC SUPPLY
P.O. BOX 52516
PHOENIX AZ 85072


BRADLEY TANKS, INC.
301 DURHAM COURT
DANVILLE CA 94526

BRAINERD CHEMICAL CO. INC.
P.O. BOX 52160
TULSA OK 74152


BROADRIGE ICS
P.O. BOX 416423
BOSTON MA 02241


BROCKWELL'S SEPTIC AND SERVICE, INC.
P.O. BOX 647
QUINTON VA 23141


BUTTERBALL, LLC
ATTN: ALLISON OUTLAW
GOLDSBORO NC 27534


C&K TIRE SERVICE
P.O. BOX 383
NORWALK CA 90651


C&M INDUSTRIES, INC.
121 REPUBLIC ROAD
CHESAPEAKE VA 23324


CALSCIENCE ENVIRONMENTAL LABS, INC.
19433 EAST WALNUT DRIVE SOUTH
ROWLAND HEIGHTS CA 91748


CARBON ACTIVATED CORPORATION
250 EAST MANVILLE STREET
COMPTON CA 90220


CAROLINA RESOURCE CORP.
850 PARK AVENUE
YOUNGSVILLE NC 27596


CARTHAGE CHAMBER OF COMMERCE
402 SOUTH GARRISON AVENUE
CARTHAGE MO 64836


CASEY RESEARCH LLC
P.O. BOX 1427

CASTAGNO OIL CO., INC.
P.O. BOX 357
PITTSBURG KS 66762


CEM CORPORATION
12750 COLLECTIONS CENTER DRIVE
PHOENIX AZ 85038


CENTURY LINK
P.O. BOX 29040
PHOENIX AZ 85038


CERTEK HEATING MACHING USA LLC
2394 LELAND AVENUE
GRAND JUNCTION CO 81505


CHEMINEER INC.
P.O. BOX 713113
COLUMBUS OH 43271


CHEMTECH
1905 SOUTH MACDONALD #8
MESA AZ 85210


CHRISTIANSON & ASSOCIATES
7975 NORTH HAYDEN ROAD
SCCOTTSDALE AZ


CINTAS
P.O. BOX 631025
CINCINNATI OH 45263


CINTAS
P.O. BOX 88005
CHICAGO IL 60680


CITY OF CODY
1338 RUMSEY AVENUE
CODY WY 82414


CITY OF SANTA FEE SPRINGS WATER UTILITY
11710 TELEGRAPH ROAD
SANTA FE SPRINGS CA 90670

RDX Technologies Corporation -


CITY OF SCOTTSDALE
P.O. BOX 1300
SCOTTSDALE AZ 85252


CLC OF RICHMOND
CONSTRUCTION LABOR GROUP
RICHFIELD OH 44286


CLEAN HARBORS ENV. SERVICES, INC.
P.O. BOX 3442
BOSTON MA 02241


COBRA RIG PRODUCT, INC.
5055 CRANSWICK ROAD
HOUSTON TX 77041


COGEN/LEE MATHEWS
P.O. BOX 411832
DEPT. 100
KANSAS CITY MO 64141


COMBUSTION SERVICES INC.
ALTAMONT KS


COMPLETE ELECTRICAL SERVICE, LLC
1022 BROOKSIDE DRIVE
JOPLIN MO 64804


COMPLETE TRANSPORTATION SYSTEMS, INC.
5659 176TH STREET
SURREY BC CANADA


CONSTELLATION NEW ENERGY GAS
BANK OF AMERICA LOCKBOX SERVICES
CHICAGO IL 60693


CONSUMERS PIPE
12902 LAKELAND ROAD
SANTA FE SPRINGS CA 90670


CONTINENTAL BUILDING MTC., INC.
13316 MAPLEDALE STREET
NORWALK CA 90650

COPPER STREET BOLT & NUT CO.
3622 NORTH 34TH AVENUE
PHOENIX AZ 85017


COUNTY SANITATION DISTRICT OF LA
1995 WORKMAN MILL ROAD
BELLFLOWER CA 90706


COVERT ELECTRIC MACHINERY, INC.
P.O. BOX 579
JOPLIN MO 64802


COX BUSINESS
1550 WEST DEER VALLEY ROAD
SCOTTSDALE AZ 85260


COYLE SUPPLY INC.
3721 HWY 162
GRANITE CITY IL 62040


CREATIVE INFORMATION SYSTEMS
27 LOWELL STREET
MANCHESTER NH


CRESCENDO COMMUNICATIONS, LLC
995 ORION COURT
MERRICK NY 11566


CRYSTAL SPRINGS
P.O. BOX 560579
DALLAS TX 75266


CSC CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA PA 19101


CT CORPORATION
P.O. BOX 4349
CAROL STREAM IL 60197


CWT CANADA II LIMITED PARTNERSHIP, ET AL
1209 ORANGE STREET
WILMINGTON DE 19801

RDX Technologies Corporation -


DAMAGE RECOVERY
P.O. BOX 842264
DALLAS TX 75284


DELAGE LANDEN
P.O. BOX 41602
PHILADELPHIA PA 19101


DENNIS DANZIK
1334 SUNSET BOULEVARD SOUTH
CODY WY 82414


DENNIS M. AND ELIZABETH J. DANZIK
106322 NORTH SCOTTSSDALE ROAD
SCOTTSDALE AZ 85254


DIGITAL SUPPLY CENTER INC.
P.O. BOX 9325
CANOGA PARK CA 91309


DORSEY & WHITNEY
P.O. BOX 1680
MINNEAPOLIS MN 55480


DOUBLE TREE HOTEL
13111 SYCAMORE DRIVE
NORWALK CA 90650


DUANE LIVINGSTON TRUCKING, INC.
P.O. BOX 7606
TEXARKANA TX 75505


DUKE ENERGY GENERATION SERVICES
PNC BANK
PHILADELPHIA PA


DUSTY FOSTER
5228 CHURCH STREET
FLOWERY BRANCH GA 30542


DYNAMIC METHODS, INC.
9070 IRVINE CENTER DRIVE
IRVINE CA 92618

ELECTRIC SUPPLY, INC.
917 WEST MADISON
PHOENIX AZ 85007


ELLIS EQUIPMENT, INC.
1015 EAST BURNETT STREET
SIGNAL HILL CA 90755


EMPIRE DISCOVERY
148 MADISON AVENUE
9TH FLOOR
NEW YORK NY 10016


ENERGY WEST
P.O. BOX 970
CODY WY 82414


ENGINEERING TECHNICAL GROUP
P.O. BOX 4153
BOSTON MA 02211


ENTERPRISE HOLDINGS
709 MILNER AVENUE
SCARBOROUGH ON


ENTERPRISE RENT A CAR


ENTERPRISE TOLLS
P.O. BOX 30
ROSLYN HEIGHTS NY 11577


FASTENAL
7950 EAST REDFIELD ROAD
SUITE 130
SCOTTSDALE AZ 85260


FEDEX
P.O. BOX 7221
PASADENA CA 91109


FEDEX
P.O. BOX 94515
PALATINE IL 60094

RDX Technologies Corporation -


FEDEX TECH CONNECT
3875 AIRWAYS
MODULE H3, DEPT. 4634
MEMPHIS TN 38116


FERRELL GAS
P.O. BOX 173940
DENVER CO 80217


FISHER SCIENTIFIC
CHICAGO IL 60693


FORTUNE
LOCKBOX 223545
PITTSBURGH PA 15251


FREEDOM VOICE
169 SAXONY ROAD
SUITE 212
ENCINITAS CA 92024


FREEMAN HEALTH SYSTEM
1102 WEST 32ND STREET
JOPLIN MO 64804


G&K SERVICES
P.O. BOX 842385
BOSTON MA 02284


G&L ENVIRONMENTAL SERVICES
628 NORTH H STREET
SAN BERNARDINO CA 92410


GALE SUPPLY COMPANY
2414 WELLESLEY AVENUE
LOS ANGELES CA 90064


GATEWAY EMERGENCY PLYS, LLP
NASHVILLE TN 37204


GATX CORPORATION RAIL
3454 SOLUTIONS CENTER
CHICAGO IL 60677

GEM HOLDCO
590 MADISON AVENUE
NEW YORK NY 10022


GEM HOLDCO, LLC, ET AL.
590 MADISON AVENUE
NEW YORK NY 10022


GLOBALTRANZ ENTERPRISES, INC.
P.O. BOX 203285
DALLAS TX 75320


GLOBALVIEW ADVISORS, LLC
19900 MACARTHUR BOULEVARD
IRVINE CA 92612-3000


GLOGGNER METAL FABRICATORS
3336 PEAR STREET
SAINT JOSEPH MO 64503


GRAINGER
DEPT. 860207505
PALATINE IL 60038


GRAINGER
DEPT. 881717706
KANSAS CITY MO 64141


GRAND RENTAL STATION
2925 MAIN STREET
PARSONS KS 67357


GRAVES HEATING & A/C SERVICES, INC.
9630 JOHN STREET
SANTA FE SPRINGS CA 90670


GREENBERG TRAURIG
2101 L STREET, NW
WASHINGTON DC 20037


GTS WELCO (PRAXAIR)
P.O. BOX 382000
PITTSBURGH PA 15250

HANDLING SYSTEMS, INC.
2659 EAST MAGNOLIA STREET
PHOENIX AZ 85034


HARBOR TESTING LABORATORY, INC.
P.O. BOX 460
CHANNELVIEW TX 77530


HAZARDOUS WASTE TRANSPORTATION SERVICES
10600 SOUTH PAINTER AVENUE
SANTA FE SPRINGS CA 90670


HAZMAT SERVICES
1189 C.N. GROVE STREET
ANAHEIM CA 92806


HEARTLAND TECHNOLOGY SOLUTIONS
1110 MORNINGVIEW DRIVE
HARLAN IA 51537


HEAVY EQUIPMENT RENTALS
13013 TEMESCAL CANYON ROAD
CORONA CA 92883


HOMEWOOD SUITES
9880 NORTH SCOTTSDALE ROAD
PARADISE VALLEY AZ 85253


HOSE POWER PHOENIX
3327 NORTH 29TH AVENUE
PHOENIX AZ 85017


HRDIRECT


HYDROCLEAN CORPORATION
900 GEORGIA AVENUE
DEER PARK TX 77536


INDUSTRIAL PROCESS SYSTEMS
1980 LINN STREET
KANSAS CITY MO 64116

INTERNATIONAL PAINT, LLC
P.O. BOX 847202
DALLAS TX 75284


J&L TRANSPORATION INC.
P.O. BOX 6325
PHOENIX AZ 85005


J.A. CARMAN TRUCKING COMPANY, INC.
4 ANDERSON DRIVE
ALBANY NY 12211


JASPER COUNTY COLLECTOR
P.O. BOX 421
CARTHAGE MO 64836


JCI INDUSTRIES, INC.
P.O. BOX 411114
KANSAS CITY MO 64141


JEAN NOELTING
4100 YONGE STREET
TORONTO ON M2P2G2


JENKINS CENTRIFUGE CO. LLC
1123 SWIFT
KANSAS CITY MO 64116


JOE MURRAY


JOHN CRANE LEMCO
P.O. BOX 905969
CHARLOTTE NC 28290


JOHN MULHERN COMPANY
P.O. BOX 6604
SANTA ROSA CA 95403


JONES, JACKSON & MOLL
401 NORTH 7TH STREET
FORT SMITH AR 72901

RDX Technologies Corporation -


JOPLIN FIRE PROTECTION CO.
1014 SOUTH WALL
JOPLIN MO 64801


JORDAN KROOP, ESQ.
2901 NORTH CENTRAL AVENUE
#2000
PHOENIX AZ 85012


KENCO SECURITY AND TECHNOLOGY
3416 FIRST AVENUE NORTH
BILLINGS MT 59101


KEYSTEC ENVIRONMENTAL
P.O. BOX 16466
FERNANDINA BEACH FL 32035


KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
IRVINE CA 92614


LABOR READY
P.O. BOX 31001-0257
PASADENA CA 91110


LAKELAND DEVELOPMENT COMPANY
12345 LAKELAND DRIVE
SANTA FE SPRINGS CA 90670


LANPHAR MECHANICAL SERVICES, INC.
7740 EAST REDFIELD ROAD
SCOTTSDALE AZ 85260


LEFT LANE TRANSPORTATION
369 SOUTH DOHENY DRIVE
BEVERLY HILLS CA 90211


LIBERTY PROCESS EQUIPMENT, INC.
2525 SOUTH CLEARBROOK DRIVE
WASHINGTON DC 20240


LINCOLN NATIONAL LIFE INSURANCE COMPANY
P.O. BOX 0821
CAROL STREAM IL 60132

RDX Technologies Corporation -


LIQUID METAL CONCEPTS
3031 SOUTH 46TH STREET
PHOENIX AZ 85040


LOEB & LOEB
10100 SANTA MONICA BOULEVARD
LOS ANGELES CA 90067


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES CA 90054


LYCO HOT SHOT
50 WEST LINCOLN AVENUE
WILLIAMSPORT PA 17702


M&S LOGISTICS
9007 EAST LARKSPUR DRIVE
SCOTTSDALE AZ 85260


MANATT, PHELPS, & PHILLIPS LLP
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES CA 90064


MANUFACTURING RESOURCE PARTNERS
P.O. BOX 1366
LITTLEROCK CA 93543


MATT BOKENKROGER
9805 EAST 90TH TERRACE
KANSAS CITY MO 64138


MCMASTER-CARR
P.O. BOX 7690
CHICAGO IL 60680


METCALF AUTO SUPPLY
147 WEST CENTRAL
CARTHAGE MO 64836


MFA OIL
1 RAY YOUNG DRIVE
COLUMBIA MO 65201

MICROSOFT CORPORATION
P.O. BOX 842103
DALLAS TX 75284


MID-AMERICA DISTILLATIONS, INC.
P.O. BOX 2880
HOT SPRINGS NATIONAL PARK AR 71914


MID-AMERICA PUMP
5600 INLAND DRIVE
KANSAS CITY KS 66106


MIDWEST MATERIALS CO.
P.O. BOX 968
SPRINGFIELD MO 65801


MISSOURI & NORTHERN ARKANSAS RAILROAD CO
P.O. BOX 409590
ATLANTA GA 30384


MISSOURI DEPT. OF AGRICULTURE
DIVISION OF WEIGHTS & MEASURES
JEFFERSON CITY MO 65102


MISSOURI DEPT. OF REVENUE
VEHICLE RENEWAL
P.O. BOX 2046
JEFFERSON CITY MO 65105


MISSOURI GAS ENERGY
P.O. BOX 219255
KANSAS CITY MO 64121


MOBILE MINI INC.
P.O. BOX 79149
PHOENIX AZ 85062


MOBILE MODULAR MANAGEMENT CORP.
P.O. BOX 45043
SAN FRANCISCO CA 94145


MODSPACE
12603 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

MORGAN LEWIS BOCKIUS LLP
355 SOUTH GRAND AVENUE #4400
LOS ANGELES CA 90071


MPW INDUSTRIAL SERVICES
P.O. BOX 10
HEBRON OH 43025


MUREX ENVIRONMENTAL, INC.
15375 BARRANCA PARKWAY
IRVINE CA 92618


NEW PENN MOTOR EXPRESS, INC.
24801 NETWORK PLACE
CHICAGO IL 60673


NORTHERN STATES FILTRATION CO.
648 MENDELSSOHN AVENUE NORTH
MINNEAPOLIS MN 55427


O'REILLY AUTO PARTS
233 SOUTH PATTERSON AVENUE
SPRINGFIELD MO 65802


O.C. VACUUM, INC.
5900 CHERRY AVENUE
LONG BEACH CA 90805


OIL PRICE INFORMATION SERVICES
P.O. BOX 9405
GAITHERSBURG MD 20898


OROS & BUSCH APPLICATION TECHNOLOGIES
P.O. BOX 37
DEFIANCE MO 63341


OZARK BUSINESS SYSTEMS INC.
122 EAST SPRING
NEOSHO MO 64850


OZARK CRANE SERVICES
2700 COUNTY ROAD 100
CARTHAGE MO 64836

RDX Technologies Corporation -


PACE ANALYTICAL


PACIFIC OFFICE AUTOMATION
P.O. BOX 41602
PHILADELPHIA PA 19101


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PARKWAY
BEAVERTON OR 97006


PAI ACCOUNTING DEPARTMENT
P.O. BOX 6839
COLUMBIA SC 29260


PAN PACIFIC SURVEYORS, INC.
444 QUAY AVENUE, SUITE 7
WILMINGTON CA 90744


PARACLETE MANAGEMENT INC.
P.O. BOX 1435
MOUNT VERNON WA 98273


PAYCHEX
1535 SCENIC AVENUE
COSTA MESA CA 92626


PERMIAN MACHINERY MOVERS
P.O. BOX 11281
ODESSA TX 79760


PHILADELPHIA GAS WORKS
P.O. BOX 11700
NEWARK NJ 07101


PORT PLASTICS
15325 FAIRFIELD RANCH
#150
CHINO HILLS CA 91709


PRAXAIR DISTRIBUTION INC.
DEPT. LA 21511
PASADENA CA 91185

RDX Technologies Corporation -


PRAXAIR, INC.
P.O. BOX 417518
BOSTON MA 02241


PRECISION FITTING & GAUGE CO.
1214 SOUTH JOPLIN AVENUE
TULSA OK 74112


PRECISIONLIFT, INC.
LOCKBOX 7391
PHILADELPHIA PA 19178


PROFESSIONAL TRANSPORTATION CENTER
P.O. BOX 628
MOUNT VERNON MO 65712


PROTECTION ONE SECURITY SOLUTIONS
P.O. BOX 219044
KANSAS CITY MO 64121


PUMP & POWER EQUIPMENT CORP.
8019 DORSEY RUN ROAD
JESSUP MD 20794


PURCHASE POWER
P.O. BOX 371874
PITTSBURGH PA 15250


PVF SALES, INC.
13707 BORATE STREET
SANTA FE SPRINGS CA 90670


QUALITY CARRIERS, INC.
4910 PAYSPHERE CIRCLE
CHICAGO IL 60674


QUALITY ONE ELECTRIC, LLC
P.O. BOX 548
JOPLIN MO 64802


RACE BROTHERS FARM & HOME SUPPLY
2309 FAIRLAWN AVENUE
CARTHAGE MO 64836

RDX Technologies Corporation -


RAIL AMERICA/MMA
P.O. BOX 409590
ATLANTA GA 30384


REDDAWAY INC.
26401 NETWORK PLACE
CHICAGO IL 60673


RELIABLE FORKLIFT SALES LLC
3652 EAST CHIPMAN ROAD
PHOENIX AZ 85040


REPUBLIC SERVICES
4811 WEST LOWER BUCKEYE ROAD
PHOENIX AZ 85043


RESOURCE RECOVERY CORPORATION
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON DE 19808


RICHARD GAGNON
1541 OCEAN AVENUE
SANTA MONICA CA 90401


RICHARD WHITMARSH
8133 WASHINGTON AVNEUE
WHITTIER CA 90602


ROBERT LATEK
8333 EAST VIA PASEO DEL NORTE
SCOTTSDALE AZ 85258


ROCKWATER ENERGY SOLUTIONS
281 POST OAK BOULEVARD
SUITE 400
HOUSTON TX 77056


RYANHERCO
LOCKBOX 893168
DALLAS TX 75312


RYERSON STEEL
P.O. BOX 100097
PASADENA CA 91189

S AND G PUMPING SERVICE
73-680 HWY 111
PALM DESERT CA 92260

SAFETY-KLEEN SYSTEMS, INC.
P.O. BOX 650509
DALLAS TX 75265

SANTE FE SPRINGS LINE X
12510 EAST SLAUSON AVENUE
SANTA FE SPRINGS CA 90670

SC ENVIRONMENTAL SERVICES, INC.
424 NORTH DELANCEY AVENUE
SAN DIMAS CA 91773

SC FUELS
P.O. BOX 14237
ORANGE CA 92863

SCHELLE SM INC. PLUMBING & HEATING
1105 CHERRY STREET
LAMAR MO 64759

SCHROEPFER SERVICES, LLC
7007 EAST SUNNYSIDE DRIVE
SCOTTSDALE AZ 85254

SCOTTSDALE COMMERCIAL DEVELOPMENT INC.
424 FOURTH AVENUE
INDIALANTIC FL 32903

SEA BOX, INC.
1 SEA BOX DRIVE
RIVERTON NJ 08077

SEAFAR INC.
111 CALUMET STREET
DEPEW NY 14043

SEMO TANK/BAKER EQUIPMENT CO.
456 SEMO LANE
PERRYVILLE MO 63775

SEW EURODRIVE
P.O. BOX 751704
CHARLOTTE NC 28275

SHERWOOD SYSTEMS
1717 EAST MORTEN
PHOENIX AZ 85020

SHOOK HARDY & BACON LLP
P.O. BOX 843718
CA 94184

SHRED-IT USA-PHOENIX
P.O. BOX 101077
PASADENA CA 91189

SNELL & WILMER
400 EAST VAN BUREN
PHOENIX AZ 85004

SOUTH COAST AQMD
P.O. BOX 4943
DIAMOND BAR CA 91765

SOUTHERN CALIFORNIA MATERIAL HANDLING
P.O. BOX 80770
SAN MARINO CA 91118

SOUTHERN TANK LEASING
DEPT. 282
HOUSTON TX 77210

SOUTHWEST PUMPS & FILTERS, INC.
2335 EAST CHESTNUT EXPRESSWAY
SPRINGFIELD MO 65802

ST FREIGHT, LLC
P.O. BOX 1147
MANITOWOC WI 54221

STANDARD & POOR'S FINANCIAL SERVICES
2542 COLLECTION CENTER DRIVE
CHICAGO IL 60693

RDX Technologies Corporation -


STAR MECHANICAL SUPPLY
535 NORTH FREMONT
SPRINGFIELD MO 65802


STEELTREK
4141 SOUTH JACKSON
TULSA OK 74107


STERLING BLOWER COMPANY
P.O. BOX 2279
FOREST VA 24551


STRESS LESS ENVIRONMENTAL, LLC
P.O. BOX 3306
SOUTH EL MONTE CA 91733


SUGAR MILNER PETERSON MIRANDA WILLIAMSON
4100 NEWPORT PLACE
NEWPORT BEACH CA 92660


SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA GA 30384


SUPERIOR SWEEPING
10429 SALINAS RIVER CIRCLE
FOUNTAIN VALLEY CA 92708


SWECO
P.O. BOX 732135
DALLAS TX 75373


TASCO CENTRIFUGE
2101 B. AVENUE
AMARILLO TX 79111


TATE ENGINEERING
3921 VERO BOULEVARD
HALETHORPE MD 21227


TAYLOR STAFFORD CLITHERO FITGERALD
BASIN WY 82410

TCT WEST, INC.
P.O. BOX 671
CALHOUN CITY MS 38916


THE GLOBAL EDGE CONSULTANTS
1330 LAKE ROBBINS DRIVE
SPRING TX 77380


THE JACOBSEN PUBLISHING
1123 WEST WASHINGTON BOULEVARD
CHICAGO IL 60607


THIENES ENGINEERING, INC.
14349 FIRESTONE BOULEVARD
LA MIRADA CA 90638


TOWN OF DEAVER
BOX 207
DEAVER WY 82421


TRANGO TECHNOLOGY, INC.
25850 NORTH TENNYSON LANE
STEVENSON RANCH CA 91381


TRANSFLO CORPORATION
6735 SOUTHPOINT DRIVE S, J686
JACKSONVILLE FL 32212


TRAVELERS
DEPT. 68856
DALLAS TX 75266


TREA INC.
4216 SOUTH 36TH PLACE
PHOENIX AZ 85040


TRIMAC TRANSPORTATION
P.O. BOX 203099
DALLAS TX 75320


TRINITY INDUSTRIES LEASING COMPANY
W 510131
PHILADELPHIA PA 19175

TYCO INTEGRATED SECURITY, LLC
P.O. BOX 371967
PITTSBURGH PA 15250


ULINE
2200 SOUTH LAKESIDE DRIVE
WAUKEGAN IL 60085


UMB BANK, N.A.
KANSAS CITY MO 64105


UNITED RENTALS
LOS ANGELES CA 90074


UNITED SCALE SERVICE, INC.
25152 KAFIR ROAD
WEBB CITY MO 64870


UNITED SITE SERVICES
P.O. BOX 53267
PHOENIX AZ 85072


UNITED STATES OF AMERICA
C/O ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004


UPS
P.O. BOX 894820
LOS ANGELES CA 90189


US PEROXIDE
13475 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


USA BLUE BOOK
P.O. BOX 9004
GURNEE IL 60031


VERIZON WIRELESS
P.O. BOX 660108
DALLAS TX 75266

RDX Technologies Corporation -


VERIZON WIRELESS
P.O. BOX 15124
ALBANY NY 12212


VOLVO RENTS
2241 NORTH BELCREST
SPRINGFIELD MO 65803


WASTE MANAGEMENT OF AZ
P.O. BOX 43350
PHOENIX AZ 85080


WATER MANAGEMENT SOLUTIONS, INC.
P.O. BOX 1171
PAMPLIN VA 23958


WATER REVENUE BUREAU
PHILADELPHIA PA 19102


WATERJET
129 BRADLEY DRIVE
LYNCHBURG VA 24501


WCA WASTE CORPORATION
P.O. BOX 553166
DETROIT MI 48255


WELLS FARGO EQUIPMENT FINANCE
SAN FRANCISCO CA 94120


WEST COMM, LLC
219 WEST 14TH STREET
JOPLIN MO 64801


WESTWAY FEED PRODUCTS, LLC
23623 NETWORK PLACE
CHICAGO IL 60673


WIEDRICK'S CRANE SERVICE, INC.
2245 SHILOH ROAD
BILLINGS MT 59102

RDX Technologies Corporation -


WIESE USA
1435 WOODSON ROAD
SAINT LOUIS MO 63132


WILLIS OF ARIZONA, INC.
P.O. BOX 730054
DALLAS TX 75373


WM. W. NUGENT COMPANY
3440 CLEVELAND STREET
SKOKIE IL 60076


YRC FREIGHT
P.O. BOX 730375
DALLAS TX 75373

# United States Bankruptcy Court
## District of Arizona

In re   __RDX Technologies Corporation__
                                          Debtor(s)

Case No. _____
Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __RDX Technologies Corporation__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December  5, 2017__
Date

__/s/ Mark J. Giunta__
__Mark J. Giunta 015079__
Signature of Attorney or Litigant
Counsel for   __RDX Technologies Corporation__
__Law Office of Mark J. Giunta__
__531 East Thomas Road__
__Suite 200__
__Phoenix, AZ 85012__