# United States Bankruptcy Court

_____ District of Arizona _____

In re RDX TECHNOLGIES CORPORATION,     Case No. 2:17-bk-14387

       Debtor                    Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF RDX TECHNOLOGIES CORPORATION HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of 2/23/2018 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of RDX TECHNOLOGIES CORPORATION holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Ridgeline Energy Services (USA), Inc. | 100% equity interest. Ridgeline Energy Services (USA), Inc., ("Ridgeline USA") wholly owns Ridgeline Eau Claire, Inc. (Alberta), which holds IP which the utilized Debtor has historically marketed in the Canadian market while Ridgeline USA has historically marked and utilized the IP in the U.S. market. | |
| Ridgeline Eau Claire, Inc. (Alberta) | 0% direct equity interest. Debtor's wholly owned subsidiary, Ridgeline USA, owns 100% equity interest. | A |
| SFS Real Estate Recovery, LLC[1] | 100% Equity Interest | |
| Danzik Hydrological Sciences, LLC[2] | 100% Equity Interest | |
| RDX Energy Group, LLC[3] | 100% Equity Interest | |

[1] SFS Real Estate Recovery, LLC, Danzik Hydrological Sciences, LLC, RDX Energy Group, LLC, RDX Applied Technologies, LLC, RDX Operations, Inc., RDX Water Group, LLC, Changing World Technologies, LLP, Renewable Environment Solutions, LLC, and Thermo-Depolymerization Process, LLC, are all empty non-operating corporate shells with no assets that conduct no business and having no financial information to report; no separate exhibits regarding these non-operating shells are presented herein this report.

| RDX Applied Technologies I, LLC[4] | | |
|---|---|---|
| RDX Operations, Inc.[5] | | |
| RDX Water Group, LLC[6] | | |
| Changing World Technologies, LP[7] | | |
| Renewable Environment Solutions, LLC[8] | | |
| Thermo-Depolymerization Process, LLC[9] | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of RDX TECHNOLOGIES CORPORATION holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

_____

B26 (Official Form 26)– Cont.

Date:23 FEB 2018

_____

Signature of Authorized Individual

_____

Tony Ker

Name of Authorized Individual

_____

Director – Interim CEO

Title of Authorized Individual

B26 (Official Form 26)– Cont.


**Exhibit A**
**Valuation Estimate for Ridgeline Energy Services (USA), Inc.**


[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]


The valuation of Ridgeline Energy Services (USA), Inc. is based on the valuation of wholly owned interest in Ridgeline Eau Claire (Alberta), Inc., which holds the intellectual property ("IP") valued at $425,000.

The IP is a collection of various types of IP, primarily for the treatment of water and energy production. The IP is in the form of trade secrets and its value is largely dependent on the economic state of the oil and gas industry and other energy industries. The current value is an estimate at this time and could increase as the primary industries economic factors improve.

There is no current appraisal or written valuation of the IP. An older valuation was completed by a 3rd party in 2011 and is attached at the end of this document.

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

**Exhibit B**
**<u>Financial Statements for Ridgeline Energy Services (USA), Inc.</u>**

Ridgeline Energy Services (USA), Inc. currently owns Ridgeline Eau Claire (Alberta), Inc. and does not have any other financial activity at the present time.

Balance Sheets B1:

1)     RIDGELINE ENERGY SERVICES (USA) INC.
2)     RIDGELINE EAU CLAIRE INC. (ALBERTA

**B26 - 10**

**BALANCE SHEET OF**

**RIDGELINE ENERGY SERVICES (USA) INC.**

AS OF 31 DECEMBER 2017

| | YEAR TO DATE | | PREVIOUS FISCAL YEAR | |
|---|---|---|---|---|
| Cash & Cash items | $ | - | $ | - |
| Securities | $ | - | $ | - |
| Accounts Receivable | $ | - | $ | - |
| Accounct due from Afiliates | $ | - | $ | - |
| Inventories | $ | - | $ | - |
| Materials | $ | - | $ | - |
| Work in Progress | $ | - | $ | - |
| Supplies | $ | - | $ | - |
| Finished Goods | $ | - | $ | - |
| Total Inventory | $ | - | $ | - |
| | | | | |
| Prepaid exepnses | $ | - | $ | - |
| Other assets | $ | - | $ | - |
| | | | | |
| Total Current Assets | $ | - | $ | - |
| | | | | |
| Securities of Affiliates | $ | - | $ | - |
| Indebtness of affiliates (NON-CURRENT) | $ | - | $ | - |
| Other investments (100% EAU CLAIRE owned)(1) | $ | 425,000 | $ | 425,000 |
| PP&E | $ | - | $ | - |
| Accumulated Depreciation | $ | - | $ | - |
| Intangible Assets | $ | - | $ | - |
| Other Assets | $ | - | $ | - |
| | | | | |
| Total ASSETS | $ | 425,000 | $ | 425,000 |

LIABILITIES and SHAREHOLDER / PARTNERS EQUITY

| | YEAR TO DATE | | PREVIOUS FISCAL YEAR | |
|---|---|---|---|---|
| Accounts Payable (Non affiliates) | $ | 3,731,054 | $ | 3,901,406 |
| Accounts Payable (Affiliates) | | | | |
| Other Current Liabilities | | | | |
| Total Current Liabilities | $ | 3,731,054 | $ | 3,901,406 |
| | | | | |
| Bond, Mortguages, LTD, Leases | | | | |
| Indebtedness to AFFILIATE (Non-current) | | | $ | - |
| Other Liabilities | | | | |
| Deferred credits | | | | |
| Minority Interests in consolidated subs. | | | | |
| Preffered Stock | | | | |
| Total Liabilities | $ | 3,731,054 | $ | 3,901,406 |
| | | | | |
| SHAREHOLDER EQUITY | $ | (3,306,054) | $ | (3,476,406) |
| Total liabilities and shareholders'/partners' equity | $ | 425,000 | $ | 425,000 |

(1) - Intellectual Property

**B26 - 10**

**BALANCE SHEET OF**

**RIDGELINE EAU CLAIRE INC. (ALBERTA)**

AS OF 31 DECEMBER 2017

| | | YEAR TO DATE | | PREVIOUS FISCAL YEAR |
|---|---|---|---|---|
| Cash & Cash items | $ | - | $ | - |
| Securities | $ | - | $ | - |
| Accounts Receivable | $ | - | $ | - |
| Accounct due from Afiliates | $ | - | $ | - |
| Inventories | $ | - | $ | - |
| Materials | $ | - | $ | - |
| Work in Progress | $ | - | $ | - |
| Supplies | $ | - | $ | - |
| Finished Goods | $ | - | $ | - |
| Total Inventory | $ | - | $ | - |
| | | | | |
| Prepaid exepnses | $ | - | $ | - |
| Other assets | $ | - | $ | - |
| | | | | |
| Total Current Assets | $ | - | $ | - |
| | | | | |
| Securities of Affiliates | $ | - | $ | - |
| Indebtness of affiliates (NON-CURRENT) | $ | - | $ | - |
| Other investments | $ | - | $ | - |
| PP&E (1) | $ | - | $ | - |
| Accumulated Depreciation | $ | - | $ | - |
| Intangible Assets | $ | - | $ | - |
| Other Assets(1) | $ | 425,000 | $ | 425,000 |
| | | | | |
| Total ASSETS | $ | 425,000 | $ | 425,000 |

LIABILITIES and SHAREHOLDER / PARTNERS EQUITY

| | | YEAR TO DATE | | PREVIOUS FISCAL YEAR |
|---|---|---|---|---|
| Accounts Payable (Non affiliates) | $ | - | $ | - |
| Accounts Payable (Affiliates) | | | | |
| Other Current Liabilities | | | | |
| Total Current Liabilities | $ | - | $ | - |
| | | | | |
| Bond, Mortguages, LTD, Leases | | | | |
| Indebtedness to AFFILIATE (Non-current) (2) | | | $ | - |
| Other Liabilities | | | | |
| Deferred credits | | | | |
| Minority Interests in consolidated subs. | | | | |
| Preffered Stock | | | | |
| Total Liabilities | $ | - | $ | - |
| | | | | |
| SHAREHOLDER EQUITY | $ | 425,000 | $ | 425,000 |
| Total liabilities and shareholders'/partners' equity | $ | 425,000 | $ | 425,000 |

(1) - Intellectual Property

B26 (Official Form 26)– Cont.

**Exhibit B-2**
**Statement of Income (Loss) for Ridgeline Energy Services (USA), Inc.**
Period ending 31 December 2017


**Ridgeline Energy Services (USA) Inc. and Ridgeline Eau Claire** currently have no income (loss) to report.


Ridgeline Energy Services (USA) Inc. last had income inand operations in early 2015, but no financials were prepared.
Ridgeline Eau Claire has never had any income flow through the company.

B26 (Official Form 26)– Cont.

## Exhibit B-3
### Statement of Cash Flows for Ridgeline Energy Services (USA), Inc.
For the period ending 31 December 2017

| RIDGELINE ENERGY SERVICES (USA) INC. | | | | |
|---|---|---|---|---|
| AS OF 31 DECEMBER 2017 | | | | |
| | | | Statement of cash flows | |
| | | | December 31, 2017 | |
| For the periods ending | | | | |
| Year to date Prior Fiscal Year | | | December 1, 2017 | December 1, 2016 |
| Net cash provided (used) by operating activities | | | $        - | $        - |
| Cash flows from investing activities | | | $        - | $        - |
| Capital expenditures | | | $        - | $        - |
| Sale of | | | $        - | $        - |
| Other (describe) | | | $        - | $        - |
| Net cash provided (used) in investing | | | $        - | $        - |
| activities | | | $        - | $        - |
| Cash flows provided (used) by financing activities | | | $        - | $        - |
| Net borrowings under line-of-credit | | | $        - | $        - |
| Principal payments under capital leases | | | $        - | $        - |
| Proceeds from issuance of long-term debt | | | $        - | $        - |
| Proceeds from sale of stock | | | $        - | $        - |
| Dividends paid/Partner Distributions | | | $        - | $        - |
| Net cash provided (used) | | | $        - | $        - |
| in financing activities | | | $        - | $        - |
| Net increase (decrease) in cash and cash equivalents | | | $        - | $        - |
| Cash and cash equivalents | | | $        - | $        - |
| Form 26 Instr.– Cont. | | | $        - | $        - |
| Form B26- Rule 2015.3 | | | $        - | $        - |
| Rev. 1/15/14 | | | $        - | $        - |
| Beginning of period | | | $        - | $        - |
| End of period | | | $        - | $        - |
| | | | | |
| | | | | |

B26 (Official Form 26)– Cont.

## Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Ridgeline Energy Services (USA), Inc.
period ending 31 December 2017

| **B26 -13** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **RIDGELINE ENERGY SERVICES (USA) INC.** | | | | | | | |
| | | **Statement of changes in shareholders'/partners' equity (deficit)** | | | | | |
| | | AS OF 31 DECEMBER 2017 | | | | | |
| For the periods ending | | December 1, 2017 | | December 1, 2016 | | | |
| Balance, beginning of period | | $ | (3,306,054) | $ | (3,476,406) | | |
| Comprehensive net income | | $ | - | $ | - | | |
| **Consolidated from all subsidiaries** | | | | | | | |
| Change in Accounts Payable + reduction (- increase)     (1) | | | | | | | |
| Change in lawsuit pending + reduction (- increase)     (2) | | | | | | | |
| Net income | | $ | - | $ | - | | |
| Other comprehensive income, net of tax | | $ | - | $ | - | | |
| Unrealized gains (losses) on securities | | $ | - | $ | - | | |
| Year to date Prior Fiscal Year | | $ | - | $ | - | | |
| Foreign translation adjustments | | $ | - | $ | - | | |
| Minimum pension liability | | $ | - | $ | - | | |
| adjustment | | $ | - | $ | - | | |
| Issuance of stock | | $ | - | $ | - | | |
| Dividends paid | | $ | - | $ | - | | |
| Balance, end of period | | $ | (3,306,054) | $ | (3,476,406) | | |
| | | | | | | | |
| (1) Debts eliminated | | | | | | | |
| (2) Changes in Lawsuits liabilities | | | | | | | |
| | | | | | | | |

| B26 -13 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **RIDGELINE EAU CLAIRE INC.** | | | | | | | |
| | | | **Statement of changes in shareholders'/partners' equity (deficit)** | | | | |
| | | | AS OF 31 DECEMBER 2017 | | | | |
| For the periods ending | | | December 1, 2017 | | December 1, 2016 | | |
| Balance, beginning of period | | | $ | 425,000 | $ | 425,000 | |
| Comprehensive net income | | | $ | - | $ | - | |
| **Consolidated from all subsidiaries** | | | | | | | |
| Change in Accounts Payable + reduction (- increase) | | (1) | | | | | |
| Change in lawsuit pending + reduction (- increase) | | (2) | | | | | |
| Net income | | | $ | - | $ | - | |
| Other comprehensive income, net of tax | | | $ | - | $ | - | |
| Unrealized gains (losses) on securities | | | $ | - | $ | - | |
| Year to date Prior Fiscal Year | | | $ | - | $ | - | |
| Foreign translation adjustments | | | $ | - | $ | - | |
| Minimum pension liability | | | $ | - | $ | - | |
| adjustment | | | $ | - | $ | - | |
| Issuance of stock | | | $ | - | $ | - | |
| Dividends paid | | | $ | - | $ | - | |
| Balance, end of period | | | $ | 425,000 | $ | 425,000 | |
| | | | | | | | |
| (1) Debts eliminated | | | | | | | |
| (2) Changes in Lawsuits liabilities | | | | | | | |
| | | | | | | | |
| | | | | | | | |

B26 (Official Form 26)– Cont.

## Exhibit C
## Description of Operations for Ridgeline Energy Services (USA), Inc.

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

RIDGELINE ENERGY SERVICES (USA) INC. through its wholly owned subsidiary Ridgeline Eau Claire Inc. owns proprietary water treatment systems that are focused on the Oil and Gas Industry and the Industrial waste water space for markets in the USA. *Note that RDX TECHOLOGIES CORPORATION through its wholly owned subsidiary RIDGELINE ENERGY SERVICES (USA) INC. owns the rights to use proprietary water treatment systems that are focused on the Oil and Gas Industry and the Industrial waste water space for markets in CANADA.*

RIDGELINE ENERGY SERVICES (USA) INC. will Licenses, builds, and operates proprietary waste water treatment systems, primarily in the Oil and Gas Industry.

RIDGELINE ENERGY SERVICES (USA) INC. also has applications for Industrial water treatment.

RIDGELINE ENERGY SERVICES (USA) INC. is looking to improve e discharge permits where current operations are unable to sustain profitability or effectively monetize the value of the assets. Pay fair market value through eyes of the seller, ramp revenue and profitability through the implementation of RIDGELINE ENERGY SERVICES (USA) INC.'s proprietary electro-catalytic water treatment process and management know-how Consolidating a fragmented Industry.

Approximately 1,600 publicly owned municipal waste water treatment facilities with approved pre-treatment programs. RIDGELINE ENERGY SERVICES (USA) INC. believes that there are approximately 150 potential targets with inadequate and outdated treatment technologies.

The plan, that is still developing is to:

- Sign Licensing Agreements with at least 2-3 companies in the next 2-3 weeks that will enable the business to generate revenues of $200-300,000 Per month. *Note: RDX TECHOLOGIES CORPORATION will also have business in CANADA.*

- Initially the revenue will be from Licensing the IP, but it is projected that RIDGELINE ENERGY SERVICES (USA) INC. will also build, operate and maintain new systems as it gets back into business for the US markets and Canadian markets.

**Proprietary and Confidential**



# Ridgeline Energy Services Inc.

*Valuation of Danzik Hydrological Services (DRAFT)*



**March 24, 2011**

# Disclaimer

The information contained herein is confidential and is intended solely for the use of the addressee(s). It shall not be construed as a recommendation to buy or sell any security. Any external companies information provided herein is used as an example only and is not to be considered as indicative of the results achieved by your company. Any unauthorized access, use, reproduction, disclosure or dissemination is prohibited.

The information contained herein is based on historical financial and other information provided to us by Ridgeline Energy Services Inc. and Dennis M. Danzik. McNicoll, Lewis &Vlak LLC has not audited or confirmed this information for accuracy and completeness. Accordingly, McNicoll, Lewis &Vlak LLC takes no responsibility for the underlying data used or presented in this report. Public information and industry and statistical information that was used in this report was obtained from sources that are believed to be reliable and accurate. McNicoll, Lewis &Vlak LLC makes no representation as to the accuracy or completeness of such information and McNicoll, Lewis &Vlak LLC has not conducted any procedures to substantiate such information.

It is assumed that all require licenses, consents, or other legislative or administrative authority from any local, state, provincial or national government or private entity has been obtained or renewed for any use on which the value estimate in this report is based.

The information provided shall not be disseminated to another party without the prior written consent of McNicoll, Lewis & Vlak LLC. Any party who uses this report or the information contained herein contrary to this prohibition shall indemnify McNicoll, Lewis &Vlak LLC , its members, officers, directors, attorneys and affiliates, and hold them harmless, of and from all claims, suits, costs and expenses arising from such use.

Neither McNicoll, Lewis & Vlak LLC nor any of its subsidiaries, affiliates, officers, or employees shall assume any legal liability or responsibility for any incorrect, misleading or altered information contained herein.

# Table of Contents

- **Introduction**

- **Scope of Review**

- **Overview of Dansik Hydrological Sciences**

- **Valuation**

- **Conclusion**

# Introduction

- Ridgeline Energy Services Inc. ("Ridgeline") has engaged McNicoll, Lewis & Vlak LLC ("MLV") to provide an independent valuation of Danzik Hydrological Sciences LLC ("DHS" or the "Company").

- McNicoll Lewis & Vlak LLC ("MLV", www.mlvco.com) is a full service boutique investment bank based in NY and has offices in Denver, Houston and San Francisco (with a representative office in Vancouver). We focus our business on growth companies in capital intensive sectors including Mining, Oil & Gas, Cleantech and Life Sciencesfull service boutique investment bank. MLV is a member of FINRA and SIPC.

- DHS holds the rights to proprietary processes for the treatment of contaminated water, as well as rights to proprietary processes for the manufacture of a combustible fuel additives. The Company is also a 50% partner in the Eau Claire partnership which has recently begun to market waste water treatment services and equipment to unconventional oil and gas producers in North America.

- Ridgeline, a publicly traded Canadian company, and DHS have agreed in principle that Ridgeline will purchase all shares of DHS. Details of the proposed transaction are included in a later section of this report.

*Cdn$ unless noted.*

**MLV**
McNicoll | Lewis | Vlak

# Scope of Review

- MLV reviewed certain information in formulating its Valuation. A summary of the information reviewed follows:

  - Financial – Eau Claire pro forma Balance Sheet as of January 31, 2011, Estimate of Eau Claire Spending thru January 31, 2011. Discussion of pro forma DHS Balance Sheet.

  - Technical – Sample and field trial water test results prepared by AGAT Laboratories, Calgary, September 29, 2010. Water and Energy Management Presentation by Ridgeline Water Inc. and – Danzik Applied Sciences, February 3, 2011.

  - Industry - Certain industry and financial market information MLV considered necessary and appropriate in the circumstances.

  - Legal – Draft Share Purchase Agreement between [DHS], Ridgeline and Dennis M. Dansik. Draft Development and Supply Agreement v.4, Eau Claire Partnership Agreement dated May 3, 2010. Letter Agreement between EOG Resources Canada, Ridgeline and the Eau Claire Partnership dated December 1, 2010. Development Agreement between Secure Energy Services Inc. and the Ridgeline Eau Claire General Partnership dated [March 2011]. Letter from Dennis M. Dansik to Tony Ker, CEO Ridgeline itemizing technologies, owners and licensees, and explaining needs for safeguards on technology, dated December 13, 2010.

  - Management Discussions - Discussions were held with the senior management of the Company and partner company Ridgeline with respect to their assessment of the historic, current and prospective research and development, operations, assets and financial positions of the company.

  - Management prepared business plan for commercialization of the Water Assets, including projected system installations, processing and cash flow.

  - Site Visits - MLV visited with Dennis Dansik at a facility in the Las Vegas, NV area where we observed operation of a water treatment demonstration system.

# Overview of DHS

- Danzik Hydrological Sciences LLC is a private limited liability company incorporated in the State of Delaware. Dennis M. Danzik ("Danzik") holds all DHS shares.

- Danzik, as sole owner of a number of entities, intends to vend certain water treatment and fuel manufacture assets and technology held by these companies into DHS.

    - Danzik has amalgamated Solverdi Worldwide Corporation, Solverdi USA Inc., and Danzik Water Sciences into Danzik Applied Sciences LLC ("DAS").

    - Deja II, LLC holds the rights to various technology developed by Danzik over his career. Dansik has transferred full ownership of the water and energy treatment rights from DEJA II to DAS.

    - Prior to completing a transaction with Ridgeline, DAS will sell the applicable water treatment and fuel manufacture assets and technologies to DHS. DHS will issue shares to DAS in consideration for the assets and technologies.

- The major assets of DHS are the "Water Assets" and "Energy Assets" which are outlined on the following pages.

**MLV**

McNicoll | Lewis | Vlak

6

# Overview of DHS: Water Assets

- The Water Assets are as follows:

  - A 50% partnership in the Eau Claire partnership. The Eau Claire partnership was formed to commercialize waste water treatment processes and equipment to the petroleum and natural gas industry in North America. Ridgeline is also a partner, with a 50% interest in Eau Claire.

  - Intellectual property and equipment that is owned by DHS or otherwise related to the following technologies:

    - A method to control electrolysis and shock diffusion for the reactive production H2 and O in water and other fluids containing water for collection of valuable contaminants, and remediation of the water or fluid itself to a desired state.

    - An extremely low energy hydrodynamic electrolytic reactor designed to control catalysis through the use of flow rate and energy consumption.

    - A hydrodynamic gravitational system for the treatment, recycling and production of a water product from waste water sources incorporating electrolytic catalysis to produce ultra violet radiation and enhance the multi point production of O3 and H2 in water.

    - Which includes without limitation: The worldwide rights to all water based intellectual property and improvements thereon; all fracture water processing, interceptor water processing, and leachate water processing; and standing water processing

- The intellectual property and equipment of DHS are not patented, and patent applications have not been filed.

- DHS is expected to file at least one patent application pertaining to water treatment immediately after a Share Purchase Agreement is signed with Ridgeline.

# Overview of DHS: Energy Assets

- The Energy Assets include the following:

  - Intellectual property and equipment that is related to or connected with the following technology:

    - The fuel technology that uses a stepped pressure process and used the inherent qualities of both vegetable oil and petroleum based oils from pure or waste sources as petroleum fuel dilatant and therefore extends the more expensive fuel with a less expensive combustible fuel additive for biofuels.

  - Which includes without limitation the worldwide rights energy based technologies described above and all improvements thereon, and all renewable fuel technology from electro catalytic process.

- No patents applicable to the Energy Assets have been filed. Research and development associated with the Energy technology preceded work on the Water technology, and is directly associated with the discovery of certain technology which may be patented as part of the Water technology.

**MLV**

McNicoll | Lewis | Vlak

DRAFT

# Valuation Methodology

- In order to provide our valuation of DHS Water Assets, MLV employed the following methodologies:

  - <u>Partner Trading</u>.  In estimating the value of the DHS Water Assets, MLV considered the public value of the Eau Claire partnership implied from the increased market value of Ridgeline since the Eau Claire partnership announced results of initial product testing.

    We also considered the relative size of the worldwide market for water treatment solutions as compared to the North American market since DHS will own rights to market its products anywhere in the world. Eau Claire's license to market water treatment products is limited to North America.

  - <u>Comparable Public Companies</u>.   MLV reviewed the trading multiples of peer companies providing services such as waste water treatment to the oil and gas industry. We selected multiples appropriate for valuation of DHS Water based on the multiples of the most comparable peer companies.

  - <u>Comparable Transactions</u>. MLV reviewed transactions involving companies or technology considered comparable to DHS Water or its technology.

  - <u>Discounted Cash Flow</u>.   The Water Assets are valued based on the net present value of projected cash flows.

- In order to estimate value for the DHS Energy Assets, MLV relied on the valuation suggested by the proposed Ridgeline transaction value.

- A summary of the analysis and estimate of value for each methodology are shown on the following pages.

# Valuation: Partner Trading

- **Partner Trading Analysis**

  In the following section we consider the public value of the Eau Claire partnership implied from the increased market value of Ridgeline since the Eau Claire partnership announced results of initial product testing.

- Comparable Company Analysis

- Comparable Transactions Analysis

- Discounted Cash Flow Analysis

# Partner Trading Method: Overview

- The DHS Water Assets consist of the following:

    - A 50% partnership in Eau Claire (which holds a license for commercialization of the Water Assets in North America).

    - Intellectual property and equipment related to water treatment technologies which includes worldwide rights to all water based intellectual property and improvements thereon; all frac water processing, interceptor water processing, and leachate water processing; and standing water processing

- In estimating the public value of the DHS Water Assets, MLV considered the public value of the Eau Claire partnership implied from the increased market value of Ridgeline since the Eau Claire partnership announced initial trial results.

    - Ridgeline shares traded in range of approximately $0.15 to $0.22 per share during the 12 month period preceding announcement of an agreement to form the Eau Claire partnership, announcement of initial waste water treatment results, and announcement of a private placement to fund the working capital needs of Eau Claire.

    - In the period following these announcements and other subsequent announcements regarding Eau Claire, Ridgeline's market value has increased significantly.

    - While other components of Ridgeline's business continue to operate successfully, we see no indication by way of announcements or financial results that changes in these businesses have contributed significantly to the increase in market value Ridgeline has experienced since August 2010. Since that time, Ridgeline has funded development and commercialization of the Water Assets, and we believe that Ridgeline's stated and demonstrated focus on the waste water treatment business is the primary factor contributing to the notable rise in Ridgeline's market value.

    - Considering the above, we believe the increased market value of Ridgeline is a proxy for the value of its 50% partnership in Eau Claire, and hence is also proxy for the public value of DHS' 50% interest in Eau Claire.

- An overview of Eau Claire and our calculation of Eau Claire public value based on the increase in Ridgeline market value are shown on the following pages.

**MLV**

McNicoll | Lewis | Vlak

# Partner Trading Method: Overview of Eau Claire

- The Eau Claire partnership was formed by Ridgeline and Solverdi USA in May 2010 to commercialize waste water treatment processes and equipment to the petroleum and natural gas industry in North America.

- The main assets of Eau Claire include:

    - A license to produce water treatment systems in North America (through Deja II LLC)

    - Agreements with oil and gas producers to provide water treatment systems and services:

        - An agreement to provide install and operate a fully integrated water treatment facility for a major unconventional gas exploration and production company in northeastern British Columbia was announced on January 6, 2011.

        - An agreement with a Alberta-based energy service company to provide contracted services for the treatment of produced and flowback waste water from oil and gas operations was announced on March 15, 2011.

    - Joint technology (developed by the Eau Claire partners).

    - Capital assets including a mobile development laboratory ("MDL")

    - An inventory of parts, and equipment to produce water treatment systems.

# Partner Trading Method: Ridgeline Capitalization (Current)

- We calculate the current market capitalization of Ridgeline for purposes of comparing to its capitalization at a prior time and thus estimating the implied value of the Eau Claire partnership.

- Ridgeline shares closed at $0.50 on March 24, and have traded within a range of $0.50 to $0.55 over the last month.

- The market capitalization of Ridgeline based on common shares outstanding and the current trading range is $25.0 to $27.6 million.

- Market capitalization including in-the-money ("ITM") dilutables is $30.6 to $33.6 million.

- **Ridgeline total capitalization including ITM dilutables is $27.6 to $30.7 million.**

| Ridgeline Capitalization | Low | High |
|---|---|---|
| Common Shares Outstanding | 50,162,263 | 50,162,263 |
| Share Price (Current Trading Range) | $0.500 | $0.550 |
| **Market Capitalization (basic)** | **$25,081,132** | **$27,589,245** |
| Net Cash | 700,000 [1] | 700,000 |
| **Total Capitalization** | **$24,381,132** | **$26,889,245** |
| | | |
| Warrants (ITM) | 6,630,000 | 6,630,000 |
| Options (ITM) | 4,329,500 | 4,329,500 |
| Common Shares plus ITM Warrants & Options | 61,121,763 | 61,121,763 |
| **Market Capitalization (partially diluted)** | **$30,560,882** | **$33,616,970** |
| Net Cash | 700,000 | 700,000 |
| Cash on exercise of ITM Dilutables | 2,219,425 | 2,219,425 |
| **Total Capitalization (partially diluted)** | **$27,641,457** | **$30,697,545** |
| | | |
| Warrants (2.8M out-of-the-money until $0.65/sh) | 9,418,674 | 9,418,674 |
| Options (0.25M out-of-the-money until $0.65/sh) | 4,187,063 | 4,187,063 |
| Total Common Shares, Warrants & Options | 63,768,000 | 63,768,000 |
| **Market Capitalization (fully diluted)** | **$31,884,000** | **$35,072,400** |
| Net Cash | 700,000 | 700,000 |
| Cash on exercise of all dilutables | 4,187,063 | 4,187,063 |
| **Total Capitalization (fully diluted)** | **$26,996,937** | **$30,185,337** |

[1] Net cash estimated as of March 22, 2011.

**MLV**
McNicoll | Lewis | Vlak

# Partner Trading Method: Ridgeline Trading & Announcements

- Ridgeline announced the status of initial water treatment tests and a private placement to fund Eau Claire working capital on July 26, 2010 (the "**Water Treatment Announcement**"). Since that time Ridgeline shares rose to a peak of $0.75 (intra-day) and has now stabilized near in the vicinity of $0.50 to $0.55 per share.



**Ridgeline 24-Month Trading (TSXV:RLE)**

Ridgeline Dec-31 Financials Released (February 28, 2011)

Ridgeline June-30 Financials Released (August 30, 2010)

Initial Water Testing Results & Private Placement Annc'd (July 26, 2010)

Eau Claire Partnership Annc'd (May 5, 2010)

$662,500 Private Placement Completed $0.20/share (Sept 20, 2010)

**MLV**

McNicoll | Lewis | Vlak

# Partner Trading Method: Capitalization at Water Treatment Anncm't

- Ridgeline Water Treatment Announcement included information regarding a private placement of 3,312,500 units at $0.20 per unit which grossed $662,500.

  Units consisted on one common share and one warrant exercisable at $0.25 per common share.

- The 10, 20, and 50-day weighted average closing prices at the time of the Water Announcement ranged from $0.21 to $0.22.

- Based on the capital structure at the time of the Water Announcement, the market capitalization of Ridgeline based on common shares outstanding and share price of $0.20 to $0.22 was $8.3 to $9.1 million.

- Market capitalization (fully diluted) was $9.9 to $10.8 million.

- **Ridgeline's total capitalization (fully diluted) at the time of the Water Treatment Announcement was $9.9 to $10.9 million.**

| Ridgeline Capitalization | Low | High |
|---|---|---|
| Common Shares Outstanding | 41,397,339 | 41,397,339 |
| Share Price (Based on Private Placement) | $0.20 | $0.22 |
| **Market Capitalization (basic)** | **$8,279,468** | **$9,107,415** |
| Net Cash (Debt) | (1,242,500) | (1,242,500) |
| **Total Capitalization** | **$9,521,968** | **$10,349,915** |
| | | |
| Warrants (all ITM) | 3,801,000 | 3,801,000 |
| Options (all ITM) | 4,095,000 | 4,095,000 |
| Total Common Shares, Warrants & Options | 49,293,339 | 49,293,339 |
| **Market Capitalization (fully diluted)** | **$9,858,668** | **$10,844,535** |
| Net Cash (Debt) | (1,242,500) | (1,242,500) |
| Cash on exercise of dilutables | 1,198,120 | 1,198,120 |
| **Total Capitalization (fully diluted)** | **$9,903,048** | **$10,888,915** |

**MLV**

McNicoll | Lewis | Vlak

# Partner Trading Method: Value of Eau Claire

- MLV believes the increase in Ridgeline's total capitalization since the Water Treatment Announcement reflects the added value of Ridgeline's 50% interest in the Eau Claire partnership.

- The total capitalization prior to the Water Announcement was $10 to $11 million.

- Since the Water Announcement, Ridgeline shares rose to a peak of $0.75 (intra-day) and has now stabilized in a range of vicinity of $0.50 to $0.55 per share.

- Based on the difference between Ridgeline's current capitalization range and the pre-Water Treatment Announcement capitalization, we estimate the **enterprise value of a 50% interest in Eau Claire is $18 to 20 million**, and that the enterprise value of Eau Claire (100%) is $35 to $40 million.

| Value of the Eau Claire Based on Trading of Partner | $ M | | |
|---|---|---|---|
| Ridgeline Total Capitalization (Current) | 27.6 | - | 30.7 |
| Ridgeline Total Capitalization (Pre-Water Announcement) | 9.9 | - | 10.9 |
| **Implied Enterprise Value of Eau Claire (50%)** | **17.7** | **-** | **19.8** |

- Further, since Eau Claire is licensed to commercialize the Water Assets in North America, we consider the value of Eau Claire as a proxy for the value of the Water Assets in North America.

**MLV**

McNicoll | Lewis | Vlak

# Partner Trading Method: Value of Water Assets

- We attribute additional value to the DHS Water Assets for both <u>ownership</u> of intellectual property and unrestricted potential to pursue commercialization of the Water Assets <u>worldwide</u>.

    - While it is difficult to quantify the value which could result from commercialization of the Water Assets on a worldwide scale, the size of the North American oil and gas market relative to the worldwide market suggests that the worldwide value could be significantly greater than the value of the North American Water Assets.

    - However, since DHS does not currently have an international presence nor a plan to pursue business outside of North America, MLV conservatively estimates the value of Water Assets outside of North America at $5 to $10 million.

- MLV estimates the public value of the DHS Water Assets including worldwide rights at $22 to $30 million.

- After assessing a 20% private company discount, **MLV estimates the enterprise value of the DHS Water Assets at $18 to $24 million based on the trading of partner Ridgeline.**

| Value of Water Assets Based on Trading of Partner | Enterprise Value ($ M) | | |
|---|---|---|---|
| Value of Eau Claire (50%) Based on Ridgeline Trading | $17.7 | - | $19.8 |
| Add'l Value for Worldwide Rights | $5.0 | - | $10.0 |
| Public Value of DHS Water Assets | $22.7 | - | $29.8 |
| Private Company Discount (20%) | ($4.5) | - | ($6.0) |
| **Value of DHS Water Assets Based on Trading of Partner** | **$18.2** | **-** | **$23.8** |

**MLV**
McNicoll | Lewis | Vlak

# Valuation: Comparable Public Companies

- Partner Trading Analysis

- **Comparable Company Analysis**

  In the following section we consider the value of the DHS Water Assets based on the market valuation of peer companies.

- Comparable Transactions Analysis

- Discounted Cash Flow Analysis

**MLV**

McNicoll | Lewis | Vlak

# Comparable Company Analysis

- MLV reviewed publicly traded companies that provide services and equipment to the oil and gas industry.

- We selected companies we considered most comparable to DHS, with emphasis on those that provide services or equipment to treat contaminated water:

  - Aqua-Pure Ventures Inc.

  - BioteQ Environmental Technologies Inc.

  - Canadian Recovery Oil & Remediation Enterprises Ltd.

  - Ecosphere Technologies, Inc.

  - Open Range Energy Corp.

  - Palko Environmental Ltd.

  - Ridgeline Energy Services Inc.

  - Seair Inc.

  - Secure Energy Services Inc.

  - Titanium Corporation Inc.

  - Westcorp Energy Inc.

- Selected market and operating statistics and trading multiples for the peer companies are shown on the following page.

- Brief descriptions of each company, as well as Balance Sheet and Income Statement details are included in the Appendix.

# Comparable Company Trading

- The market capitalization of peer companies ranges from $11 to $392 million; average market capitalization is $93 million.
- LTM Revenue ranges from zero to $72 million; average revenue is $16 million.
- Many of the peer companies are in the early stages of introducing water technologies to the market, and are not yet generating significant earnings. Only Secure Energy has positive net income over the LTM; most peers have negative EBITDA and cash flow. Therefore, MLV has relied on EV/Revenue and peer market capitalization.

| LTM ended: C$000's, unless otherwise stated | 30-Sep-10 Aqua-Pure Ventures | 30-Sep-10 BioteQ Environ | 30-Sep-10 Cdn Oil Recovery | 31-Dec-10 Ecosphere Tech | 31-Dec-10 Open Range | 31-Dec-10 Palko Environt'l | 31-Dec-10 Ridgeline Energy | 31-Aug-10 Seair Inc | 31-Dec-10 Secure Energy Svcs | 30-Nov-10 Titanium Corp | 30-Sep-10 Wescorp Energy | Average All | Average Ex. Hi-Lo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TSXV:AQE | TSX:BQE | TSXV:CVR | OTCBB:ESPH US$ | TSX:ONR | TSX:PLK | TSX:RLE | TSXV:SDS | TSX:SES | TSXV:TIC | PS:WSCE US$ | | |
| Currency | | | | | | | | | | | | | |
| **Selected Market Statistics** | | | | | | | | | | | | | |
| Shares Outstanding (millions) | 45.9 | 69.9 | 79.7 | 141.3 | 61.0 | 23.0 | 50.2 | 29.0 | 63.8 | 63.8 | 105.8 | | |
| Share Price March 24, 2011 | $0.28 | $0.85 | $0.49 | US$0.69 | $3.05 | $1.48 | $0.55 | $0.65 | $6.15 | $2.18 | US$0.105 | | |
| **Market Capitalization (basic)** | **12,860** | **59,425** | **39,076** | **97,511** | **185,898** | **34,064** | **27,589** | **18,836** | **392,376** | **139,043** | **11,112** | **92,526** | **68,256** |
| Net Debt (Cash) | 41,597 | (12,693) | (1,435) | 3,162 | 51,053 | 15,283 | (684) | 9,135 | (20,676) | (5,491) | 2,377 | 7,421 | 5,694 |
| **Total Capitalization** | **54,457** | **46,731** | **37,641** | **100,672** | **236,951** | **49,347** | **26,905** | **27,971** | **371,700** | **133,552** | **13,489** | **99,947** | **79,359** |
| | | | | | | | | | | | | | |
| Revenue (LTM) | **7,059** | **9,214** | **1,838** | **8,964** | **42,038** | **22,320** | **9,820** | **2,781** | **72,759** | **-** | **864** | **16,151** | **11,655** |
| EBITDA (LTM) | (2,195) | (438) | (3,356) | (6,487) | 30,330 | 4,298 | (308) | (1,398) | 24,012 | (7,719) | (4,289) | 2,950 | 1,093 |
| Net Income (LTM) | (7,529) | (798) | (3,805) | (22,237) | (3,529) | (978) | (946) | (1,899) | 4,701 | (8,181) | (7,668) | (4,806) | (3,926) |
| Cash Flow (LTM) | (4,288) | 820 | (3,651) | (7,829) | 30,267 | 2,585 | (401) | (1,440) | (4,701) | (12,568) | (548) | (159) | (2,161) |
| Equity (Book Value) | (5,263) | 37,350 | 11,906 | (11,858) | 145,822 | 29,715 | 6,486 | (1,571) | 153,774 | 3,549 | (11,445) | 32,588 | 24,061 |
| | | | | | | | | | | | | | |
| **Total Capitalization to:** | | | | | | | | | | | | | |
| Revenue | **7.7x** | **5.1x** | **20.5x** | **11.2x** | **5.6x** | **2.2x** | **2.7x** | **10.1x** | **5.1x** | **nm** | **15.6x** | **8.6x** | **7.9x** |
| EBITDA | nm | nm | nm | nm | 7.8x | 11.5x | nm | nm | 15.5x | nm | nm | 11.6x | |
| | | | | | | | | | | | | | |
| **Market Capitalization to:** | | | | | | | | | | | | | |
| Net Income | nm | nm | nm | nm | nm | nm | nm | nm | 83.5x | nm | nm | nm | nm |
| Cash Flow | nm | 72.5x | nm | nm | 6.1x | 13.2x | nm | nm | nm | nm | nm | nm | nm |
| Equity | nm | 1.6x | 3.3x | nm | 1.3x | 1.1x | 4.3x | nm | 2.6x | 39.2x | nm | 2.7x | 0.3x |

# Comparable Public Companies Analysis

- **Valuation Based on Multiple of Enterprise Value to Revenue**: The average (ex hi-lo) EV/Revenue multiple of the peer companies is 7.9x. Applying this multiple to DHS average revenue 2011E to 2013E of $5.3 million suggests a public company value of $38 to $44 million

- **Valuation Based on Market Capitalization**: We also considered the market capitalization of peer companies with LTM revenue less than $10 million. These companies are not yet generating significant earnings (as evidenced by negative EBITDA), and we believe the market capitalization of these companies provides an indication of how the market might value an emerging oil & gas services supplier such as DHS.

  - Average total capitalization of peers with less than $10 million in LTM revenue is $44 million, within a range of $13 to $134 million. Notably, Titanium Corporation has a total cap of $134 million despite having no revenue.

  - Based on the peer group average, we establish a range of +/- 10% around the average capitalization of $44 million, suggesting a $40 to $48 million public value for DHS.

- We discounted the average of the suggested public values by 20% as DHS is a private company.

- **MLV estimates the enterprise value of DHS based on Comparable Company Analysis is $31 to $37 million** as shown below.

| $ millions | | Multiple Range | | | Implied Enterprise Value of DHS | | |
|---|---|---|---|---|---|---|---|
| Average DHS Revenue 2011E - 2013E | $5.3 | 7.2x | - | 8.5x | $38 | - | $45 |
| Average Total Capitalization of Peers | $44.0 | 0.9x | - | 1.1x | $40 | - | $48 |
| **Average Implied Public Company Value** | | | | | **$39** | | **$47** |
| Private Company Discount (20%) | | | | | ($8) | | ($9) |
| **Implied DHS Enterprise Value** | | | | | **$31** | **-** | **$37** |

MLV

McNicoll | Lewis | Vlak

# Valuation: Comparable Transactions

- Partner Trading Analysis

- Comparable Company Analysis

- **Comparable Transactions Analysis**

  In the following section we consider the value of the DHS Water Assets based on transaction involving similar companies or technologies.

  A summary of transactions reviewed follows.

- Discounted Cash Flow Analysis

Case 2:17-bk-14387-PS    Doc 37    Filed 02/26/18    Entered 02/26/18 13:50:23    Desc
Main Document    Page 34 of 51

# Comparable Transactions

| Date | Status | Transaction | Transaction Value ($ millions) | Valuation Metric | Implied Value of DHS |
|------|--------|-------------|-------------------------------|------------------|---------------------|
| Mar 2010 | Closed | Secure Energy Services Closes Intital Public Offering | $57.5 | | |
| | | Previous capital raised in private placements $89M (since inception in April 2006). | | | |
| | | Revenue $22.4M 2009; $7.4M 2008; $1.0M 2007 | | 2.5x Prior Yr Revenue | $13.3 |
| | | EBITDA $8M Dec 31, 2009; 0.6M 2008; $(1.7M) 2007 | | 7.1x prior yr EBITDA | $22.0 |
| | | Net losses all years. | | | |
| Nov 2009 | Closed | GLV voluntary take over of Chris Water Technology AG, Austria-based company traded in Vienna and conducting international operations in the area of industrial and municpal water treatment. | $153.0 | $275M revenue 2011E | $3.0 |
| | | GLV paid cash consideration of C$84M for 80.5% of shares as of Nov 2009, and assumed net debt of $48M. Additional shares purchased between Nov 2209 and Feb 2010 for $11.7M at which point 92.6% of shares had been tendered. Squeeze-out of remaining 7.4% shares was accomplished at 2.10 Euros per share (announced June 2010; completed in Sep 2010). | | (SP reports acquisition at 29x avg 2005-2007 EBITDA) | $89.9 |
| | | Furthermore, considering the change of control, GLV oferred to purchase bonds having a nominal value of Euro 50M. The redemption of the bonds representing a value of $55.4M was completed in Jan 2010. | | | |

# Comparable Transactions

| Date | Status | Transaction | Transaction Value ($ millions) | Valuation Metric | Implied Value of DHS |
|---|---|---|---|---|---|
| Mar 2011 | Close | Ecosphere grants exclusive license agreement to Hydrozonix for its patented Ozonix technology in the U.S. O&G industry. At mininum purchase units, Ecosphere will recognize $44M of revenue over 24 months, plus recurring performance-based royalties. Infers 20-year life of patent. | Unclear | | |
| Dec 2007 | Closed | Wescorp Technologies acquired rights to three water remediation technologies from FEP Services (for removal of solids, hydrocarbons and salts from oilfield water). | US$11.2 | | |
| | | In consideration for the acquisition of these assets and technologies, Wescorp assumed liabilities of ~ CAD $240,000 and delivered to FEP (i) a two-year promissory note in the face amount of CAD $2,665,000; (ii) 13,900,000 restricted shares of common stock of Wescorp Energy; and (iii) 470,143 shares of common stock of Oilsands Quest Inc. (valued at $2.3M). | | | |
| | | Also in connection with the Asset Purchase Agreement, Wescorp Technologies entered into a license agreement with a third party and a consulting agreement with each of Messrs. Bowhay and McCaw to provide various consulting services. Under the consulting agreements, Wescorp Technologies agreed to pay consulting fees and deliver 100,000 restricted shares of Wescorp common stock to each of Messrs. Bowhay and McCaw. | | | |

**MLV**

McNicoll | Lewis | Vlak

# Comparable Transaction Analysis

- Valuation metrics are available for two of the reviewed transactions:

    - The IPO of Secure Energy Services closed in March 2010.

        - Multiples to Secure's prior year revenue and EBITDA imply a value of $13 to $22 million for DHS.

    - GLV takeover of Christ Water Technology AG essentially close in November 2009.

        - Multiple of next year revenue implies a value of $3.0 million for DHS (based on average DHS revenue 2011E – 2013E).

        - Multiple of Christ Water's average EBITDA 2005 – 2007 implies a value of $90 million for DHS (based on average DHS EBITDA 2011E – 2013E). Christ Water had negative EBITDA in 2008 and 2009.

        - Christ Water was an Austria-based company, publicly traded on the Vienna Stock Exchange. The company was founded in 1939 and was conducting business worldwide, implying a much more mature product line as compared to DHS.

- We have relied on the Secure Energy transaction as in our view it is the only relevant transaction.

- **MLV estimates the equity value of DHS at $13 to $22 million based on the Secure Energy IPO transaction.**

# Valuation: DCF

- Partner Trading Analysis

- Comparable Company Analysis

- Comparable Transactions Analysis

- **Discounted Cash Flow Analysis**

  In the following section we consider the value of the DHS Water Assets based on the net present value of projected cash flow.

Case 2:17-bk-14387-PS    Doc 37    Filed 02/26/18    Entered 02/26/18 13:50:23    Desc
Main Document      Page 38 of 51

# DCF Analysis: Water Business Assumptions

- MLV's DCF Analysis of the Water Assets relies on company projections with regard to energy use per cubic meter of water processed, consumables (catalysts) in dollars per cubic meter cost, and flow rates per cubic meter of water. We assume water treatment processing will operate at projected volumes and operating costs.

- Production units, processing volume, operating costs, price to customers and capital costs for 2012 and 2013 are as forecast by Eau Claire management, largely based on contracts with two customers and discussions with serious prospects.

  - In 2012: 0.5 million $m^3$ of water are processed for 4 customers at an average gross margin of 36%.

  - In 2013: 2.1 million $m^3$ of water are processed for 7 customers at an average gross margin of 40%.

- For 2014, MLV has conservatively replaced management projected off-shore drilling and oil sand starts with two large frac water starts. Processing volume, operating and capital costs are consistent with management projections for large frac applications.

  - In 2014: 6.6 million $m^3$ of water are processed for 11 customers at an average gross margin of 44%.

- Management projected revenue growth of 20% annually after 2014 (through 2021). MLV assumes similar revenue growth in 2015 and 2016, supported by a 32% increase in processing volume in 2015 and a 23% increase in 2016.

- A terminal value is calculated based on cash flow for 2016. A 20% growth rate into perpetuity is assumed.

  - In 2016: 10.8 million $m^3$ of water are processed for 18 customers at an average gross margin of 47%.

- The net present value of cash flows is calculated using a 30% discount rate. The discount rate reflects risks such as:

  - Potential for processing or cost issues at commercial operating volumes; ability to operate profitably at commercial volumes has not yet been demonstrated.

  - Potential for intellectual property issues; processes are not patented.

**MLV**
McNicoll | Lewis | Vlak

Case 2:17-bk-14387-PS    Doc 37    Filed 02/26/18    Entered 02/26/18 13:50:23    Desc
Main Document        Page 39 of 51

27

# DCF Analysis: Water Business Cash Flow

- The Net Present Value of cash flow from the DHS Water Assets using a 30% discount rate is $23 million.

- **MLV estimates the value of the Water Assets based on DCF Analysis at $20 - $26 million** acknowledging possibility for changes such as processing improvements or reduced margins.

| Water Treatment Cash Flow (100%) | | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Revenue | | $9,827,455 | $21,803,265 | $60,653,473 | $73,908,876 | $88,761,272 |
| Operating Costs | | (6,302,683) | (13,035,765) | (33,930,973) | (39,739,501) | (47,268,147) |
| Margin | | 3,524,772 | 8,767,500 | 26,722,500 | 34,169,375 | 41,493,125 |
| SG&A | | (1,261,120) | (1,777,600) | (4,174,800) | (3,179,160) | (3,308,770) |
| **EBITDA** | | **$2,263,652** | **$6,989,900** | **$22,547,700** | **$30,990,215** | **$38,184,355** |
| Depreciation | | (1,487,549) | (2,722,065) | (4,409,069) | (5,256,683) | (1,000,000) |
| EBT | | $776,103 | $4,267,835 | $18,138,631 | $25,733,532 | $37,184,355 |
| Taxes | 30% | (232,831) | (1,280,350) | (5,441,589) | (7,720,059) | (11,155,306) |
| **Net Earnings** | | **$543,272** | **$2,987,484** | **$12,697,041** | **$18,013,472** | **$26,029,048** |
| Depreciation | | 1,487,549 | 2,722,065 | 4,409,069 | 5,256,683 | 1,000,000 |
| **Cash Flow (before WC chgs)** | | **$2,030,821** | **$5,709,550** | **$17,106,111** | **$23,270,155** | **$27,029,048** |
| Working Capital increase | | (1,965,491) | (2,395,162) | (7,770,042) | (2,651,081) | (2,970,479) |
| Operations Cash Flow | | $65,330 | $3,314,388 | $9,336,069 | $20,619,075 | $24,058,569 |
| Capital Assets | | (14,875,491) | (12,345,162) | (16,870,042) | (8,476,139) | (1,000,000) |
| **Net Free Cash Flow** | | **($14,810,161)** | **($9,030,774)** | **($7,533,972)** | **$12,142,936** | **$23,058,569** |
| Cumulative Free Cash Flow | | ($14,810,161) | ($23,840,935) | ($31,374,907) | ($19,231,972) | $3,826,598 |
| Water Processed (cubic meters) | $ | 517,000 | $ 2,095,000 | $ 6,647,500 | $ 8,803,750 | $ 10,796,250 |
| Processing Growth Rate | | | 305% | 217% | 32% | 23% |
| Revenue Growth | | | 122% | 178% | 22% | 20% |

| | | CF thru 2015 | Terminal Value | Water (100%) | Water (50%) |
|---|---|---|---|---|---|
| | 27.0% | $ (16,270,882) | $ 99,704,718 | $ 83,433,836 | $ 41,716,918 |
| **NPV @** | **30.0%** | $ (15,913,714) | $ 62,103,431 | $ 46,189,716 | **$ 23,094,858** |
| | 25.0% | $ (16,511,471) | $ 151,116,638 | $ 134,605,167 | $ 67,302,584 |

**MLV**
McNicoll | Lewis | Vlak

# Summary of DHS Water Assets Value

- **MLV estimates the enterprise value of the DHS Water Assets at $21 to $27 million.**

| Value of DHS Water Assets | Enterprise Value ($ M) | | |
|---|---|---|---|
| Based on Partner Trading | $18 | - | $24 |
| Comparable Public Companies | $31 | - | $37 |
| Comparable Transactions | $13 | | $22 |
| DCF Analysis | $20 | - | $26 |
| **MLV Valuation of the DHS Water Assets** | $21 | - | $27 |

MLV
McNicoll | Lewis | Vlak

# DHS Energy Assets: Value & Consideration

- We understand that while the Energy technology may prove profitable to the Company, the technology is not yet mature in its application. Consequently, we have not considered potential cash flows from this business in our valuation.

- Consideration for the DHS Energy Assets is 0 to 12 million Ridgeline shares dependent on revenue from product sales.

- Due to the early nature the Energy technology

- Given the early stage in development of the Energy technology, and the consideration proposed by Ridgeline, MLV has not attributed any value to the Energy Assets.

- We believe there is potential for upside associated with the Energy Assets, but insufficient information is available to determine value at this time.

# Summary of DHS Value

- **MLV estimates the enterprise value of DHS at $21 to $27 million.**

| Value of DHS | Enterprise Value ($ M) | | |
|---|---|---|---|
| Water Assets | $21 | - | $27 |
| Energy Assets | - | | - |
| **MLV Valuation of the DHS** | **$21** | **-** | **$27** |

# Qualifications to Valuation

- Our valuation of the Water Assets assumes the Company can operate at commercial volumes at projected costs.

  In 2010, the Eau Claire partnership successfully completed a series of sample and field trials for the treatment of frac flowback water and for the treatment of oil sand tailings. However, ability to operate profitably at commercial volumes has not yet been demonstrated.

  A contract to provide commercial operation has been signed, and preparation of the first commercial mobile development laboratory ("MDL") is underway. Successful commissioning of the first MDL to the satisfaction of the Ridgeline is an obligation of DAS which must be met before the closing of the Ridgeline transaction.

- DAS is a manager, designer, manufacturer and supplier of certain turnkey equipment related to the Water and Energy Assets. We assume that DAS will continue to supply systems and equipment, will also continue to provide Research and Development services for the purposes of advancing and improving the intellectual property.

  Execution of a Development and Supply Agreement between DAS and Ridgeline under which DAS will provide priority and exclusive services to the Ridgeline is a necessary condition prior to the closing of the Ridgeline transaction.

- Legal review of Water and Energy intellectual property ("IP") is expected to commence imminently and to be completed by April 30, 2011. However, at this time there is no assurance that DHS trade secrets can be protected sufficiently to ensure minimal negative impact on projected operations and sales; and that there are no blocking patents which would prohibit the Company's use of the technology. MLV assumes that Water and Energy IP is successfully transferred in entirety to DHS, and that trade secrets and ownership of legal rights to the technology are not compromised.

# Ridgeline Acquisition of DHS

- MLV has not been requested to offer an opinion regarding Ridgeline's proposed acquisition of DHS, and information in this report should not be construed as support or lack of support for the transaction.

- The following pages are included to:

    - Summarize the terms of the transaction for the Board of Ridgeline.

    - Estimate the value of the proposed consideration for the Water Assets based on Ridgeline's recent trading.

    - Compare the estimated consideration to MLV's range of value for the Water Assets.

**MLV**

McNicoll | Lewis | Vlak

# Terms of Purchase

- Ridgeline will acquire all shares of DHS as detailed in the Share Purchase Agreement signed March ●, 2011 between Ridgeline, Dennis M. Danzik ("Vendor") and DHS LLC.

- The purchase price will be calculated and paid as follows:

  - A portion of the Purchase Price shall be payable in exchange for the Water Assets. Ridgeline will issue 34,336,615 common shares, representing thirty-five (35%) percent of the issued and outstanding common shares on a fully diluted basis after giving effect to the issuance share to DHS. The price per common share will be based on the market price just prior to issue of a news release announcing the signing of a Share Purchase Agreement.

- A further portion of the Purchase Price shall be payable in exchange for the Energy Assets. Ridgeline will issue, on an earn out basis, up to a maximum of 12,000,000 common Shares (the "Earn Out Shares") to the Vendor based on the following earn out formula:

  - The Earn Out shall be over a three (3) year term from the Closing Date;

  - The Earn Out shall be based on twenty (20%) percent of the trailing average of gross revenues collected by the Ridgeline from the sales of all products derived from the Energy Assets;

  - The Earn Out Amount, if any, will be calculated at the end of each calendar quarter. Any Earn Out Amount payable shall be paid through the issuance of Earn Out Shares at a deemed price equal to the market price of the common shares at the end of the calendar quarter.

- The Vendor is also entitled to receive a Royalty equal to $0.000625 USD for each one (1) U.S. gallon water treated from usage of the Water Assets; or fuel converted and consumed for the production of electrical, pneumatic, steam, hydraulic, or other use which is derived from usage of the Water [Energy?] Assets.

# Consideration for Water Assets

- Ridgeline will issue approximately 34.4 common shares as consideration for the Water Assets.

- Assuming a Ridgeline share price of $0.517 (the 20-day volume weighted closing price for the period ending March 24, 2011), the **value of shares issued to the Vendor will be approximately $18 million**.

- For comparison, MLV's estimates the value of the DHS Water Assets at $21 to $27 million.

- Value of the Ridgeline shares issued may vary from the above estimate as Ridgeline shares will be priced at market just prior to announcement that a Share Purchase Agreement has been signed.

| Post-Acquisition Ownership | Ridgeline Shareholders | | Vendor | | Total Ridgeline Post-Acquistion |
|---|---|---|---|---|---|
| Common Shares | 50,162,263 | 59.4% | 34,336,615 | 40.6% | 84,498,878 |
| Options | 4,187,063 | | - | | 4,187,063 |
| Warrants | 9,418,674 | | - | | 9,418,674 |
| **Ridgeline Post-Acquisition** | 63,768,000 | **65.0%** | 34,336,615 | **35.0%** | 98,104,616 |
| Ridgeline 20-day WA Share Price (March 24, 2011) | | | C$0.517 | | |
| **Value of Ridgeline Shares Issued to Vendor** | | | **C$17,761,535** | | |

**MLV**
McNicoll | Lewis | Vlak

35

# Appendix: Comparable Companies

- **Aqua-Pure Ventures** is engaged in the research, development and application of remediation and recycling of contaminated waters in Canada, USA and other countries using its patented technology.

- **BioteQ Environmental Technologies Inc**: builds, owns, and operates water treatment plants that remove dissolved metals and sulphate from contaminated water. The Company provides plants as a joint venture partner, as a build-own-operate service provider, on a design-supply-operate basis, or as a plant sale, and earns revenue through the sale of metals recovered, from water treatment fees, from plant sales, and from engineering and design services. To date, BioteQ has built and operated eight commercial scale plants, with additional new plants in various stages of development and construction.

- **Canadian Recovery Oil** is a clean technology company that provides environmental services for the upstream (oil production and drilling) and downstream (oil refineries, transportation and distribution) petroleum sectors, governments and municipalities. CORRE's strategic operating partnerships with multi-national oil service companies has enabled CORRE to expand its line of oil waste management services which include oil-contaminated soil remediation, oily sludge and drill cuttings treatment, automated oil storage tank cleaning, industrial waste management (waste-to-energy), water treatment, oil and water separation, and oil and gas engineering design and project management. The Company did not generate any revenues or cost of sales from continuing operations in the first nine months of 2010; is continuing to deploy its business plan and has completed its optimization phase of its ARES I operating facility in Kuwait and is now readying itself for commercial operations.

- **Ecosphere Technologies, Inc.** is a diversified water engineering and environmental services company. The Company provides environmental services and technologies for use in large-scale and sustainable applications. Ecosphere claims its Ozonix process is the only non-chemical fracturing process that can effectively kill bacteria at the high flow rates needed during fracturing operations. Ecosphere's EF60 is a mobile, high volume advanced oxidation system specifically designed to eliminate chemicals during the fracturing of natural gas and oil wells. Ecosphere Technologies has been operating its patented Ozonix technology on hundreds of wells in the oil and natural gas industry since 2008. The EF60 allows energy producers to recycle 100 percent of their production and flowback waters.

# Appendix: Comparable Companies

- **Open Range** is engaged in the exploration for and development of oil and natural gas in the Western Canada Sedimentary Basin. The Corporation also rents very large fracturing fluid handling tanks primarily used in well completion operations in the oil and natural gas industry.

- **Palko Environmental Ltd** provides hydrocarbon waste management and resource recovery solutions to the upstream and midstream oil and gas industry in western Canada. Palko owns/operates six waste management facilities in Alberta and Saskatchewan and a new division of mobile on-site oil treatment systems. The company handles hydrocarbon waste streams throughout the life cycle of conventional and unconventional oil and gas wells including drilling, fracturing, completions, production, work-overs and subsequent abandonment and reclamation of the well. Waste management services include the treatment and the processing of hydrocarbon wastes, recovery of oil for our customers and disposal of various waste by-products post processing such as water, waste fluids and solids.

- **Ridgeline Energy Services Inc**. is an environmental technology and consulting company focused on waste management in the oil and gas industry. Through its subsidiary Ridgeline Water Inc., the Company is developing proprietary technology capable of efficiently treating large volumes of contaminated water generated by oil and gas producers. The Company is working with energy majors in the application of its proprietary technology for effective onsite treatment of produced water, hydraulic fracturing flowback water and oil sands process water (tailings ponds). Ridgeline's technology is designed to provide low-cost treatment while increasing re-use of recycled water, and reducing costs associated with transportation and disposal of contaminated water generated by the oil and gas industry.

- **Seair Inc:** In late 2009 Seair began installing high volume groundwater treatment units at Syncrude Canada, a large oil sands operation in Alberta. Seair's flow-through surface mining water treatment systems provide high volume on-site processing of groundwater in connection with preparation or operation of surface mines. To date Seair has sold 15 groundwater treatment units to Syncrude and has one additional high throughput system out to Syncrude on rent.

  Seair is also to pursuing projects relating to treatment and ultimately clean-up of oil sands tailings ponds. Pilot scale testing is the next step in commercializing two tailing pond treatment initiatives. Other oil field water initiatives, all of which are also presently at the pre-pilot stage, include SAGD (steam-assisted gravity discharge) water treatment and reuse of frac and produced water.

# Appendix: Comparable Companies

- **Secure Energy Services Inc**: an energy services company that focuses on providing specialized services to upstream oil and natural gas companies operating in the Western Canadian Sedimentary Basin. The services provided by Secure assist these companies with the treatment and sale of crude oil and the handling of by-products associated with oil and natural gas development and production. The services provided by Secure include crude oil emulsion treatment, the terminalling, storage and marketing of crude oil, oilfield waste processing, tank washing, landfill disposal and disposal of produced and waste water. As at the date hereof, the Corporation's services are provided at eight facilities in Alberta and one facility in British Columbia.

- **Titanium Corporation Inc**: The Company is developing a business to recover heavy minerals and bitumen from waste generated in the oil sands mining operations of northern Alberta. Bitumen, associated solvents and water are to be recovered from oil sand mining operations. A pilot project is underway at Natural Resources Canada CanmetENERGY's Devon, Albert facility.

- **Westcorp Energy** Over the last nine months, the company has completed its transition from a broad oil and gas technology company to a specialized clean water technology company. Wescorp is now solely focused on refining and commercializing its two key technologies, the H2Omaxx and the HCXT, which reduce contaminated water treatment and disposal costs for oil and gas producers.

# Appendix: Comparable Companies Balance Sheets

| Balance Sheets As at: (C$000's) | 30-Sep-10 Aqua-Pure Ventures | 30-Sep-10 BioteQ Environ | 30-Sep-10 Cdn Oil Recovery | 31-Dec-10 Ecosphere Tech | 31-Dec-10 Palko Environt'l | 31-Dec-10 Ridgeline Energy | 31-Aug-10 Seair Inc | 31-Dec-10 Secure Energy Svcs | 30-Nov-10 Titanium Corp | 30-Sep-10 Wescorp Energy | 31-Dec-10 Open Range |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exchange Rate | | | | | | | | | | | |
| **Assets** | | | | | | | | | | | |
| Cash and cash equivalents | 283 | 12,693 | 1,593 | 46 | 601 | 1,098 | | 22,518 | 5,491 | 22 | |
| Accounts receivable | 837 | 2,843 | 171 | 703 | 4,534 | 4,276 | 777 | 25,394 | | 113 | 9,668 |
| Inventories | 1,097 | 212 | | | 289 | | 170 | 3,184 | | | |
| Income tax refund receivable | | 964 | | | | | | | | | |
| Deferred income taxes | | | | | | | | | | | |
| Other | 30 | 201 | 541 | 46 | 238 | 47 | 27 | 600 | 372 | 168 | 2,504 |
| Total current assets | 2,246 | 16,913 | 2,305 | 796 | 5,662 | 5,421 | 973 | 51,696 | 5,862 | 303 | 12,172 |
| Investments | | | | | | | | | | 30 | |
| Property Plant & Equipment | 35,811 | 13,730 | 9,369 | 8,119 | 41,875 | 1,133 | 369 | 135,257 | 53 | | 205,525 |
| Other assets | 214 | 7,889 | 1,076 | 68 | 1,027 | 799 | 8,320 | 4,117 | | 26 | |
| Goodwill | | | | | 3,092 | 1,832 | | 1,906 | | | |
| Total Assets | 38,271 | 38,532 | 12,751 | 8,984 | 51,656 | 9,185 | 9,662 | 192,976 | 5,916 | 359 | 217,697 |
| **Liabilities** | | | | | | | | | | | |
| Bank Indebtedness | 958 | | 158 | | 4,633 | | 488 | | | | 51,053 |
| Accounts payable and accrued expens | 9,344 | 1,081 | 647 | 2,887 | 4,557 | 1,699 | 3,082 | 29,801 | 1,766 | 2,666 | 10,726 |
| Current portion of long term debt | 2,792 | | | 2,758 | | | 145 | 807 | | 2,400 | |
| Current portion of deferred revenue | 91 | | | | | | | | | | |
| Other current liabilities | | 54 | | 611 | | 609 | | | 601 | 6,739 | 56 |
| Total current liabilities | 13,185 | 1,135 | 805 | 6,255 | 9,190 | 2,307 | 3,715 | 30,608 | 2,367 | 11,804 | 61,835 |
| Long term debt | 2,658 | | | 450 | 11,251 | 348 | | 1,035 | | | |
| Deferred revenue | | | | | | | | | | | |
| Deferred income and mining taxes | | | | | | | | | | | 7,920 |
| Accrued reclamation costs | | | | | | | | | | | |
| Convertible debentures | 27,691 | | | | | | 7,472 | | | | |
| Other | | 47 | 39 | 181 | 1,500 | 45 | 47 | 7,559 | | | 2,120 |
| Total Liabilities | 43,533 | 1,182 | 845 | 6,887 | 21,941 | 2,700 | 11,233 | 39,202 | 2,367 | 11,804 | 71,875 |
| Minority interest | | | | 10,078 | | | | | | | |
| Preferred Equity | | | | 3,877 | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | | |
| Share capital | 25,135 | 63,114 | 19,615 | 1,389 | 71,877 | 7,104 | 8,805 | 152,983 | 48,493 | 11 | 144,940 |
| Contributed surplus | 4,315 | | 1,055 | 96,778 | 1,783 | 579 | 2,712 | 1,847 | 9,387 | 46,592 | 8,027 |
| Retained earnings | (42,494) | (25,764) | (9,619) | (110,025) | (43,945) | (1,263) | (14,119) | (1,056) | (54,332) | (58,580) | (7,145) |
| Equity part convertible debentures | 7,781 | | | | | | 66 | 1,031 | | | |
| Other | | | 855 | | | | | | | | 533 |
| Total Shareholder's Equity | (5,263) | 37,350 | 11,906 | (11,858) | 29,715 | 6,486 | (1,571) | 153,774 | 3,549 | (11,445) | 145,822 |
| Total Liab and Shareholders' Equity | 38,271 | 38,532 | 12,751 | 8,984 | 51,656 | 9,185 | 9,662 | 192,976 | 5,916 | 359 | 217,697 |

MLV
McNicoll | Lewis | Vlak

39