# EXHIBIT 1

Mark J. Giunta (#015079)
Liz Nguyen (#030282)
Law Office of Mark J. Giunta
531 East Thomas Road, Suite 200
Phoenix, Arizona 85012
Phone (602) 307-0837
Fax (602) 307-0838
Email markgiunta@giuntalaw.com
Email liz@giuntalaw.com

*Attorneys for Debtor RDX Technologies Corporation*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| RDX TECHNOLOGIES CORPORATION, | Case No. 2:17-bk-14387-PS |
| Debtor. | |

**PLAN OF REORGANIZATION DATED APRIL 4th, 2018
PROPOSED BY THE DEBTOR**

# Table of Contents

ARTICLE I - Definitions .................................................................................................... 3

ARTICLE II – Classification of Claims and Interests ................................................... 3

ARTICLE III – Identification of Impaired Classes of Claims and Equity Interests ...................... 5

ARTICLE IV – Acceptance or Rejection of Plan; Effect of Rejection by One or More Classes of
Claims ............................................................................................................................. 6

ARTICLE VI – Treatment of Classes Impaired Under the Plan .................................... 7

ARTICLE VI – Implementation of Plan ....................................................................... 9

ARTICLE VIII – Conditions of Confirmation ............................................................ 12

ARTICLE IX – General Procedures for Objecting to Claims and Resolving and Treating
Contested and Contingent Claims ............................................................................... 14

ARTICLE X – General Provisions .............................................................................. 16

ARTICLE XI – Discharge of Debtor .......................................................................... 21

ARTICLE XII – Treatment of Executory Contracts and Unexpired Leases ................ 22

APPENDIX A .............................................................................................................. 26

# ARTICLE I

## DEFINITIONS

**1.01**    **Defined Terms.**  The capitalized terms used in this Plan shall have the meanings as set forth in **Appendix A** attached hereto.

**1.02**    **Undefined Terms.** Terms and phrases, whether capitalized or not, that are used and not defined in Appendix "A" attached hereto, but are defined by the Bankruptcy Code, have the meanings ascribed to them in the Bankruptcy Code.

**1.03**    **Interpretation.** The headings in this Plan are for convenience and reference only and shall not limit or otherwise affect the provisions hereof.  Words denoting the singular number shall include the plural number and vice versa, and words denoting one gender shall include the other gender.

# ARTICLE II

## CLASSIFICATION OF CLAIMS AND INTERESTS

**2.01**    **General.** For the purposes of organization only with respect to administrative expenses, voting and all Confirmation matters with respect to all Claims of Creditors of the Debtor, this Plan classifies Claims in separate and distinct Classes as follows:

**2.02**    **Class 1: Administrative Expenses.** Class 1 shall consist of the costs and expenses of administration as defined in section 503 of the Bankruptcy Code for which an application or allowance is made, or a Claim is filed, as the same are allowed, approved, and ordered paid by the Court. Administrative Expenses shall consist of: (1) all Claims arising under section 330 of the Bankruptcy Code, including reasonable compensation for actual and necessary services rendered by a professional person (including attorneys) and by any paraprofessional persons employed by such, based on, among other things, the nature, extent and value of such services, the time spent on such

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 4 of 100

services, and the cost of comparable services other than in a case under Title 11; (2) the costs and expenses of the administration of this proceeding, including, but not limited to, any Bankruptcy Court Clerk fees or Court Reporter's fees that have not been paid, the cost of reproduction and mailing of this Plan and the Disclosure Statement; (3) any post-petition operating expenses of the Debtor that are due and unpaid at Confirmation; and (4) the actual and necessary costs of preserving the Estate.

As of March 31, 2018, the amount owed to Debtor's counsel, Mark J. Giunta, is approximately $30,692.49.

Class 1 also expressly includes any outstanding pre-confirmation quarterly fee payments owed by the Debtor to the United States Trustee.

**2.03    Class 2:  Priority Claims.** Class 2 consists of all Allowed obligations of the Debtor, including tax obligations, that are entitled to priority under section 507(a)(8) of the Bankruptcy Code.

The Colorado Department of Revenue has a priority claim in the amount of $3,925.16.

**2.04    Class 3: Litigation Unsecured Claims.** Class 3 consists of the Allowed Claim of GEM Holdco, LLC of an approximate principal amount of $9,023,534.49, and the Allowed Claim of CWT Canada II Limited Partnership, Resource Recovery Corporation, and Jean Noelting (hereinafter collectively, "CWT"), of an approximate principal amount of $7,033,491.13.

**2.05    Class 4:  Claims of Unsecured Trade Vendors.** Class 4 consists of all Allowed Claims of Unsecured Trade Vendors that the Debtor estimates to be no more than approximately $4,180,235.08

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 5 of 100

**2.06** **Class 5: Claims of General Unsecured Creditors.** Class 5 consists of all other Allowed Unsecured Claims not included in Classes 3 and 4 that the Debtor estimates to be no more than approximately $9,525,752.60..

**2.07** **Class 6: Equity Security Holders of RDX Technologies Corporation.** Class 6 consists of the interests of Equity Security Holders of RDX Technologies Corporation, which consists of:

| | |
|---|---|
| CWT Canada II Limited Partnership | 25.5% |
| Jade IV LLC | 11.5% |
| Clean Energies LLC | 10.3% |
| Deja II LLC | 9.5% |
| Resource Recovery Corporation | 8.5% |
| Dennis M. Danzik | 6.7% |
| Elizabeth Danzik | 6.3% |
| Anthony Ker | 4.6% |
| All Others | 17.1% |

**2.08** **Elimination of Classes.** Any Class that is not occupied as of the date of the hearing on confirmation of this Plan by an Allowed Claim or a Claim temporarily allowed pursuant to Rule 3019 of the Bankruptcy Rules shall be deemed deleted from this Plan for purposes of voting on acceptance or rejection of this Plan and for the purpose of determining whether this Plan has been accepted by such Class pursuant to section 1129 of the Bankruptcy Code.

## ARTICLE III

## IDENTIFICATION OF IMPAIRED CLASSES OF CLAIMS AND EQUITY INTERESTS

**3.01** **Impaired Classes of Claims.** Classes 3, 4, 5, and 6 are impaired under this Plan. Administrative Expenses (Class 1) and Priority Tax Claims (Class 2) are treated in accordance with section 1129(a)(9) of the Bankruptcy Code unless otherwise agreed to by the claimant. All other classes are unimpaired.

**3.02    Impairment Controversies.**  If a controversy arises as to whether any Claim or any class of Claims is impaired under this Plan, such class shall be treated as specified in this Plan unless the Bankruptcy Court shall determine such controversy upon motion of the party challenging the characterization of a particular Class or Claim under this Plan.

**ARTICLE IV**

**ACCEPTANCE OR REJECTION OF PLAN;**
**EFFECT OF REJECTION BY ONE OR MORE CLASSES OF CLAIMS**

**4.01    Classes Entitled to Vote.**  Each impaired Class of Claims shall be entitled to vote separately to accept or reject this Plan. Any unimpaired Class of Claims shall not be entitled to vote to accept or reject this Plan.

**4.02    Creditors Not Entitled to Vote.**  Only Creditors holding Claims that are not contested may vote for the Plan unless authorized by the Court to do so after motion and court order entered prior to the Confirmation hearing unless the Debtor stipulates to allow a Creditor temporary voting privileges.

**4.03    Class Acceptance Requirement.**  A Class of Claims shall have accepted this Plan if it is accepted by at least two-thirds (2/3) in amount and more than one-half (1/2) in number of the Allowed Claims of such class that have voted on this Plan.

**4.04    One Vote Per Holder.**  If a holder of a Claim holds more than one Claim in any one class, all Claims of such holder in such Class shall be aggregated and deemed to be one Claim for purposes of determining the number of Claims voting on this Plan.

**4.05    Cramdown.**  Notwithstanding the rejection or deemed rejection of this Plan by any class of Claims, the Debtor shall request that the Bankruptcy Court confirm this Plan in accordance with section 1129(b) of the Bankruptcy Code.

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 7 of 100

# ARTICLE V

## TREATMENT OF ADMINISTRATIVE EXPENSES
## AND CLASSES NOT IMPAIRED UNDER THE PLAN

**5.01** **Class 1: Administrative Expenses.** The allowed amount of Administrative Expenses shall be paid:

(A)     On the later of: (1) the Effective Date; or (2) ten days after an Order approving the Administrative Expenses is entered if the Claim is one of a professional person employed under Sections 327 or 1103 of the Bankruptcy Code or otherwise employed by the Bankruptcy Court; or (3) for all other Administrative Expenses, twenty days after the Claim becomes an Allowed Claim; or,

(B)     Through such other treatment as may be agreed in writing by such holder of an Administrative Expense or as expressly set forth herein; provided, however, an Allowed Administrative Expense representing a liability incurred in the ordinary course of business shall be paid by Debtor upon presentment or otherwise in accordance with the terms of the particular transaction and any agreements relating thereto.

**5.02** **Class 2: Priority Claims.** The Debtor will pay all Class 2 claims, to the extent any exist, in 5 years, in even annual cash payments, commencing one year after the Petition Date, a value, as of the Effective Date of the Plan, equal to the allowed amount of such claim consistent with 11 U.S.C. §§ 1129 (a)(9)(B) and 1129(a)(9)(C).

//

//

//

//

//

**ARTICLE VI**

**TREATMENT OF CLASSES IMPAIRED UNDER THE PLAN**

**6.01** **Class 3: Litigation Unsecured Claims.** The Allowed amount of the Claims of GEM Holdco, LLC and CWT shall be treated the same as Class 4 Allowed Claims of Unsecured Trade Vendors and Class 5 Allowed Claims of General Unsecured Creditors as set forth in Section 6.03 set forth herein below.

**6.02** **Class 4: Claims of Unsecured Trade Vendors.** The Allowed amount of the Claims of Unsecured Trade Vendors shall be treated the same as Class 3 Litigation Unsecured Claims and Class 5 Allowed Claims of General Unsecured Creditors as set forth in Section 6.03 set forth herein below.

**6.03** **Class 5: Claims of General Unsecured Creditors.** The Allowed Claims of the General Unsecured Creditors, as well as the Allowed amounts of Classes 3 and 4, shall be treated as follows:

Allowed Unsecured Creditors (including any Allowed Claim in Classes 3, 4, and 5) shall be paid an aggregate sum of $3,391,196 in quarterly pro-rata payments as set forth below:

|              | Year 1  | Year 2  | Year 3  | Year 4  | Year 5    |
|--------------|---------|---------|---------|---------|-----------|
| Quarter 1    | 25,000  | 79,162  | 183,381 | 234,777 | 306,729   |
| Quarter 2    | 50,000  | 79,162  | 183,381 | 234,777 | 306,729   |
| Quarter 3    | 50,000  | 79,162  | 183,381 | 234,777 | 306,729   |
| Quarter 4    | 50,000  | 79,162  | 183,381 | 234,777 | 306,729   |
| Yearly Total | 175,000 | 316,649 | 733,523 | 939,106 | 1,226,918 |

**6.04** **Class 6: Interests of Equity Security Holders.** The Allowed Equity Security Interests of the Equity Security Holders in the RDX Technologies Corporation, including but not exhausted by any stock in the Debtor, shall be cancelled in their entirety upon the Effective Date.

**ARTICLE VII**

**IMPLEMENTATION OF THE PLAN**

**7.01**   **Procedure To Implement The Plan**.  On the date of Plan Confirmation, or prior to where applicable, the following events shall occur:

The Debtor shall:

a.    Determine the amounts of all allowed Class claims.

b.    Execute any documents necessary to implement Plan.

c.    File with the Court post-confirmation quarterly reports, and provide a copy of the same to the United States Trustee, and pay any post-confirmation quarterly fees as required by the *United States Trustee Operating Guidelines and Reporting Requirements for Chapter 11 Cases* until a final decree is obtained in this case.

d.    Appoint a Disbursing Agent

e.    If it has not already done so, the Debtor shall cause any Proprietary Technology and Intellectual Property still currently held by the Debtor's wholly owned subsidiary Danzik Hydrological Sciences, LLC ("DHS") to be assigned to the Debtor.

f.    The Debtor shall receive no later than the Effective Date a capital contribution from Induction Energy Corporation ("IEC") in the amount of $500,000.

g.    The Debtor shall receive not later than the Effective Date a capital contribution from Environmental Technologies Corporation ("ET") in the amount of $150,000.

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 10 of 100

h.      The Debtor shall upon the Effective Date issue 20,000,000 new shares in the Reorganized Debtor which shall be distributed as follows:

   i.      10,000,000 shares to IEC.

   ii.     3,000,000 shares to ET.

   iii.    7,000,000 shares held in treasury.

i.      The Debtor shall use the contributed capital to restart its water treatment and ancillary business' and perform on initial Plan obligations.

**7.02    The Reorganized Debtor Shall Serve As The Disbursing Agent.**   The Debtor shall become the Disbursing Agent on the day after the Effective Date to serve as Disbursing Agent for all payments to be made to the Classes under the Plan.

a.      **Duties of the Disbursing Agent**. The Disbursing Agent shall receive, disburse and account to the Court, the Creditors, Equity Security Holders and other parties in interest for the assets, and shall be responsible for reviewing and approving all claims (all disputes to be resolved by the Court), keep adequate records of all transactions, receipts and disbursements, communicating with, and advising all Creditors, the Debtor and other parties in interest as needed, and such other duties as may be consistent with the responsibilities of a Disbursing Agent.

The Disbursing Agent shall also have the right to object to the allowance of any Claim on behalf of the Debtor. These actions may necessitate use of legal services and incurring legal expenses.

The Disbursing Agent on behalf of the Reorganized Debtor shall file with the Court post-confirmation quarterly reports, and provide a copy of the same to the United States Trustee, and pay any post-confirmation quarterly fees as required by the *United States Trustee Operating Guidelines and Reporting Requirements for Chapter 11 Cases* until a final decree is obtained in

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 11 of 100

this case. The Disbursing Agent shall acknowledge and assume these duties, and all other obligations of Disbursing Agent set forth herein, by its execution of an acceptance on the notice of the appointment of the Disbursing Agent to be filed with Court pursuant to Section 7.02 of the Plan.

b. **Termination of Disbursing Agent's Duties**: The final distribution of the remaining pre-petition assets of the Reorganized Debtor pursuant to the terms of the Plan set forth herein shall discharge the Disbursing Agent.

c. **Compensation of Disbursing Agent.** The Disbursing Agent shall not receive any compensation other than the reimbursement of any actual out of pocket costs incurred by the Disbursing Agent in performing the duties authorized by this Plan which may include legal fees and expenses.

**7.03** **Effectuating Documents.** On or before the Effective Date, the Reorganized Debtor shall file with the Bankruptcy Court such agreements, indentures, instruments and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of this Plan.

**7.04** **Property Vests In The Reorganized Debtor.** All Property, assets and rights of the estate of the Debtor shall vest in the Reorganized Debtor, free and clear of all liens, Claims and encumbrances of any kind whatsoever unless expressly provided for under this Plan. The Reorganized Debtor shall be able to manage their affairs, subject only to the limitations set forth in this Plan, without the requirement of further orders from the Bankruptcy Court.

**7.05** **Minimum Distributions.** The distributions to holders of Claims pursuant to the Plan are minimum distributions only, and the Reorganized Debtor shall have the right and discretion, at all times, to make full or partial prepayments without penalty to holders of Claims.

**7.06    Unclaimed Monies.**  All distribution of money under the Plan which are returned by the Post Office undelivered or which cannot be delivered due to lack of a current address will be retained by the Disbursing Agent, in trust, in a federally insured bank for the distributee; after the expiration of six months from the date of the first attempted distribution, the unclaimed monies, stock, and all future distributions will be redistributed pro rata to the other distributees, free of any Claim by the distributee.

**7.07    Void Nature Of Any Post-Petition Trustee's Sales Or Foreclosures.**  Any trustee's sales or other forms of foreclosure of the Debtor's real property undertaken after the Petition Date in violation of the 11 U.S.C. § 362 are hereby deemed void.  Any Creditor, Creditor's affiliate or agent, or other party, who purported to undertake such a trustee's sale or foreclosure of the Debtor's real property shall use best efforts to correct and document the void nature of their act(s) and document and correct any public record of such a void trustee's sale or foreclosure. The remedy for enforcing this provision expressly includes, but is not exhausted by, that of specific performance and injunction without the need for a bond by the Debtor.

**7.08    Binding To Debtor And Creditors.**  Upon the entry of the Confirmation Order, this Plan shall bind the Debtor now known as the Reorganized Debtor, Equity Security Holders of the Debtor, any entity acquiring or being distributed any property under this Plan, any Creditor, whether or not their Claims and interests are impaired under this Plan and whether or not they have accepted this Plan.

**ARTICLE VIII**

**CONDITIONS OF CONFIRMATION**

**8.01    Conditions To Confirmation Of The Plan.**  It shall be a condition precedent to the Confirmation of this Plan that the Final Order provide for:

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 13 of 100

（a）  Confirmation of this Plan;

（b）  To supplement the injunctive provisions of section 524 of the Bankruptcy Code, except as provided in this Plan or the Confirmation Order, as of the Confirmation Date, all persons or entities and governmental units shall be stayed, restrained and enjoined from taking any of the following actions on account of any such discharge Claims, debts or liabilities: (i) commencing or continuing in any manner any action or other proceeding against the Reorganized Debtor, or its property; (ii) enforcing, attaching (including, without limitation, any prejudgment attachment), collecting or recovering in any manner any judgment, award, decree or order against the Reorganized Debtor, or its property; (iii) creating, perfecting or enforcing in any manner, directly or indirectly, any lien or encumbrance against the Reorganized Debtor, or any of its property, or any direct or indirect transferee of any property of, or any direct or indirect successor in interest to, or any property of such transferee or successor; (iv) setting-off, seeking reimbursement of, contribution from, subrogation against or otherwise recouping in any manner directly or indirectly, any amount owed to the Reorganized Debtor, or any direct or indirect transferee of any property of, or any successor in interest to the Reorganized Debtor, commencing or continuing any action, in any manner, in any place that does not comply with or is inconsistent with the provisions of this Plan.

Pursuant to the Plan, none of the Debtor, the Plan Sponsors, Official Committees, or any of their respective present or former partners, members, officers, directors, employees, advisors, attorneys or agents (collective, the "Released Parties") shall have or incur any liability to any holder of a Claim or an Interest, or any other party in interest, or any of their respective agents, employees, representatives, financial advisors, attorneys or affiliates, or any of their successors or assigns for any act or omission in connection with, relating to or arising out of the Chapter 11 case, any

settlement related to the Chapter 11 case, the negotiation and execution of a proposed Plan, the solicitation of acceptances of the Plan, the pursuit of confirmation of the Plan, the consummation of the Plan, or the administration of the Estate or of the Plan, issuance and distribution of any securities issued or to be issued pursuant to the Plan, or the property to be distributed under the Plan, except only to the extent that liability is based on willful misconduct. The Released Parties shall be entitled to reasonably rely on the advice of counsel with respect to their duties and responsibilities under the Plan, or in the context of the Bankruptcy Case; and,

        **(c)**      Acceptance or rejection of this Plan was solicited in good faith and in compliance with the applicable provisions of the Bankruptcy Code, and no Person conducting or participating in solicitation, including the Debtor, shall be liable, on account of such solicitation or participation, for violation of any applicable law, rule, or regulation government solicitation of acceptance or rejection of a plan of reorganization.

**ARTICLE IX**

**GENERAL PROCEDURES FOR OBJECTING TO CLAIMS AND RESOLVING AND TREATING CONTESTED AND CONTINGENT CLAIMS**

        **9.01**    <u>**Claim Objection Deadline.**</u> Unless another date for any particular Claim or Claims is established by the Bankruptcy Court or this Plan, all objections to Claims shall be filed with the Clerk of the Bankruptcy Court and served on the holders of such Claims (unless earlier filed) by the later of ninety (90) days after the Effective Date or the date that is ninety (90) days after a particular proof of claim (or a request for payment in the case of Administrative Claim) has been filed. If an objection has not been filed to a Claim by the deadlines established herein, the Claim shall be treated as an Allowed Claim; provided, however, that no objection shall be required if a Claim was not listed on the Schedules or was listed on the Schedules as disputed, contingent or unliquidated, or was not evidenced by a timely filed proof of Claim. No such unlisted, disputed, contingent,

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 15 of 100

unliquidated or unfiled Claim shall be treated as an Allowed Claim, except pursuant to a Final Order so providing. The objection deadlines established herein shall not apply to Claims and causes of action that must be asserted through an adversary proceeding.

**9.02    Preservation Of Objections To Claims.**  Except as otherwise provided in this Plan or in the Confirmation Order or other Final Order, no compromise, waiver or release of Claims, demands or causes of action, that may be provided for in this Plan or in any Final Order of the Court shall, in any way, limit or impair the right of the Reorganized Debtor to prosecute objections to Claims, and the Reorganized Debtor hereby retain all objections to the allowability of a Claim and all defenses associated with such objections.

**9.03    No Distributions Pending Resolution Of Objections.**  Notwithstanding any other provision of this Plan, no distributions shall be made with respect to a contested Claim (or any contested portion of a Claim, if such Claim is not severable) by the Reorganized Debtor unless and until all objections to such contested Claim have been determined by Final Order.

**9.04    Interest On Contested Claims And Contingent Claims.**  No interest shall accrue on a contested Claim during the period from the Effective Date until the date on which the Claim is allowed, if ever, and no interest shall accrue on a contingent Claim during the period from the Effective Date until the date on which the Claim becomes fixed and absolute or is otherwise allowed, if ever; provided that a contested Claim or a contingent Claim that is specifically entitled to post-confirmation interest by the terms of this Plan, and that is ultimately allowed, shall accrue post-confirmation interest from the Effective Date.

**9.05    Treatment Of Contingent Claims.**  Until such time as a contingent Claim or a contingent portion of an Allowed Claim becomes fixed and absolute or is disallowed, such Claim shall be treated as a contested Claim for all purposes related to the distributions under this Plan;

provided, however, that the distribution entitlements shall arise only from the date on which a contingent Claim becomes fixed and absolute or is otherwise allowed.

**9.06** **Disallowance Of Post-Petition Additions.** The Reorganized Debtor shall not be required to make specific objection to proofs of Claim that allege a right to recover post-petition interest, penalties, fees, and other accruals with respect to pre-petition Claims (except Secured Claims entitled to such accruals pursuant to section 506(b) of the Bankruptcy Code), and any Claim amounts attributable to such post-petition interest, penalties, fees and other accruals shall be disallowed in full upon entry of the Confirmation Order.

**9.07** **Settlement And Resolution Of Disputed and Undisputed Claims.** The Reorganized Debtor shall be authorized to settle or resolve, without Court approval, any disputed or undisputed Claims with a settlement payment amount that does not exceed five thousand dollars ($5,000).

**9.08** **Preservation Of Debtor's Claims, Demands And Causes Of Action.** All claims, demands and causes of action held by, through or on behalf of the Debtor, against any other person or entity, are hereby preserved in full, unless otherwise provided by this Plan; and no provision of this Plan shall impair the rights of the Reorganized Debtor with respect to any of such claims, demands and causes of action to prosecute and defend against any such preserved claims, demands and causes of action.

**ARTICLE X**

**GENERAL PROVISIONS**

**10.01** **Post-Confirmation Operating Of The Automatic Stay.** Any lawsuits pending in any court (other than the Bankruptcy Court) that seek to establish the Debtor's liability on pre-petition Claims and that are stayed pursuant to section 362 of the Bankruptcy Code, shall be

dismissed as of the Effective Date unless the Reorganized Debtor elects to have its liability determined by such other courts. Any pending motions to lift or vacate the automatic stay shall be deemed denied as of the Effective Date and the stay shall remain in effect. Any such pre-petition Claims shall be determined as provided in this Plan.

10.02 **Prohibition against Discriminating Treatment against the Reorganized Debtor.** No individual, entity or government may discriminate against the Reorganized Debtor solely because of the commencement, continuation or termination of this Chapter 11 proceeding, or because of any provision of this Plan, or the legal effect of this Plan, and the Confirmation Order shall constitute an express injunction against such discriminating treatment.

10.03 **Compliance With Tax Requirements.** In connection with this Plan, the Reorganized Debtor shall comply with all withholding and reporting requirements imposed by federal, state and local taxing authorities.

10.04 **Insurance.** The Reorganized Debtor shall use its best efforts to maintain insurance on any non-exempt pre-petition property they retain pending completion of distributions to Creditors.

10.05 **Termination Of Adequate Protection Payments.** Upon the entry of a Confirmation Order by the Court, any and all payments to Secured Creditors for adequate protection shall be terminated.

10.06 **No Additional Charges.** Except as expressly stated in this Plan, or as allowed by Court order, no interest, penalty, late charge or additional charges (such as attorneys' fees) shall be allowed on any Claim subsequent to the Filing Date.

10.07 **Deficiency Claims.** Unsecured Creditors whose Claims arise out of a deficiency resulting from the abandonment of Collateral to a previously Secured Creditor or resulting from

orders granting relief from the provisions of section 362 of the Bankruptcy Code, must file their Claims within thirty (30) days after Confirmation of this Plan unless the Court enters an Order making an 11 U.S.C. § 506 determination of secured status as to the subject Unsecured Creditor prior to Conformation in which case said Unsecured Creditor must filed its Claim within thirty (30) days after the entry of said Order.

**10.08    Barring Of Claims.** The entry of the Confirmation Order shall permanently bar the filing and asserting of any Claims against the Debtor which arose or relate to the period of time prior to the Confirmation Date, which were listed by the Debtor in its Schedules and Statement Of Financial Affairs (as amended) filed with the Court or were not evidenced by timely and proper proofs of Claim filed with the Court.

**10.09    Amount Of Claims.** All references to Claims and amount of the Claims refer to the amount of the Claims as allowed by the Court. The Debtor reserves the right, both before and within sixty days (60) after the Effective Date, to object to Claims so as to have the Court determine the amount allowed to be paid under this Plan.

**10.10    Remedies To Cure Defects.** After Confirmation, the Reorganized Debtor may, with the approval of the Court, and so long as it does not materially and/or adversely affect the interest of Creditors, remedy any defect or omission, or reconcile any inconsistencies in this Plan, or in the Confirmation of this Plan, in such a manner as may be necessary to carry out the purposes and the intent of this Plan.

**10.11    Retention Of Jurisdiction.** After the Effective Date, the Bankruptcy Court shall retain and have exclusive jurisdiction over the Chapter 11 cases for the following purpose:

    **(a)**        To determine any and all objections to the allowance of Claims;

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 19 of 100

(b)     To determine any and all applications for allowances of compensation and reimbursement of expenses and any other fees and expenses authorized to be paid or reimbursed under the Bankruptcy Code or this Plan;

(c)     To determine any applications for the rejection or assumption of executory contracts or unexpired leases or for the assumption and assignment, as the case may be, of executory contracts or unexpired leases to which the Debtor is a party or with respect to which the Debtor may be liable, and to hear and determine, and if need be, to liquidate any and all Claims arising therefrom;

(d)     To determine any and all applications, adversary proceedings and contested or litigated matters that may be pending on the Effective Date;

(e)     To consider any modifications of this Plan, remedy and defect or omission or reconcile any inconsistency in any order of the Bankruptcy Court, including the Confirmation Order, to the extent authorized by the Bankruptcy Code;

(f)     To determine any and all controversies, suits and disputes that may arise in connection with the interpretation, enforcement or consummation of this Plan or any person's or entity's obligations thereunder;

(g)     To determine all controversies, suits and disputes arising as a result of a demand by any utility for a deposit or other form of security as a condition to providing post-confirmation utility services to the Debtor;

(h)     To determine all controversies, suits and disputes of this Plan as a result of discriminatory treatment of the Debtor;

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 20 of 100

(i)    To hear and determine any Claim or cause of action by or against the Debtor, and to consider and act on the compromise and settlement of any Claim or cause of action by or against the Debtor;

(j)    To issue such orders in aid of execution of this Plan, as are authorized by section 1142 of the Bankruptcy Code; and

(k)    To determine such other matters as may be set forth in the Confirmation Order or as may arise in connection with this Plan or the Confirmation Order.

10.12    **Modification Of Plan.** Modifications of this Plan may be proposed in writing by the Debtor at any time before Confirmation, provided that this Plan, as modified, meets the requirements of sections 1122 and 1123 of the Bankruptcy Code, and the Debtor shall have complied with section 1125 of the Bankruptcy Code. This Plan may be modified at any time after Confirmation and before its substantial consummation, provided that this Plan, as modified, meets the requirements of sections 1122 and 1123 of the Bankruptcy Code and the Bankruptcy Court, after notice and hearing, confirms this Plan, as modified, under § 1129 of the Bankruptcy Code, and the circumstances warrant such modification.  A holder of a Claim that has accepted or rejected this Plan shall be deemed to have accepted or rejected, as the case may be, such Plan as modified, unless within the time fixed by the Bankruptcy Court, such holder changes its previous acceptance or rejection.

10.13    **Severability.** Wherever possible, each provision of this Plan shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Plan shall be prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Plan. Furthermore, if the Bankruptcy Court will not confirm this Plan because one

or more provisions hereof are determined to be prohibited or invalid under applicable law, the Debtor may seek permission of the Bankruptcy Court to amend this Plan by deleting the offending provision.

**10.14** __Revocation Of Plan.__ The Debtor reserves the right to revoke and/or withdraw this Plan prior to entry of the Confirmation Order. If the Debtor revokes and/or withdraws this Plan, or if Confirmation of this Plan does not occur, then this Plan shall be deemed null and void and nothing contained herein shall be deemed to constitute a waiver or release of any Claims by or against the Debtor or any other person or entity or to prejudice in any manner the rights of the Debtor or any person or entity in any further proceeding involving the Debtor.

## ARTICLE XI

## DISCHARGE OF DEBTOR

**11.01** __Discharge Of The Debtor.__ Except as otherwise provided in this Plan or in the Confirmation Order, the rights afforded under this Plan and the treatment of Claims under this Plan shall be in exchange for and in complete satisfaction, discharge and release of all Claims including any interest or Claims from the petition date. Confirmation of this Plan shall discharge the Debtor from all Claims or other debts, liabilities or obligations of any kind or nature, that arose, in whole or part, before the Effective Date, and all debts of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not a proof of Claim based on such debt is timely filed or deemed filed pursuant to section 501 of the Bankruptcy Code, a Claim based on such debt is allowed pursuant to section 502 of the Bankruptcy Code, or the holder of a Claim based on such debt has accepted this Plan.

**11.02** __Effect Of Discharge On Other Entities.__ Pursuant to section 524(e) of the Bankruptcy Code, except as otherwise provided in this Plan, the discharge of a debt of the Debtor,

pursuant to this Plan, shall not affect the liability of any other entity on, or the Property of any other entity for, such debt.

**11.03  Modification Of Plan Due To Default.** If any Creditor holding an Allowed Claim seeks such an Order, the Debtor may seek modification of the Plan prior to entry of the Order based upon good cause for the default and reasonableness of the modification.

## ARTICLE XII

### TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**12.01  Description of Executory Contracts.** The Debtor has no executory contracts in the capacity as a lessor or lessee.

**12.02  Rejected If Not Assumed.** All contracts and leases of the Debtor that constitute executory contracts or unexpired leases as of the date of filing the Chapter 11 petition for relief shall be rejected as of the Effective Date, except for the leases set forth or described in Section 12.01.

**12.03  Disputes As To Executory/Unexpired Status.** Notwithstanding Section 12.02 above, if on the Effective Date there is a pending dispute as to whether a contract is executory or a lease is unexpired, the Debtor's right to assume or reject such contract or lease shall be extended until the date that is thirty (30) days after entry of a Final Order by the Bankruptcy Court determining that the contract is executory or the lease is unexpired.

**12.04  Expired Contracts Or Leases.** Any contract or lease that expired pursuant to its terms prior to the Effective Date, and that has not been assumed or rejected by Final Order prior to the Effective Date, is hereby specifically rejected.

**12.05  Bar To Rejection Damages.** If the rejection or an executory contract or unexpired lease results in damages to the other party or parties to such contract or lease, a Claim for such damages, if not heretofore evidenced by a filed proof of Claim, shall be forever barred and shall not

- 22

be enforceable unless a proof of Claim is filed with the Bankruptcy Court and served upon the Debtor as follows: (a) if the Claim arises from the rejection of an executory contract or unexpired lease by operation of any provision of this Plan, thirty (30) days after the date of service of notice of the Effective Date; (b) if the Claim arises from the rejection of an executory contract or unexpired lease pursuant to a Final Order of the Bankruptcy Court (other than the Confirmation Order) authorizing rejection of such contract or lease, thirty (30) days after service of notice of the entry of such Final Order; or (c) if the Claim arises from the rejection of an executory contract or unexpired lease that is rejected after withdrawal of the assumption thereof, thirty (30) days after service of notice of the assumption withdrawal. The foregoing applies only to Claims arising from the rejection of an executory contract or unexpired lease; any other Claims held by a party to a rejected contract or lease shall have been evidenced by a proof of Claim filed by earlier applicable bar dates or shall be barred and unenforceable.

**12.06  Cure Of Defaults Upon Assumption.** Upon the assumption of any executory contract or unexpired lease (including an executory contract or unexpired lease deemed to be such by assumption herein) including, without limitation, defaults by the Debtor specified in section 365(b)(10) of the Bankruptcy Code and any defaults by the Debtor specified in section 365(b)(2) of the Bankruptcy Code, shall be deemed cured except to the extent written demand for the cure of or demonstration of ability to cure any default has been filed with the Bankruptcy Court and served upon the Debtor by the non-debtor party to such executory contract or unexpired lease within thirty (30) days after the date of service of notice of the Effective Date.  In the absence of a timely demand in accordance with the foregoing, the Debtor's obligation to cure or demonstrate the ability to cure shall be deemed waived, released and discharged.  If any non-debtor party to such executory contract or unexpired lease timely serves and files such written demand, and the Debtor files an

objection in writing to such demand within thirty (30) days thereafter, the Bankruptcy Court shall, by the issuance of a Final Order, determine the amount actually due and owing in respect of such demand or shall approve the settlement of such demand. The Debtor shall have thirty (30) days thereafter in which to effect such cure or withdraw <u>ab</u> <u>initio</u> their assumption of such executory contract or unexpired lease whereupon such executory contract or unexpired lease shall be deemed to have been rejected as of the date of the Chapter 11 petition for relief.

      **12.07**   **<u>Treatment of Claims Arising From Assumption Or Rejection.</u>** All Allowed Claims arising from the assumption of an executory contract or unexpired lease shall be treated as a General Unsecured Claim unless otherwise ordered by Final Order of the Bankruptcy Court. No such Claims are anticipated in this case. In the event no General Unsecured Class exists, but one is needed, the Debtor will create one with a modification.

## <u>TAX CONSEQUENCES</u>

      The Proponent has not obtained a tax opinion at this time and therefore such party expresses no opinion as to the tax consequences of confirmation or implementation of the Plan to the holder of any claim or interest.

      BECAUSE NO PROPONENT OF THE PLAN EXPRESSES ANY OPINION AS TO THE TAX CONSEQUENCES OF THE PLAN, IN NO EVENT WILL THE DEBTOR OR ITS PRINCIPALS OR ITS PROFESSIONAL ADVISORS, BE LIABLE IF, FOR ANY REASON, THE TAX CONSEQUENCES OF THE PLAN ARE NOT AS ANTICIPATED BY CREDITORS AND EQUITY INTEREST HOLDERS. THE DEBTOR'S CREDITORS AND EQUITY INTEREST HOLDERS MUST LOOK SOLELY TO AND RELY SOLELY UPON THEIR OWN ADVISORS AS TO THE TAX CONSEQUENCES OF THE PLAN.

**PROPONENT'S RECOMMENDATION**

The Debtor recommends that the creditors vote for the plan because they will receive a superior return to what they would receive in a liquidation and positive votes will enable the Debtor to obtain the confirmation of the plan as soon as possible which will result in the creditor's receiving a distribution sooner. For these and the other reasons noted herein, the Debtor urges you to vote to accept the Plan.

DATED this 4th day of April, 2018

LAW OFFICE OF MARK J. GIUNTA

By ___/s/ Mark J. Giunta SBN 015079___
    Mark J. Giunta, Esq.
    Liz Nguyen, Esq.
    *Attorneys for Debtor*

Approved by Debtor:

/s/_____
Anthony Ker

A Copy of the foregoing was electronically filed
This 4th day of April, 2018 with the U.S. Bankruptcy Court.

COPY of the foregoing mailed (and/or served via
fax* or e-mail** if so marked) 4th day of April, 2018, to:

J. Henk Taylor *htaylor@rrulaw.com
RYAN RAPP & UNDERWOOD, P.L.C.
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
*Attorney for CWT Canada II LP*

Christopher J. Pattock
*christopher.j.pattock@usdoj.gov
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Joshua Wurtzel *jwurtzel@schlamstone.com
Jeffrey M. Eilender *jeilender@schlamstone.com
Bradley J. Nash *bnash@shalamstone.com
Schlam Stone and Dolan LLP
26 Broadway

United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

New York, NY 10004
*Attorneys for CWT Canada II LP*

/s/ Logan Schutz

**APPENDIX A**

**DEFINITIONS**

**Defined Terms**. For purposes of this Plan, the capitalized terms used in this Plan shall have the meanings as set forth below:

**1.01** **Administrative Claims/Expenses**. Claims and expenses which are allowed pursuant to section 503(b) of the Bankruptcy Code and which are entitled to priority pursuant to section 507(a)(1) of the Bankruptcy Code.

**1.02** **Allowed Claim**. A Claim (a) with respect to which a Proof of Claim has been filed with the Court within the applicable period of limitation fixed by the Federal Rules Of Bankruptcy Procedure, Rule 3003, or (b) scheduled in the list of Creditors prepared and filed with the Court pursuant to Federal Rules Of Bankruptcy Procedure, Rule 1007(b) and not listed as disputed, contingent or unliquidated as to amount, and in either case, as to which no objection to the allowance thereof has been filed within any applicable period of limitation fixed by Federal Rules Of Bankruptcy Procedure, Rule 3007, the Plan, an order of the Court, or as to which any such objection has been determined by an order or judgment which is no longer subject to appeal and as to which no appeal is pending. An Allowed Claim shall not include unmatured or post-petition interest unless otherwise provided hereafter in the Plan.

**1.03** **Allowed Secured Claim**. This term refers to and means a Claim that is both an Allowed Claim and a Secured Claim.

**1.04** **Allowed Unsecured Claim**. This term refers to and means a Claim that is both an Allowed Claim and an Unsecured Claim.

**1.05** **Ballot**. This term refers to and means the ballot for accepting or rejecting the Plan which will be distributed to holders of Claims in Classes that are impaired under this Plan and are entitled to vote on this Plan.

**1.06** **Bankruptcy Code**. The Bankruptcy Code is the Bankruptcy Reform Act Of 1978, sometimes referred to as the Bankruptcy Code Of 1978, as contained in Title 11 U.S.C.A. § 101, et seq., and all amendments thereto.

- 26

**1.07** **Bankruptcy Court or Court**. This term refers to and means the United States Bankruptcy Court for the District of Arizona, Phoenix Division, or any other court that exercises jurisdiction over all or part of the Bankruptcy Case, including the United States District Court for the District of Arizona to the extent that the reference of all or part of the Bankruptcy Case is withdrawn.

**1.08** **Bankruptcy Rules**. This term refers to and means the Federal Rules of Bankruptcy Procedure promulgated under 28 U.S.C. § 2075 and the local rules of Court, as applicable during the term of the Bankruptcy Cases.

**1.09** **Bankruptcy Case**. This term refers to and means the above-captioned Chapter 11 case filed by RDX Technologies Corporation.

**1.10** **Bar Date**. The last day the Court will allow a Proof of Claim to be filed in this bankruptcy proceeding. The Bar Date is usually the date set for the hearing on approval of the Disclosure Statement and notice of the Bar Date will accompany the notice setting the hearing on approval of the Disclosure Statement, unless another deadline has been set by the Court.

**1.11** **Business Day**. This term refers to and means every day except Saturdays, Sundays, and holidays observed by the Bankruptcy Court.

**1.12** **Cash Collateral**. Cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest and includes the proceeds, products, offspring, rents, or profits of property subject to a security interest as provided in section 552(b) of the Bankruptcy Code, whether existing before or after the commencement of a case under Title 11 of the Bankruptcy Code.

**1.13** **Chapter 11**. Chapter 11 of the Bankruptcy Code. Reference to section numbers are references to sections in the Bankruptcy Code 11 U.S.C. § 101, et seq., Public Law 95-598, effective October 1, 1979, as amended, unless otherwise specified.

**1.14** **Claim**. A right to (1) payment from the Debtor, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (2) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**1.15** **Class**. One or more creditors grouped together as defined herein. The Plan is intended to deal with all Claims against the Debtors of whatever character, whether or not contingent or liquidated, and whether or not allowed by the Court pursuant to section 502(a) of the Bankruptcy Code. However, only those Claims allowed pursuant to section 502(a) of the Bankruptcy Code will receive payment under the Plan.

**1.16** **Collateral**. Property which is pledged as security for the satisfaction of a debt. Collateral is additional security for performance of principal obligation, or that which is by the side, and not in direct line. Property subject to a security interest, including accounts, contract rights and chattel paper which have been sold.

**1.17** **Collateral Value**. Collateral Value is the fair market value of the any collateral as determined by the Court.

**1.18** **Confirmation**. The formal approval of the Bankruptcy Court of a Plan Of Reorganization.

**1.19** **Confirmation Date**. The date upon which the Confirmation Order is entered by the Court.

**1.20** **Confirmation Hearing**. This term refers to and means the hearing regarding confirmation of the Plan conducted by the Bankruptcy Court pursuant to section 1128 of the Bankruptcy Code, including any adjournment or continuation of that hearing from time to time.

**1.21** **Confirmation Order**. The Final Order of the Court determining that the Plan meets the requirements of Chapter 11 of the Bankruptcy Code and is entitled to Confirmation.

**1.22** **Creditor**. A Creditor or all Creditors of the Debtor holding Allowed Claims for the debts, liabilities, demands or Claims of any character whatsoever, as defined in section 101(4) of the Bankruptcy Code.

**1.23** **Debtor**. The Debtor RDX Technologies Corporation. Debtor can be used interchangeably with Debtors.

**1.24** **Disclosure Statement**. The Disclosure Statement in support of RDX Technologies Corporation's Plan of Reorganization in its present form, or as it may be amended or supplemented.

**1.25** **Disputed Claim**. This term refers to and means every Claim: (a) that is scheduled by the Debtor as disputed, contingent, or unliquidated; and/or (b) that is not an Allowed Claim.

**1.26** **Effective Date**. The date following the Confirmation Date after which no appeal of the Confirmation Order can be taken or fifteen (15) days from the Confirmation Date, whichever is later.

**1.27** **Estate**. This term refers to and means the bankruptcy estate of the Debtor created under section 541 of the Bankruptcy Code.

- 28

**1.28** **Executory Contract**. This term refers to and means every unexpired lease and other contract which is subject to being assumed or rejected under section 365 of the Bankruptcy Code.

**1.29** **Final Order**. A Final Order is an order of the Court which, not having been reversed, modified or amended and not being stayed and the time to appeal from which or to seek review or rehearing of which having expired, and no such appeal, review, certiorari or rehearing is pending, has become conclusive of all matters adjudicated thereby and in full force and effect.

**1.30** **Impaired/Impaired Class** Under section 1124 of the Bankruptcy Code, a Class Of Claims is impaired under a Plan unless, with respect to each Claim of such Class: (i) it is paid in full on the Effective Date of the Plan; (ii) the Plan leaves unaltered the legal, equitable and contractual rights to which such Claim entitles the holder to such Claim; or (iii) all defaults are cured, the original maturity of the Claim is reinstated and the Claim is otherwise treated as provided in clause (ii) above.

**1.31** **Interests**. This term refers to and means the rights of the members of the Debtor.

**1.32** **Interpretation**. The headings in this Plan are for convenience and reference only and shall not limit or otherwise affect the provisions hereof. Words denoting the singular number shall include the plural number and vice versa, and words denoting one gender shall include the other gender.

**1.33** **IRS**. This term refers to and means the Internal Revenue Service.

**1.34** **Personal Property**. This term refers to and means all personal property owned by Debtor.

**1.35** **Plan**. This term refers to and means this Plan of Reorganization Proposed By the Debtor and every modification thereof, if any, filed by the Debtor.

**1.36** **Plan Confirmation**. Entry by the Court of an order confirming the Plan at or after a hearing held pursuant to section 1128 of the Bankruptcy Code.

**1.37** **Preserved Lien(s)**. Any liens required under section 1124(2) of the Bankruptcy Code.

**1.38** **Priority Claim(s)**. Any Claim or Claims entitled to priority pursuant to section 507(a) of the Bankruptcy Code other than a Tax Claim or a Claim for Administrative Expenses.

**1.39** **Professional Charges**. This term refers to and means all professional fees and costs by professional persons approved by the Bankruptcy Court to serve the Debtor or the Committee which have accrued during the pendency of the Debtor's Bankruptcy Case up to and including the Confirmation Date.

**1.40** **Property**: All real and personal Property (individually or as a whole) of the estate of the Debtor as previously or hereafter determined by Final Order of a court of competent jurisdiction and/or as defined in section 541 of the Bankruptcy Code, including, but not limited to, any and all Claims or causes of action in favor of the Debtor against third parties (except as otherwise provided herein).

**1.41** **Property Broker**. This term refers to and means the independent person engaged to market and sell the property or any portion thereof.

**1.42** **Proponent**. This term refers to and means the Debtor who is proposing this Plan of Reorganization.

**1.43** **Pro Rata**. This term refers to and means proportionally, so that the ratio of the consideration distributed on account of an Allowed Claim in the Class (or sub-class) and consideration distributed on account of all Allowed Claims in the Class (or sub-class) is the same as the ratio of the Allowed Claims in the Class (or sub-class).

**1.44** **Real Property**. Real Property owned by the Debtor.

**1.45** **Reorganized Debtor**. The Debtor, after Confirmation of the Plan, and its successors and assigns.

**1.46** **Secured Claim(s)**. Any Claims, other than a Tax Claim, secured by Property of the Debtor under a duly perfected security interest, to the extent of the value of the Collateral (security), as determined in accordance with section 506 of the Bankruptcy Code.

**1.47** **Secured Creditor(s)**. All Creditors other than taxing entities, who hold a lien, security interest or other encumbrance which has been properly perfected as required by law with respect to Property owned by the Debtor.

**1.48** **Tax Claim(s)**. Any Claim for taxes entitled to priority pursuant to section 507(a)(7) of the Bankruptcy Code.

**1.49** **Term Of The Plan**. That period after the Effective Date during which payments are being made to Creditors as called for by the Plan.

**1.50** **Unsecured Claim(s)**: All Claims not secured by collateral of the estate.

**1.51** **Unsecured Creditor(s)**. All Creditors of Debtor holding Unsecured Claims of any character what-soever, except Claims entitled to priority pursuant to section 507 of the Bankruptcy Code.

**1.52** **Unsecured Deficiency Claimant(s)**. Claims resulting from the excess of the Secured Claims over the Collateral Value, as determined pursuant to section 506 of the Bankruptcy Code or unless otherwise agreed to by the Secured Creditors.

1.53 **Undefined Terms**. Terms and phrases, whether capitalized or not, that are used and not defined herein, but are defined by the Bankruptcy Code, have the meanings ascribed to them in the Bankruptcy Code.

# EXHIBIT 2

# LIQUIDATION ANALYSIS[1]

DISTRIBUTION IF THE ASSETS OF THE DEBTOR ARE LIQUIDATED BY A
CHAPTER 7 TRUSTEE

Liquidation Value of Assets

| | | |
|---|---|---|
| Business DIP Account | $ | 0.00 |
| Business Tax Account | $ | 0.00 |
| 100% Membership Interest in Ridgeline Energy Services (USA), Inc. | $ | 0.00 |
| 100% Membership Interest in Danzik Hydrological Sciences, LLC | $ | 425,000.00 |
| 100% Membership Interest in RDX Energy Group, LLC | $ | 0.00 |
| 100% Membership Interest in RDX Intellectual Property, LLC | $ | 0.00 |
| 100% Membership Interest in RDX Applied Technologies I, LLC | $ | 0.00 |
| 100% Membership Interest in RDX Operations, Inc. | $ | 0.00 |
| 100% Membership Interest in RDX Water Group Technologies, LP | $ | 0.00 |
| 100% Membership Interest in Changing World Technologies, LP | $ | 0.00 |
| 100% Membership Interest in Renewable Environmental Solutions, LLC | $ | 0.00 |
| 100% Membership Interest in Thermo-Depolymerization Process, LLC | $ | 0.00 |
| 100% Membership Interest in TECH, LLC | $ | 0.00 |
| Claim against CWT Canada II Limited Partnership, et al. | $ | 0.00 |
| **Total** | **$** | **425,000.00** |

| | |
|---|---|
| Trustee's Fees (25% first $5,000, 10% from 5k to 50k, 5% for the rest) | [$ 24,750.00] |
| Trustee's Attorney's and Expert's Fees (estimation) | [$ 50,000.00] |
| Chapter 11 Administrative Creditors (estimation) | [$ 50,000.00] |
| Chapter 11 Priority Creditors | [$ 3,925.16] |
| **Funds available to distribute to Non-Priority Unsecured Creditors** | **$ 296,324.84** |

DISTRIBUTION TO NON-PRIORITY UNSECURED CREDITORS UNDER THE
DEBTOR'S PLAN

Funds available to distribute to General Unsecured Creditors          $3,391,196.00

---

[1] The Debtor does not adopt the figures set forth herein or use them for any other purpose than the limited
one of providing this liquidation analysis.

# EXHIBIT 3

| Holder | Class | Shares |
|---|---|---|
| CDS Depository Agent | Z03 | 1273000.00 |
| | Z02 | 11227100.00 |
| BMO Nesbitt Burns Inc. | Z01 | 2292454.00 |
| CanAccord Genuity Corp. | Z01 | 1175591.00 |
| Merrill Lynch CDA Inc. | Z01 | 478973.00 |
| CIBC World Markets Inc. | Z01 | 2488835.00 |
| JPMorgan Clearing Corp. | Z01 | 12000.00 |
| Citibank CDS Custodial | Z01 | 3730858.00 |
| The Depository Trust Company | Z01 | 7701670.00 |
| Valeurs Mobilieres Desjardins | Z01 | 19500.00 |
| RBC Dexia I.S. | Z01 | 427410.00 |
| Dundee Securities Corporation | Z01 | 173600.00 |
| Edward D. Jones & Co. | Z01 | 30800.00 |
| Fidelity Clearing Canada | Z01 | 71000.00 |
| GMP Securities LP | Z01 | 3902300.00 |
| Goldman Sachs Co. | Z01 | 24000.00 |
| Haywood Securities Inc. | Z01 | 3851178.00 |
| Leede Financial Markets Inc. | Z01 | 751270.00 |
| MacDougal MacDougall & Mactier Inc. | Z01 | 25000.00 |
| Mackie Research Capital Corp. | Z01 | 904500.00 |
| MacQuarie Private Wealth Inc. | Z01 | 15667198.00 |
| CIBC Mellon | Z01 | 20424146.00 |
| NBCN Inc. | Z01 | 7197086.00 |
| Northern Trust Company | Z01 | 20000.00 |
| Odlum Brown Limited | Z01 | 8000.00 |
| Pacific International Sec. Inc. | Z01 | 436400.00 |
| Penson Financial Services Canada Inc. | Z01 | 415400.00 |
| Peters Co. Limited | Z01 | 10000.00 |
| Qtrade Securities Inc. | Z01 | 10969350.00 |
| Raymond James Ltd. | Z01 | 798101.00 |
| RBC Dominion Securities Inc. | Z01 | 5365582.00 |
| Royal Bank of Canada | Z01 | 1984556.00 |
| Royal Bank of Canada Royal Trust | Z01 | 900000.00 |
| Salman Partners Inc. | Z01 | 62500.00 |
| Scotia Capital Inc. | Z01 | 2489335.00 |
| State Street Trust Co. | Z01 | 2192700.00 |
| TD Waterhouse Canada Inc. | Z01 | 5290345.00 |
| Timber Hill Canada Company | Z01 | 213525.00 |
| Wolverton Securities | Z01 | 392024.00 |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership

| 15.1. | **Ridgeline Energy Services (USA), Inc.** | 100   % | | $0.00 |
| --- | --- | --- | --- | --- |

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 37 of 100

**Danzik Hydrological Sciences, LLC**

15.2.  **Asset: Holds IP worth approximately $425,000**          **100** %          **$425,000.00**

---

**RDX Energy Group, LLC**

15.3.  **RDX Technologies Corporation subsidiary**          **100** %          **$0.00**

---

**RDX Intellectual Property, LLC**

15.4.  **RDX Technologies Corporation subsidiary (Never been used)**          **100** %          **$0.00**

---

**RDX Applied Technologies I, LLC**

15.5.  **RDX Technologies Corporation subsidiary (Never been used)**          **100** %          **$0.00**

---

**RDX Operations, Inc.**

15.6.  **RDX Technologies Corporation subsidiary**          **100** %          **$0.00**

---

**RDX Water Group Technologies, LP**

15.7.  **RDX Technologies Corporation subsidiary (Never been used)**          **100** %          **$0.00**

---

**Changing World Technologies, LP**

15.8.  **RDX Technologies Corporation subsidiary**          **100** %          **$0.00**

---

**Renewable Environmental Solutions, LLC**

15.9.  **RDX Technologies Corporation subsidiary**          **100** %          **$0.00**

---

**Thermo-Depolymerization Prcoess, LLC**

15.10.  **RDX Technologies Corporation subsidiary**          **100** %          **$0.00**

---

**TECH, LLC**

15.11.  **RDX Technologies Corporation subsidiary**          **100** %          **$0.00**

---

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**          **$425,000.00**

Add lines 14 through 16.  Copy the total to line 83.

Part 5:  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.      **Notes receivable**
         Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**

74.      **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Claims against CWT Canada II Limited Partnership,
Resource Recovery Corporation, Dave Bogardus,
Candie Blazar, Jean Noelting, Mark Shoom, Roycap,
Foth Engineering, Ed Tobin, GEM America, Global
Emerging Markets, Bruce MacFarlane, Brian Appel, and
John Shaw for in part fraud, misrepresentation and
False Claim Act violations.**

**(Damages may be substantial, but as of yet the claims
are unliquidated and any market value would be
unknown.)**                                                                        **$0.00**

Nature of claim

Amount requested                                **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**                                                      **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 40 of 100

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $425,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $425,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $425,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 41 of 100

**Fill in this information to identify the case:**

Debtor name   **RDX Technologies Corporation**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:17-bk-14387**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **RDX Technologies Corporation**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:17-bk-14387**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,925.16 | $3,925.16 |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80203** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**December 2014** | Basis for the claim:<br>**Taxes** |
| Last 4 digits of account number **2851**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| **A Clear Alternative, Inc.**<br>**9230 Collins Avenue**<br>**Pennsauken, NJ 08110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes |

|  |  | Amount of claim |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.35 |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| **A&B Tire**<br>**10659 Forest Street**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,016.87 |
|---|---|---|---|
| | **A&R Welding, Inc.** | ☐ Contingent | |
| | **942 South Sante Fe Avenue** | ☐ Unliquidated | |
| | **Compton, CA 90221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.58 |
|---|---|---|---|
| | **AAVCO Electric, Inc.** | ☐ Contingent | |
| | **13746 Crewe Street** | ☐ Unliquidated | |
| | **Whittier, CA 90605** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,872.66 |
|---|---|---|---|
| | **Adler Tank Rentals** | ☐ Contingent | |
| | **P.O. Box 45081** | ☐ Unliquidated | |
| | **San Francisco, CA 94145** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,760.95 |
|---|---|---|---|
| | **Adler Tank Rentals** | ☐ Contingent | |
| | **5700 Las Positas Road** | ☐ Unliquidated | |
| | **Livermore, CA 94551** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,857.50 |
|---|---|---|---|
| | **Advanced Technology Labs** | ☐ Contingent | |
| | **P.O. Box 112** | ☐ Unliquidated | |
| | **Altamont, KS 67330** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.08 |
|---|---|---|---|
| | **Aflac** | ☐ Contingent | |
| | **1932 Wynnton Road** | ☐ Unliquidated | |
| | **Columbus, GA 31999** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.44 |
|---|---|---|---|
| | **Airgas East** | ☐ Contingent | |
| | **17 Northwestern Drive** | ☐ Unliquidated | |
| | **Salem, NH 03079** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 44 of 100

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,928.17** |
|---|---|---|---|
| | **Airgas Safety, Inc.**<br>**P.O. Box 951884**<br>**Dallas, TX 75395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,171.99** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**P.O. Box 676015**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$947.08** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**P.O. Box 7423**<br>**Chula Vista, CA 91909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,352.34** |
|---|---|---|---|
| | **Airport Property Specialists, LLC**<br>**14605 North Airport Drive**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,800.00** |
|---|---|---|---|
| | **All Systems Go Transport, Inc.**<br>**P.O. Box 546**<br>**Stephens City, VA 22655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.00** |
|---|---|---|---|
| | **Allen's Locksmith**<br>**11713 Firestone Boulevard**<br>**Norwalk, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,279.00** |
|---|---|---|---|
| | **Allied Nationwide Security, Inc.**<br>**7247 Hayvenhurst Avenue**<br>**Van Nuys, CA 91406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,080.36 |
|---|---|---|---|

**Ally**
P.O. Box 9001948
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.50 |
|---|---|---|---|

**ALS Group USA, Corp.**
P.O. Box 975444
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,702.20 |
|---|---|---|---|

**American Fence Company, Inc.**
P.O. Box 19040
Phoenix, AZ 85005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,157.00 |
|---|---|---|---|

**AMPCO Contracting, Inc.**
1328 Allec Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.11 |
|---|---|---|---|

**Answer 1 Communications**
P.O. Box 62763
Phoenix, AZ 85082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294,716.80 |
|---|---|---|---|

**Anthony Ker**
1240 McPhee Road
Naramata, bc V0H 1N1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **rent**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,628.62 |
|---|---|---|---|

**Applied Industrial Technologies**
P.O. Box 905794
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|------|------|------|------|

**Aquilex HydroChem LLC**
P.O. Box 952304
Dallas, TX 75395

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.29** |
|------|------|------|------|

**Arrow Land Group, LLC**
P.O. Box 3847
Cedar Park, TX 78630

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.81** |
|------|------|------|------|

**Arvest Bank**
4302 West Olive Street
Rogers, AR 72756

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,038.25** |
|------|------|------|------|

**Associated Laboratories**
806 North Batavia
Orange, CA 92868

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$639.99** |
|------|------|------|------|

**AT&T Mobility**
P.O. Box 6423
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,404.00** |
|------|------|------|------|

**Atlantic Product Services, Inc.**
2 Terminal Road, Bldg 082
Carteret, NJ 07008

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,308.40** |
|------|------|------|------|

**AutomaticoDirect.com, Inc.**
P.O. Box 402417
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,373.06 |
|---|---|---|---|

**Baghouse & Industrial Sheet Metal**
1731 Pomona Road
Corona, CA 92880

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,994.85 |
|---|---|---|---|

**Bakercorp**
P.O. Box 843596
Los Angeles, CA 90084

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,564.36 |
|---|---|---|---|

**Bay Equipment Company**
395 Roost Avenue
Holland, MI 49424

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,724.90 |
|---|---|---|---|

**Beau's Crates**
2322 South 15th Place
Phoenix, AZ 85034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $982.39 |
|---|---|---|---|

**Berg-Nelson Company, Inc.**
1633 West 17th Street
Long Beach, CA 90813

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,327.90 |
|---|---|---|---|

**BIEBT Group Insurance**
P.O. Box 416851
Boston, MA 02241

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,367.18 |
|---|---|---|---|

**Blake Reading**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 48 of 100

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,349.61 |
| --- | --- | --- | --- |
| | **Blake, Cassels & Graydon LLP**<br>**855 2nd Street S.W.**<br>**Calgary AB Canada** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,112.10 |
| --- | --- | --- | --- |
| | **Blue Cross Blue Shield of Arizona**<br>**P.O. Box 81049**<br>**Phoenix, AZ 85069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,137.97 |
| --- | --- | --- | --- |
| | **Blue Line Rentals**<br>**Attn: Accounts Receivables**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,297.16 |
| --- | --- | --- | --- |
| | **BNSF Logistics, LLC**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Borden Ladner Gervais**<br>**Centennial Place, East Tower**<br>**520 3rd Avenue S.W., Suite 1900**<br>**Calgary AB Canada T2P 0R3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,221.45 |
| --- | --- | --- | --- |
| | **Border States Electric Supply**<br>**P.O. Box 52516**<br>**Phoenix, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,080.00 |
| --- | --- | --- | --- |
| | **Bradley Tanks, Inc.**<br>**301 Durham Court**<br>**Danville, CA 94526** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,946.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Brainerd Chemical Co. Inc.**
P.O. Box 52160
Tulsa, OK 74152

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,923.12** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Broadridge ICS**
P.O. Box 416423
Boston, MA 02241

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,848.43** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Brockwell's Septic and Service, Inc.**
P.O. Box 647
Quinton, VA 23141

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,912.13** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Butterball, LLC**
**Attn: Allison Outlaw**
Goldsboro, NC 27534

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$828.50** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**C&K Tire Service**
P.O. box 383
Norwalk, CA 90651

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,482.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**C&M Industries, Inc.**
121 Republic Road
Chesapeake, VA 23324

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$524.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**Calscience Environmental Labs, Inc.**
19433 East Walnut Drive South
Rowland Heights, CA 91748

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 50 of 100

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |
|---|---|---|---|
| | **Carbon Activated Corporation**<br>**250 East Manville Street**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,130.08 |
|---|---|---|---|
| | **Carolina Resource Corp.**<br>**850 Park Avenue**<br>**Youngsville, NC 27596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|
| | **Carthage Chamber of Commerce**<br>**402 South Garrison Avenue**<br>**Carthage, MO 64836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,200.00 |
|---|---|---|---|
| | **Casey Research LLC**<br>**P.O. Box 1427** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,527.05 |
|---|---|---|---|
| | **Castagno Oil Co., Inc.**<br>**P.O. Box 357**<br>**Pittsburg, KS 66762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.06 |
|---|---|---|---|
| | **CEM Corporation**<br>**12750 Collections Center Drive**<br>**Phoenix, AZ 85038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,783.05 |
|---|---|---|---|
| | **Century Link**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.62 |
| --- | --- | --- | --- |

**Century Link**
P.O. Box 29040
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,488.07 |
| --- | --- | --- | --- |

**Certek Heating Machine USA LLC**
2394 Leland Avenue
Grand Junction, CO 81505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,961.97 |
| --- | --- | --- | --- |

**Chemineer Inc.**
P.O. Box 713113
Columbus, OH 43271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,875.00 |
| --- | --- | --- | --- |

**Chemtech**
1905 South MacDonald #8
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,040.00 |
| --- | --- | --- | --- |

**Christensen & Associates**
7975 North Hayden Road
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.72 |
| --- | --- | --- | --- |

**Cintas**
P.O. Box 631025
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,188.30 |
| --- | --- | --- | --- |

**Cintas**
P.O. Box 88005
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 52 of 100

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.87 |
|---|---|---|---|

**City of Cody**
1338 Rumsey Avenue
Cody, WY 82414

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,816.90 |
|---|---|---|---|

**City of Santa Fe Springs Water Utility**
11710 Telegraph Road
Santa Fe Springs, CA 90670

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,269.61 |
|---|---|---|---|

**City of Scottsdale**
P.O. Box 1300
Scottsdale, AZ 85252

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.43 |
|---|---|---|---|

**CLC of Richmond**
**Construction Labor Group**
5380 South Laburnum Avenue
Richmond, VA 23231

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,890.00 |
|---|---|---|---|

**Clean Harbors Env. Services, Inc.**
P.O. Box 3442
Boston, MA 02241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,431.00 |
|---|---|---|---|

**Cobra Rig Product, Inc.**
5055 Cranswick Road
Houston, TX 77041

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,516.94 |
|---|---|---|---|

**Cogen/Lee Mathews**
P.O. Box 411832
Dept. 100
Kansas City, MO 64141

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

**Combustion Services Inc.**

**Altamont, KS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$7,857.50

---

**3.74** Nonpriority creditor's name and mailing address

**Complete Electrical Service, LLC**
**1022 Brookside Drive**
**Joplin, MO 64804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$13,770.14

---

**3.75** Nonpriority creditor's name and mailing address

**Complete Transportation Systems, Inc.**
**5659 176th Street**
**Surrey BC Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,240.00

---

**3.76** Nonpriority creditor's name and mailing address

**Constellation New Energy Gas**
**Bank of America Lockbox Services**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$144,149.94

---

**3.77** Nonpriority creditor's name and mailing address

**Consumers Pipe**
**12902 Lakeland Road**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$119.05

---

**3.78** Nonpriority creditor's name and mailing address

**Continental Building Mtc., Inc.**
**13316 Mapledale Street**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,700.00

---

**3.79** Nonpriority creditor's name and mailing address

**Copper Street Bolt & Nut Co.**
**3622 North 34th Avenue**
**Phoenix, AZ 85017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$11,980.52

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,197.73 |
|---|---|---|---|
| | **County Sanitation District of LA**<br>**1995 Workman Mill Road**<br>**Bellflower, CA 90706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.83 |
|---|---|---|---|
| | **Covert Electric Machinery, Inc.**<br>**P.O. Box 579**<br>**Joplin, MO 64802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,008.38 |
|---|---|---|---|
| | **Cox Business**<br>**1550 West Deer Valley Road**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,175.00 |
|---|---|---|---|
| | **Coyle Supply Inc.**<br>**3721 Hwy 162**<br>**Granite City, IL 62040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,250.00 |
|---|---|---|---|
| | **Creative Information Systems**<br>**27 Lowell Street**<br>**Manchester, NH** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,565.65 |
|---|---|---|---|
| | **Crescendo Communications, LLC**<br>**995 Orion Court**<br>**Merrick, NY 11566** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.19 |
|---|---|---|---|
| | **Crystal Springs**<br>**P.O. Box 560579**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.37 |
|---|---|---|---|
| | CSC Corporation Service Company<br>P.O. Box 13397<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.30 |
|---|---|---|---|
| | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,033,491.13 |
|---|---|---|---|
| | CWT Canada II Limited Partnership, et al<br>1209 Orange Street<br>Wilmington, DE 19801 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Judgment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.71 |
|---|---|---|---|
| | Damage Recovery<br>P.O. Box 842264<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,530.85 |
|---|---|---|---|
| | DeLage Landen<br>P.O. Box 41602<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,369,616.00 |
|---|---|---|---|
| | Dennis and Elizabeth Danzik<br>1108 14th Street<br>Cody, WY 82414 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2011 to current__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.89 |
|---|---|---|---|
| | Digital Supply Center Inc.<br>P.O. Box 9325<br>Canoga Park, CA 91309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,371.07 |
|------|--------|--------|--------|
| | **Dorsey & Whitney**<br>**P.O. Box 1680**<br>**Minneapolis, MN 55480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __April 2013__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,151.23 |
|------|--------|--------|--------|
| | **Double Tree Hotel**<br>**13111 Sycamore Drive**<br>**Norwalk, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|------|--------|--------|--------|
| | **Duane Livingston Trucking, Inc.**<br>**P.O. Box 7606**<br>**Texarkana, TX 75505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $847.89 |
|------|--------|--------|--------|
| | **Duke Energy Generation Services**<br>**925 Loopers Bridge Road**<br>**Dalton, GA 30721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,875.00 |
|------|--------|--------|--------|
| | **Dusty Foster**<br>**5228 Church Street**<br>**Flowery Branch, GA 30542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,403.75 |
|------|--------|--------|--------|
| | **Dynamic Methods, Inc.**<br>**9070 Irvine Center Drive**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,284.38 |
|------|--------|--------|--------|
| | **Electric Supply, Inc.**<br>**917 West Madison**<br>**Phoenix, AZ 85007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,190.00** |
|---|---|---|---|

**Ellis Equipment, Inc.**
**1015 East Burnett Street**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,758.91** |
|---|---|---|---|

**Empire Discovery**
**148 Madison Avenue**
**9th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318.28** |
|---|---|---|---|

**Energy West**
**P.O. Box 970**
**Cody, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,033.44** |
|---|---|---|---|

**Engineering Technical Group**
**P.O. Box 4153**
**Boston, MA 02211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,000.00** |
|---|---|---|---|

**Enterprise Holdings**
**709 Milner Avenue**
**Scarborough ON**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,998.78** |
|---|---|---|---|

**Enterprise Rent a Car**
**600 Corporate Park Drive**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.70** |
|---|---|---|---|

**Enterprise Tolls**
**P.O. Box 30**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**Fastenal**
7950 East Redfield Road
Suite 130
Scottsdale, AZ 85260

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$34.78**

---

**3.109** | Nonpriority creditor's name and mailing address

**FedEx**
P.O. Box 7221
Pasadena, CA 91109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51.74**

---

**3.110** | Nonpriority creditor's name and mailing address

**FedEx**
P.O. Box 94515
Palatine, IL 60094

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.66**

---

**3.111** | Nonpriority creditor's name and mailing address

**FedEx Tech Connect**
3875 Airways
Module H3, Dept. 4634
Memphis, TN 38116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$343.56**

---

**3.112** | Nonpriority creditor's name and mailing address

**Ferrell Gas**
P.O. Box 173940
Denver, CO 80217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$935.12**

---

**3.113** | Nonpriority creditor's name and mailing address

**Fisher Scientific**

Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.83**

---

**3.114** | Nonpriority creditor's name and mailing address

**Fortune**
Lockbox 223545
Pittsburgh, PA 15251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,941.89 |
| --- | --- | --- | --- |

**Freedom Voice**
169 Saxony Road
Suite 212
Encinitas, CA 92024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.40 |
| --- | --- | --- | --- |

**Freeman Health System**
1102 West 32nd Street
Joplin, MO 64804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,652.66 |
| --- | --- | --- | --- |

**G&K Services**
P.O. Box 842385
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,125.00 |
| --- | --- | --- | --- |

**G&L Environmental Services**
628 North H Street
San Bernardino, CA 92410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.49 |
| --- | --- | --- | --- |

**Gale Supply Company**
2414 Wellesley Avenue
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.00 |
| --- | --- | --- | --- |

**Gateway Emergency Physicians, LLP**
1102 West 32nd Street
Joplin, MO 64804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
| --- | --- | --- | --- |

**GATX Corporation Rail**
3454 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.122**

Nonpriority creditor's name and mailing address
**GEM Holdco, LLC, et al.**
**590 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred __June 2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset? ☐ No ☑ Yes

**$9,023,534.49**

---

**3.123**

Nonpriority creditor's name and mailing address
**GlobalTranz Enterprises, Inc.**
**P.O. Box 203285**
**Dallas, TX 75320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$5,874.00**

---

**3.124**

Nonpriority creditor's name and mailing address
**GlobalTranz Enterprises, Inc.**
**P.O. Box 203285**
**Dallas, TX 75320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$20,143.02**

---

**3.125**

Nonpriority creditor's name and mailing address
**Globalview Advisors, LLC**
**19900 MacArthur Boulevard**
**Irvine, CA 92612-3000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$8,250.00**

---

**3.126**

Nonpriority creditor's name and mailing address
**Gloggner Metal Fabricators**
**3336 Pear Street**
**Saint Joseph, MO 64503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$242.22**

---

**3.127**

Nonpriority creditor's name and mailing address
**Grainger**
**Dept. 860207505**
**Palatine, IL 60038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$989.93**

---

**3.128**

Nonpriority creditor's name and mailing address
**Grainger**
**Dept. 881717706**
**Kansas City, MO 64141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,318.23**

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 61 of 100

**3.129**

Nonpriority creditor's name and mailing address
**Grainger**
**Dept. 881717706**
**Kansas City, MO 64141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$31,762.00**

---

**3.130**

Nonpriority creditor's name and mailing address
**Grainger**
**Dept. 881717706**
**Kansas City, MO 64141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$589.95**

---

**3.131**

Nonpriority creditor's name and mailing address
**Grand Rental Station**
**2925 Main Street**
**Parsons, KS 67357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.82**

---

**3.132**

Nonpriority creditor's name and mailing address
**Graves Heating & A/C Services, Inc.**
**9630 John Street**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.133**

Nonpriority creditor's name and mailing address
**Greenberg Traurig**
**2101 L Street, NW**
**Washington, DC 20037**

Date(s) debt was incurred __2015__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,416,347.42**

---

**3.134**

Nonpriority creditor's name and mailing address
**GTS Welco (Praxair)**
**P.O. Box 382000**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$35.37**

---

**3.135**

Nonpriority creditor's name and mailing address
**Handling Systems, Inc.**
**2659 East Magnolia Street**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$14,865.00**

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 62 of 100

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**Harbor Testing Laboratory, Inc.**
P.O. Box 460
Channelview, TX 77530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hazardous Waste Transportation Services**
10600 South Painter Avenue
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Hazmat Services**
1189 C.N. Grove Street
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,645.00 |
|---|---|---|---|

**Heartland Technology Solutions**
1110 Morningview Drive
Harlan, IA 51537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,487.98 |
|---|---|---|---|

**Heavy Equipment Rentals**
13013 Temescal Canyon Road
Corona, CA 92883

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,624.65 |
|---|---|---|---|

**Homewood Suites**
9880 North Scottsdale Road
Paradise Valley, AZ 85253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,240.00 |
|---|---|---|---|

**Hose Power Phoenix**
3327 North 29th Avenue
Phoenix, AZ 85017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.74** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------|-------------|

**3.143**

**Nonpriority creditor's name and mailing address**
**HRDirect**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$44.74**

---

**3.144**

**Nonpriority creditor's name and mailing address**
**HydroClean Corporation**
**900 Georgia Avenue**
**Deer Park, TX 77536**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,200.00**

---

**3.145**

**Nonpriority creditor's name and mailing address**
**Industrial Process Systems**
**1980 Linn Street**
**Kansas City, MO 64116**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,439.09**

---

**3.146**

**Nonpriority creditor's name and mailing address**
**International Paint, LLC**
**P.O. Box 847202**
**Dallas, TX 75284**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$442.02**

---

**3.147**

**Nonpriority creditor's name and mailing address**
**J&L Transporation Inc.**
**P.O. Box 6325**
**Phoenix, AZ 85005**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,120.09**

---

**3.148**

**Nonpriority creditor's name and mailing address**
**J.A. Carman Trucking Company, Inc.**
**4 Anderson Drive**
**Albany, NY 12211**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,245.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Jade IV**
**15111 Haymen Road**
**Scottsdale, AZ 85260**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$867,000.00**

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 64 of 100

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,292.00 |
|---|---|---|---|

**Jasper County Collector**
P.O. Box 421
Carthage, MO 64836

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,653.00 |
|---|---|---|---|

**JCI Industries, Inc.**
P.O. Box 411114
Kansas City, MO 64141

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,960.10 |
|---|---|---|---|

**Jenkins Centrifuge Co. LLC**
1123 Swift
Kansas City, MO 64116

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,391.66 |
|---|---|---|---|

**Joe Murray**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,717.51 |
|---|---|---|---|

**John Crane Lemco**
P.O. Box 905969
Charlotte, NC 28290

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,805.65 |
|---|---|---|---|

**John Mulhern Company**
P.O. Box 6604
Santa Rosa, CA 95403

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Jones, Jackson & Moll**
401 North 7th Street
Fort Smith, AR 72901

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 65 of 100

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$469.90** |
| --- | --- | --- | --- |
| | **Joplin Fire Protection Co.**<br>**1014 South Wall**<br>**Joplin, MO 64801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.72** |
| --- | --- | --- | --- |
| | **Kenco Security and Technology**<br>**3416 First Avenue North**<br>**Billings, MT 59101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385.95** |
| --- | --- | --- | --- |
| | **keystec Environmental**<br>**P.O. Box 16466**<br>**Fernandina Beach, FL 32035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,072.50** |
| --- | --- | --- | --- |
| | **Knobbe Martens Olson & Bear LLP**<br>**2040 Main Street**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,327.33** |
| --- | --- | --- | --- |
| | **Labor Ready**<br>**P.O. Box 31001-0257**<br>**Pasadena, CA 91110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,452.03** |
| --- | --- | --- | --- |
| | **Lakeland Development Company**<br>**12345 Lakeland Drive**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,727.04** |
| --- | --- | --- | --- |
| | **Lanphar Mechanical Services, Inc.**<br>**7740 East Redfield Road**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
| --- | --- | --- | --- |

**Left Lane Transportation**
369 South Doheny Drive
Beverly Hills, CA 90211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Liberty Process Equipment, Inc.**
2525 South Clearbrook Drive
Washington, DC 20240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$778.93** |
| --- | --- | --- | --- |

**Lincoln National Life Insurance Company**
P.O. Box 0821
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,470.50** |
| --- | --- | --- | --- |

**Liquid Metal Concepts**
3031 South 46th Street
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,688.57** |
| --- | --- | --- | --- |

**Loeb & Loeb**
10100 Santa Monica Boulevard
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,445.00** |
| --- | --- | --- | --- |

**Loeb & Loeb**
10100 Santa Monica Boulevard
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$715.35** |
| --- | --- | --- | --- |

**Los Angeles County Tax Collector**
P.O. Box 54018
Los Angeles, CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 67 of 100

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
|---|---|---|---|

**Lyco Hot Shot**
**50 West Lincoln Avenue**
**Williamsport, PA 17702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**M&S Logistics**
**9007 East Larkspur Drive**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,985.50 |
|---|---|---|---|

**Manatt, Phelps, & Phillips LLP**
**11355 West Olympic Boulevard**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Manufacturing Resource Partners**
**P.O. Box 1366**
**Littlerock, CA 93543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Matt Bokenkroger**
**9805 East 90th Terrace**
**Kansas City, MO 64138**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,825.00 |
|---|---|---|---|

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,818.39 |
|---|---|---|---|

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 68 of 100

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98.36** |
|---|---|---|---|
| | **McMaster-Carr**<br>P.O. Box 7690<br>Chicago, IL 60680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$884.36** |
|---|---|---|---|
| | **Metcalf Auto Supply**<br>147 West Central<br>Carthage, MO 64836 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.36** |
|---|---|---|---|
| | **MFA Oil**<br>1 Ray Young Drive<br>Columbia, MO 65201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,813.56** |
|---|---|---|---|
| | **Microsoft Corporation**<br>P.O. Box 842103<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,285.67** |
|---|---|---|---|
| | **Mid-America Distillations, Inc.**<br>P.O. Box 2880<br>Hot Springs National Park, AR 71914 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,584.97** |
|---|---|---|---|
| | **Mid-America Pump**<br>5600 Inland Drive<br>Kansas City, KS 66106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,510.00** |
|---|---|---|---|
| | **Midwest Materials Co.**<br>P.o. Box 968<br>Springfield, MO 65801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,625.00 |
|---|---|---|---|
| | **Missouri & Northern Arkansas Railroad Co**<br>**P.O. Box 409590**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | **Missouri Dept. of Agriculture**<br>**Division of Weights & Measures**<br>**Jefferson City, MO 65102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.25 |
|---|---|---|---|
| | **Missouri Dept. of Revenue**<br>**Vehicle Renewal**<br>**P.O. Box 2046**<br>**Jefferson City, MO 65105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,255.98 |
|---|---|---|---|
| | **Missouri Gas Energy**<br>**P.O. Box 219255**<br>**Kansas City, MO 64121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,763.22 |
|---|---|---|---|
| | **Mobile Mini Inc.**<br>**P.O. Box 79149**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,559.34 |
|---|---|---|---|
| | **Mobile Modular Management Corp.**<br>**P.O. Box 45043**<br>**San Francisco, CA 94145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,832.59 |
|---|---|---|---|
| | **ModSpace**<br>**12603 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,258.91** |
| --- | --- | --- | --- |
| | **Morgan Lewis Bockius LLP**<br>**355 South Grand Avenue #4400**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,724.75** |
| --- | --- | --- | --- |
| | **MPW Industrial Services**<br>**P.O. Box 10**<br>**Hebron, OH 43025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,262.70** |
| --- | --- | --- | --- |
| | **Murex Environmental, Inc.**<br>**15375 Barranca Parkway**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.30** |
| --- | --- | --- | --- |
| | **New Penn Motor Express, Inc.**<br>**24801 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.84** |
| --- | --- | --- | --- |
| | **Northern States Filtration Co.**<br>**648 Mendelssohn Avenue North**<br>**Minneapolis, MN 55427** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.13** |
| --- | --- | --- | --- |
| | **O'Reilly Auto Parts**<br>**233 South Patterson Avenue**<br>**Springfield, MO 65802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,598.77** |
| --- | --- | --- | --- |
| | **O.C. Vacuum, Inc.**<br>**5900 Cherry Avenue**<br>**Long Beach, CA 90805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,995.00 |
|---|---|---|---|

**Oil Price Information Services**
P.O. Box 9405
Gaithersburg, MD 20898

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oros & Busch Application Technologies**
P.o. Box 37
Defiance, MO 63341

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.93 |
|---|---|---|---|

**Ozark Business Systems Inc.**
122 East Spring
Neosho, MO 64850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.54 |
|---|---|---|---|

**Ozark Crane Services**
2700 County Road 100
Carthage, MO 64836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.00 |
|---|---|---|---|

**Pace Analytical**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.02 |
|---|---|---|---|

**Pacific Office Automation**
P.O. Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,782.04 |
|---|---|---|---|

**Pacific Office Automation**
14747 NW Greenbrier Parkway
Beaverton, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 72 of 100

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,140.16 |
|---|---|---|---|

**Pacific Office Automation**
P.O. Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.96 |
|---|---|---|---|

**PAI Accounting Department**
P.O. Box 6839
Columbia, SC 29260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.00 |
|---|---|---|---|

**Pan Pacific Surveyors, Inc.**
444 Quay Avenue, Suite 7
Wilmington, CA 90744

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,936.10 |
|---|---|---|---|

**Paraclete Management Inc.**
P.O. Box 1435
Mount Vernon, WA 98273

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.04 |
|---|---|---|---|

**Paychex**
1535 Scenic Avenue
Costa Mesa, CA 92626

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,954.50 |
|---|---|---|---|

**Permian Machinery Movers**
P.O. Box 11281
Odessa, TX 79760

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.73 |
|---|---|---|---|

**Philadelphia Gas Works**
P.O. Box 11700
Newark, NJ 07101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,319.08** |
| | **Port Plastics** | ☐ Contingent | |
| | **15325 Fairfield Ranch** | ☐ Unliquidated | |
| | **#150** | ☐ Disputed | |
| | **Chino Hills, CA 91709** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,932.33** |
| | **Praxair Distribution Inc.** | ☐ Contingent | |
| | **Dept. LA 21511** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,311.08** |
| | **Praxair, Inc.** | ☐ Contingent | |
| | **P.O. Box 417518** | ☐ Unliquidated | |
| | **Boston, MA 02241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,442.24** |
| | **Precision Fitting & Gauge Co.** | ☐ Contingent | |
| | **1214 South Joplin Avenue** | ☐ Unliquidated | |
| | **Tulsa, OK 74112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,290.59** |
| | **Precisionlift, Inc.** | ☐ Contingent | |
| | **Lockbox 7391** | ☐ Unliquidated | |
| | **Philadelphia, PA 19178** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,264.75** |
| | **Professional Transportation Center** | ☐ Contingent | |
| | **P.O. Box 628** | ☐ Unliquidated | |
| | **Mount Vernon, MO 65712** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,163.87** |
| | **Protection One Security Solutions** | ☐ Contingent | |
| | **P.O. Box 219044** | ☐ Unliquidated | |
| | **Kansas City, MO 64121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|
| | **Pump & Power Equipment Corp.**<br>**8019 Dorsey Run Road**<br>**Jessup, MD 20794** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,139.27 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|
| | **Purchase Power**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.19 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **PVF Sales, Inc.**<br>**13707 Borate Street**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,349.98 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|------------|
| | **Quality Carriers, Inc.**<br>**4910 Paysphere Circle**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.50 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **Quality One Electric, LLC**<br>**P.O. Box 548**<br>**Joplin, MO 64802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.56 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **Race Brothers Farm & Home Supply**<br>**2309 Fairlawn Avenue**<br>**Carthage, MO 64836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,106.25 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|------------|
| | **Rail America/MMA**<br>**P.O. Box 409590**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,236.28 |
|-------|---|---|---|

**Reddaway Inc.**
26401 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,774.50 |
|-------|---|---|---|

**Reliable Forklift Sales LLC**
3652 East Chipman Road
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.38 |
|-------|---|---|---|

**Republic Services**
4811 West Lower Buckeye Road
Phoenix, AZ 85043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,500.00 |
|-------|---|---|---|

**Richard Gagnon**
1541 Ocean Avenue
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|-------|---|---|---|

**Richard Whitmarsh**
8133 Washington Avneue
Whittier, CA 90602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,107.50 |
|-------|---|---|---|

**Robert Latek**
8333 East Via Paseo Del Norte
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,000.00 |
|-------|---|---|---|

**Rockwater Energy Solutions**
281 Post Oak Boulevard
Suite 400
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.27 |
|---|---|---|---|

**RyanHerco**
**Lockbox 893168**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,934.93 |
|---|---|---|---|

**Ryerson Steel**
**P.O. Box 100097**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**S and G Pumping Service**
**73-680 Hwy 111**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852.75 |
|---|---|---|---|

**Safety-Kleen Systems, Inc.**
**P.O. Box 650509**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,218.00 |
|---|---|---|---|

**Sante Fe Springs Line X**
**12510 East Slauson Avenue**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,782.87 |
|---|---|---|---|

**SC Environmental Services, Inc.**
**424 North Delancey Avenue**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,829.92 |
|---|---|---|---|

**SC Fuels**
**P.O. Box 14237**
**Orange, CA 92863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 77 of 100

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.93 |
|---|---|---|---|

**Schelle SM Inc. Plumbing & Heating**
**1105 Cherry Street**
**Lamar, MO 64759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,273.34 |
|---|---|---|---|

**Schroepfer Services, LLC**
**7007 East Sunnyside Drive**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,273.34 |
|---|---|---|---|

**Scottsdale Commercial Development Inc.**
**424 Fourth Avenue**
**Indialantic, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Sea Box, Inc.**
**1 Sea Box Drive**
**Riverton, NJ 08077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,469.28 |
|---|---|---|---|

**Seafar Inc.**
**111 Calumet Street**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,360.00 |
|---|---|---|---|

**Semo Tank/Baker Equipment Co.**
**456 Semo Lane**
**Perryville, MO 63775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,180.95 |
|---|---|---|---|

**SEW Eurodrive**
**P.O. Box 751704**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
| --- | --- | --- | --- |

**Sherwood Systems**
**1717 East Morten**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,745.24** |
| --- | --- | --- | --- |

**Shook Hardy & Bacon LLP**
**P.O. Box 843718**
 **CA 94184**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.48** |
| --- | --- | --- | --- |

**Shred-It USA-Phoenix**
**P.O. Box 101077**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280,000.00** |
| --- | --- | --- | --- |

**Sigma Opportunity Fund II, LLC**
**800 Third Avenue, 17th Floor**
**Suite 1701**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$666.00** |
| --- | --- | --- | --- |

**Snell & Wilmer**
**400 East Van Buren**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Attorneys' Fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,613.20** |
| --- | --- | --- | --- |

**Snell & Wilmer**
**400 East Van Buren**
**Phoenix, AZ 85004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Attorneys' Fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$969.99** |
| --- | --- | --- | --- |

**South Coast AQMD**
**P.O. Box 4943**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 79 of 100

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.47 |
|---|---|---|---|

**Southern California Material Handling**
P.O. Box 80770
San Marino, CA 91118

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Southern Tank Leasing**
Dept. 282
Houston, TX 77210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,819.89 |
|---|---|---|---|

**Southwest Pumps & Filters, Inc.**
2335 East Chestnut Expressway
Springfield, MO 65802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,521.18 |
|---|---|---|---|

**ST Freight, LLC**
P.O. Box 1147
Manitowoc, WI 54221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,720.40 |
|---|---|---|---|

**ST Freight, LLC**
P.O. Box 1147
Manitowoc, WI 54221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465.00 |
|---|---|---|---|

**Standard & Poor's Financial Services**
2542 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,854.35 |
|---|---|---|---|

**Star Mechanical Supply**
535 North Fremont
Springfield, MO 65802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,915.45 |
| --- | --- | --- | --- |
| | Steeltrek<br>4141 South Jackson<br>Tulsa, OK 74107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,002.50 |
| --- | --- | --- | --- |
| | Sterling Blower Company<br>P.O. Box 2279<br>Forest, VA 24551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |
| | Stress Less Environmental, LLC<br>P.O. Box 3306<br>South El Monte, CA 91733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,778.15 |
| --- | --- | --- | --- |
| | Sugar Milner Peterson Miranda Williamson<br>4100 Newport Place<br>Newport Beach, CA 92660 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Audit Fees__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,743.09 |
| --- | --- | --- | --- |
| | Sunbelt Rentals, Inc.<br>P.O. Box 409211<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,556.55 |
| --- | --- | --- | --- |
| | Superior Sweeping<br>10429 Salinas River Circle<br>Fountain Valley, CA 92708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.75 |
| --- | --- | --- | --- |
| | Sweco<br>P.O. Box 732135<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 81 of 100

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,666.00 |
|---|---|---|---|

**Tasco Centrifuge**
2101 B. Avenue
Amarillo, TX 79111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,216.50 |
|---|---|---|---|

**Tate Engineering**
3921 Vero Boulevard
Halethorpe, MD 21227

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,969.52 |
|---|---|---|---|

**Taylor Stafford Clithero & Harris**
3315 East Ridgeview Street
#1000
Springfield, MO 65804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.16 |
|---|---|---|---|

**TCT West, Inc.**
P.O. Box 671
Calhoun City, MS 38916

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,625.70 |
|---|---|---|---|

**The Global Edge Consultants**
1330 Lake Robbins Drive
Spring, TX 77380

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299.00 |
|---|---|---|---|

**The Jacobsen Publishing**
1123 West Washington Boulevard
Chicago, IL 60607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,097.50 |
|---|---|---|---|

**Thienes Engineering, Inc.**
14349 Firestone Boulevard
La Mirada, CA 90638

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 82 of 100

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00** |
|---|---|---|---|

**Town of Deaver**
Box 207
Deaver, WY 82421

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,572.05** |
|---|---|---|---|

**Trango Technology, Inc.**
25850 North Tennyson Lane
Stevenson Ranch, CA 91381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,368.39** |
|---|---|---|---|

**Transflo Corporation**
6735 Southpoint Drive S, J686
Jacksonville, FL 32212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145,722.16** |
|---|---|---|---|

**Travelers Insurance**
One Tower Square
Hartford, CT 06183

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,279.76** |
|---|---|---|---|

**Trea Inc.**
4216 South 36th Place
Phoenix, AZ 85040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,326.24** |
|---|---|---|---|

**Trimac Transportation**
P.O. Box 203099
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,988.86** |
|---|---|---|---|

**Trimac Transportation**
P.O. Box 203099
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-14387-PS     Doc 49-1     Filed 04/04/18     Entered 04/04/18 20:49:54     Desc
Exhibit 1-6     Page 83 of 100

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,600.00 |
|---|---|---|---|

**Trinity Industries Leasing Company**
W 510131
Philadelphia, PA 19175

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.36 |
|---|---|---|---|

**Tyco Integrated Security, LLC**
P.O. Box 371967
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.14 |
|---|---|---|---|

**Uline**
2200 South Lakeside Drive
Waukegan, IL 60085

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|

**UMB Bank, N.A.**

Kansas City, MO 64105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,044.60 |
|---|---|---|---|

**United Rentals**

Los Angeles, CA 90074

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**United Scale Service, Inc.**
25152 Kafir Road
Webb City, MO 64870

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.60 |
|---|---|---|---|

**United Site Services**
P.O. Box 53267
Phoenix, AZ 85072

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States of America**
c/o Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.90 |
|---|---|---|---|

**UPS**
P.O. Box 894820
Los Angeles, CA 90189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146,191.03 |
|---|---|---|---|

**US Peroxide**
13475 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.61 |
|---|---|---|---|

**USA Blue Book**
P.O. Box 9004
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,512.69 |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.88 |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 15124
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,151.18 |
|---|---|---|---|

**Volvo Rents**
2241 North Belcrest
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $542.80 |
|---|---|---|---|

**3.297**
Nonpriority creditor's name and mailing address
**Waste Management of AZ**
**P.O. Box 43350**
**Phoenix, AZ 85080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$542.80**

---

**3.298**
Nonpriority creditor's name and mailing address
**Water Management Solutions, Inc.**
**P.O. Box 1171**
**Pamplin, VA 23958**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,257.80**

---

**3.299**
Nonpriority creditor's name and mailing address
**Water Revenue Bureau**

**Philadelphia, PA 19102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$146.21**

---

**3.300**
Nonpriority creditor's name and mailing address
**Waterjet**
**129 Bradley Drive**
**Lynchburg, VA 24501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,354.00**

---

**3.301**
Nonpriority creditor's name and mailing address
**WCA Waste Corporation**
**P.O. Box 553166**
**Detroit, MI 48255**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$402.55**

---

**3.302**
Nonpriority creditor's name and mailing address
**Wells Fargo Equipment Finance**

**San Francisco, CA 94120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,840.56**

---

**3.303**
Nonpriority creditor's name and mailing address
**West Comm, LLC**
**219 West 14th Street**
**Joplin, MO 64801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,840.56**

---

Case 2:17-bk-14387-PS     Doc 49-1     Filed 04/04/18     Entered 04/04/18 20:49:54     Desc
Exhibit 1-6     Page 86 of 100

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,647.00 |
|---|---|---|---|

**Westway Feed Products, LLC**
23623 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,790.00 |
|---|---|---|---|

**Wiedrick's Crane Service, Inc.**
2245 Shiloh Road
Billings, MT 59102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,817.47 |
|---|---|---|---|

**Wiese USA**
1435 Woodson Road
Saint Louis, MO 63132

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,423.00 |
|---|---|---|---|

**Willis of Arizona, Inc.**
P.O. Box 730054
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.86 |
|---|---|---|---|

**Wm. W. Nugent Company**
3440 Cleveland Street
Skokie, IL 60076

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.30 |
|---|---|---|---|

**YRC Freight**
P.O. Box 730375
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Integral Recoveries, Inc.**<br>750 West Hampden Avenue<br>Suite 501<br>Englewood, CO 80110 | Line __2.1__<br><br>☐ Not listed. Explain ____ | __8035__ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Jean Noelting**<br>**4100 Yonge Street**<br>**Toronto ON M2P2G2** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jordan Kroop, Esq.**<br>**2901 North Central Avenue**<br>**#2000**<br>**Phoenix, AZ 85012** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Resource Recovery Corporation**<br>**2711 Centerville Road**<br>**Suite 400**<br>**Wilmington, DE 19808** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 3,925.16 |
| 5b. Total claims from Part 2 | 5b. + | $ | 29,484,220.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 29,488,145.33 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 89 of 100

Debtor name **RDX Technologies Corporation**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:17-bk-14387**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dennis M. Danzik** | **1108 14th Street Cody, WY 82414** | **GEM Holdco, LLC, et al.** | ☐ D _____ <br> ■ E/F __3.122__ <br> ☐ G _____ |
| 2.2 | **Dennis M. Danzik** | **1108 14th Street Cody, WY 82414** | **Sigma Opportunity Fund II, LLC** | ☐ D _____ <br> ■ E/F __3.251__ <br> ☐ G _____ |
| 2.3 | **RDX Applied Technologies I, LLC** | | **Sigma Opportunity Fund II, LLC** | ☐ D _____ <br> ■ E/F __3.251__ <br> ☐ G _____ |
| 2.4 | **RDX Energy Group, LLC** | | **Sigma Opportunity Fund II, LLC** | ☐ D _____ <br> ■ E/F __3.251__ <br> ☐ G _____ |
| 2.5 | **RDX Water Group, LLC** | | **Sigma Opportunity Fund II, LLC** | ☐ D _____ <br> ■ E/F __3.251__ <br> ☐ G _____ |

Case 2:17-bk-14387-PS    Doc 49-1    Filed 04/04/18    Entered 04/04/18 20:49:54    Desc
Exhibit 1-6    Page 90 of 100

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.6 | **Ridgeline Energy Services (USA), Inc.** | **14555 North 82nd Street Scottsdale, AZ 85260** | **Sigma Opportunity Fund II, LLC** | ☐ D _____ ■ E/F __3.251__ ☐ G _____ |
|---|---|---|---|---|

| 2.7 | **SFS Real Estate and Recovery, LLC** | | **Sigma Opportunity Fund II, LLC** | ☐ D _____ ■ E/F __3.251__ ☐ G _____ |
|---|---|---|---|---|

## RDX TECHNOLOGIES CASH FLOW PROJECTION 1-5 YEARS

| | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| TOTAL REVENUE | $ 2,525,000 | $ 2,990,000 | $ 3,887,000 | $ 5,053,100 | $ 6,569,030 | $ 21,024,130 |
| COGS | $ 1,523,000 | $ 1,903,750 | $ 2,570,063 | $ 3,469,584 | $ 4,683,939 | $ 14,150,336 |
| GROSS PROFIT | $ 1,002,000 | $ 1,086,250 | $ 1,316,938 | $ 1,583,516 | $ 1,885,091 | $ 6,873,794 |
| SG&A | $ 377,100 | $ 301,688 | $ 363,206 | $ 345,076 | $ 370,228 | $ 1,757,298 |
| EBITDA | $ 624,900 | $ 784,563 | $ 953,732 | $ 1,238,439 | $ 1,514,863 | $ 5,116,497 |
| **Beginning Cash** | $ 650,000 | $ 808,900 | $ 1,238,063 | $ 1,383,523 | $ 1,276,071 | $ 650,000 |
| **Operations Cash Flow** | $ 623,900 | $ 784,563 | $ 953,732 | $ 928,829 | $ 1,136,147 | $ 4,428,171 |
| **Working Capital** | $ (290,000) | $ (38,750) | $ (74,750) | $ (97,175) | $ (126,328) | $ (627,003) |
| **Payment Creditors** | $ (175,000) | $ (316,649) | $ (733,523) | $ (939,106) | $ (1,226,918) | $ (3,391,196) |
| **Net Cash Position** | $ 808,900 | $ 1,238,063 | $ 1,383,523 | $ 1,276,071 | $ 1,058,973 | $ 1,059,973 |
| **Creditor payments** | | | | | | |
| | | **Quartely** | | | | |
| **1st** | $ 25,000 | $ 79,162 | $ 183,381 | $ 234,777 | $ 306,729 | $ 847,799 |
| **2nd** | $ 50,000 | $ 79,162 | $ 183,381 | $ 234,777 | $ 306,729 | $ 847,799 |
| **3rd** | $ 50,000 | $ 79,162 | $ 183,381 | $ 234,777 | $ 306,729 | $ 847,799 |
| **4th** | $ 50,000 | $ 79,162 | $ 183,381 | $ 234,777 | $ 306,729 | $ 847,799 |
| | $ 175,000 | $ 316,649 | $ 733,523 | $ 939,106 | $ 1,226,918 | $ 3,391,196 |

# RDX TECHNOLOGIES CASH FLOW PROJECTION 1-5 YEARS

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Recurring Revenue** | | | | | | | | | | | | | |
| **Division** | | | | | | | | | | | | | |
| Environmental Reclamation | | | | | | | | | | | | | - |
| Energy | | | | | | 50,000 | 100,000 | 100,000 | 100,000 | 100,000 | 175,000 | 175,000 | 800,000 |
| Water | | | | | | | | | | | | | - |
| Equipment Sales and Rental | | | | | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 600,000 |
| Support Services | | | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 225,000 |
| Management Contracts | | | | | | | | | | | | | - |
| **Net Recurring Revenue** | - | - | - | 25,000 | 100,000 | 150,000 | 200,000 | 200,000 | 200,000 | 200,000 | 275,000 | 275,000 | 1,625,000 |
| **Non-Recurring Revenue-Contract Basis** | | | | | | | | | | | | | |
| **Division** | | | | | | | | | | | | | |
| Environmental Reclamation | | | | | | | 50,000 | 75,000 | 75,000 | 100,000 | 100,000 | 125,000 | 525,000 |
| Energy | | | | | | | | | | | | | - |
| Water | | | | | | | 50,000 | 50,000 | 50,000 | 75,000 | 75,000 | 75,000 | 375,000 |
| Equipment Sales and Rental | | | | | | | | | | | | | - |
| Support Services | | | | | | | | | | | | | - |
| Management Contracts | | | | | | | | | | | | | - |
| **Net Non-Recurring Revenue-Contract** | - | - | - | - | - | - | 100,000 | 125,000 | 125,000 | 175,000 | 175,000 | 200,000 | 900,000 |
| **TOTAL REVENUE** | - | - | - | 25,000 | 100,000 | 150,000 | 300,000 | 325,000 | 325,000 | 375,000 | 450,000 | 475,000 | 2,525,000 |
| **Operations** | | | | | | | | | | | | | |
| Belt Press Machinery | | | | | 4,500 | 6,750 | 13,500 | 14,625 | 14,625 | 16,875 | 20,250 | 21,375 | 112,500 |
| Hydraulic Particle Separators / Micro Screens | | | | | 6,500 | 9,750 | 19,500 | 21,125 | 21,125 | 24,375 | 29,250 | 30,875 | 162,500 |
| Dissolved Air Flotation | | | | | 4,000 | 6,000 | 12,000 | 13,000 | 13,000 | 15,000 | 18,000 | 19,000 | 100,000 |
| Screen Replacements | | | | | | | | 13,000 | 13,000 | 15,000 | 18,000 | 19,000 | 78,000 |
| Contingency Repairs, etc | | | | | 5,500 | 8,250 | 16,500 | 17,875 | 17,875 | 20,625 | 24,750 | 26,125 | 137,500 |
| Labor (Includes consulting fees) | | 2,500 | 2,500 | 2,500 | 37,000 | 55,500 | 111,000 | 120,250 | 120,250 | 138,750 | 166,500 | 175,750 | 932,500 |
| **Cost of Goods Sold-Equipment Sales** | - | 2,500 | 2,500 | 2,500 | 57,500 | 86,250 | 172,500 | 199,875 | 199,875 | 230,625 | 276,750 | 292,125 | 1,523,000 |
| **GROSS PROFIT** | - | (2,500) | (2,500) | 22,500 | 42,500 | 63,750 | 127,500 | 125,125 | 125,125 | 144,375 | 173,250 | 182,875 | 1,002,000 |
| **SG&A** | | | | | | | | | | | | | |
| Salaries & Benefits = | 10,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 175,000 |
| **Expenses** | | | | | | | | | | | | | |
| Facility Rent | | | | | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 21,000 |
| Court fees BK | | | | 300 | | | 300 | | | 300 | | | 1,200 |
| Office rental | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 25,000 |
| Administration expenses | 250 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 8,000 | 8,000 | 8,000 | 64,250 |
| Telephone and Internet | | | | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 3,150 |
| Legal expenses | 5,000 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 87,500 |
| **Total Expenses** | 6,550 | 13,500 | 13,500 | 14,150 | 13,850 | 18,850 | 19,150 | 18,850 | 18,850 | 22,150 | 21,850 | 21,850 | 202,100 |
| **Total SG&A** | 16,550 | 28,500 | 28,500 | 29,150 | 28,850 | 33,850 | 34,150 | 33,850 | 33,850 | 37,150 | 36,850 | 36,850 | 377,100 |
| **Profit after SG&A Expenses =** | (16,550) | (31,000) | (31,000) | (6,650) | 13,650 | 29,900 | 93,350 | 91,275 | 91,275 | 107,225 | 136,400 | 146,025 | 624,900 |
| **Net Cash Provided (Used) EBITDA=** | (16,550) | (31,000) | (31,000) | (6,650) | 13,650 | 29,900 | 93,350 | 91,275 | 91,275 | 107,225 | 136,400 | 146,025 | 624,900 |
| Beginning Cash | 650,000 | 633,450 | 602,450 | 546,450 | 439,800 | 403,450 | 363,350 | 436,700 | 507,975 | 529,250 | 616,475 | 732,975 | 650,000 |
| Operations Cash Flow | (16,550) | (31,000) | (31,000) | (6,650) | 13,650 | 29,900 | 93,350 | 91,275 | 91,275 | 107,225 | 136,400 | 146,025 | 624,900 |
| Working Capital | | | | (100,000) | (50,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (290,000) |
| Payment Creditors | | | (25,000) | | | (50,000) | | | (50,000) | | | (50,000) | (175,000) |

## FDX TECHNOLOGIES CASH FLOW PROJECTION 1-5 YEARS

| | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| **Environmental Reclamation** | | | | | | |
| Energy | - | - | - | - | - | - |
| Water | - | - | - | - | - | - |
| Equipment Sales and Rental | 800,000 | 1,040,000 | 1,352,000 | 1,757,600 | 2,284,880 | 7,234,480 |
| Support Services | - | - | - | - | - | - |
| Management Contracts | 600,000 | 780,000 | 1,014,000 | 1,318,200 | 1,713,660 | 5,425,860 |
| | 225,000 | 292,500 | 380,250 | 494,325 | 642,623 | |
| **Net Recurring Revenue** | 1,625,000 | 1,820,000 | 2,366,000 | 3,075,800 | 3,998,540 | 12,660,340 |
| **Non-Recurring Revenue-Contract Basis** | | | | | | |
| **Division** | | | | | | |
| **Environmental Reclamation** | | | | | | |
| Energy | 525,000 | 682,500 | 887,250 | 1,153,425 | 1,499,453 | 4,747,628 |
| Water | 375,000 | 487,500 | 633,750 | 823,875 | 1,071,038 | 3,391,163 |
| Equipment Sales and Rental | - | - | - | - | - | - |
| Support Services | - | - | - | - | - | - |
| Management Contracts | - | - | - | - | - | - |
| **Net Non-Recurring Revenue-Contract** | 900,000 | 1,170,000 | 1,521,000 | 1,977,300 | 2,570,490 | 8,138,790 |
| **TOTAL REVENUE** | 2,525,000 | 2,990,000 | 3,887,000 | 5,053,100 | 6,569,030 | 20,799,130 |
| **Operations** | | | | | | |
| Belt Press Machinery | 112,500 | 140,625 | 189,844 | 256,289 | 345,990 | 1,045,248 |
| Hydraulic Particle   Separators / Micro Screens | 162,500 | 203,125 | 274,219 | 370,195 | 499,764 | 1,509,803 |
| Dissolved Air Flotation | 100,000 | 125,000 | 168,750 | 227,813 | 307,547 | 929,109 |
| Screen Replacements | 78,000 | 97,500 | 131,625 | 177,694 | 239,887 | 724,705 |
| Contingency-Repairs, etc | 137,500 | 171,875 | 232,031 | 313,242 | 422,877 | 1,277,525 |
| Labor | 932,500 | 1,165,625 | 1,573,594 | 2,124,352 | 2,867,875 | 8,663,945 |
| **Cost Of Goods Sold-Equipment Sales** | 1,523,000 | 1,903,750 | 2,570,063 | 3,469,584 | 4,683,939 | 14,150,336 |

# FDX TECHNOLOGIES CASH FLOW PROJECTION 1-5 YEARS

| | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|
| GROSS PROFIT | $ 1,002,000 | $ 1,086,250 | $ 1,316,938 | $ 1,583,516 | $ 1,885,091 | $ 6,648,794 |
| **SG&A** | | | | | | |
| Salaries & Benefits | $ 175,000 | $ 85,000 | $ 115,000 | $ 125,000 | $ 150,000 | $ 650,000 |
| **Expenses** | | | | | | |
| Facility Rent | $ 21,000 | $ 24,150 | $ 27,773 | $ 31,938 | $ 36,729 | $ 141,590 |
| Court fees BK | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 6,000 |
| Office rental | $ 25,000 | $ 28,750 | $ 33,063 | $ 38,022 | $ 43,725 | $ 168,560 |
| Administration expenses | $ 64,250 | $ 73,888 | $ 84,971 | $ 97,716 | $ 112,374 | $ 433,198 |
| Telephone and Internet | $ 3,150 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 7,950 |
| Legal expenses | $ 87,500 | $ 87,500 | $ 100,000 | $ 50,000 | $ 25,000 | $ 350,000 |
| | $ - | | | | | |
| Total Expenses | $ 202,100 | $ 216,688 | $ 248,206 | $ 220,076 | $ 220,228 | $ 1,107,298 |
| Total SG&A | $ 377,100 | $ 301,688 | $ 363,206 | $ 345,076 | $ 370,228 | $ 1,757,298 |
| Profit after SG&A Expenses = | $ 624,900 | $ 784,563 | $ 953,732 | $ 1,238,439 | $ 1,514,863 | $ 4,891,497 |
| Net Cash Provided (Used) EBITDA= | $ 624,900 | $ 784,563 | $ 953,732 | $ 1,238,439 | $ 1,514,863 | $ 4,891,497 |
| Tax estimate - LOSS CARRY FORWARDS | $ - | $ - | $ - | $ (309,610) | $ (378,716) | $ (688,326) |
| Net Cash after TAX | $ 624,900 | $ 784,563 | $ 953,732 | $ 928,829 | $ 1,136,147 | $ 4,428,171 |
| Beginning Cash | $ 650,000 | $ 808,900 | $ 1,238,063 | $ 1,383,523 | $ 1,276,071 | $ 650,000 |
| Operations Cash Flow | $ 623,900 | $ 784,563 | $ 953,732 | $ 928,829 | $ 1,136,147 | $ 4,428,171 |
| Working Capital | $ (290,000) | $ (38,750) | $ (74,750) | $ (97,175) | $ (126,328) | $ (627,003) |
| Payment Creditors (Quarterly = 1/4 of annual payment) | $ (175,000) | $ (316,649) | $ (733,523) | $ (939,106) | $ (1,226,918) | $ (3,391,196) |
| Net Cash Position | $ 808,900 | $ 1,238,063 | $ 1,383,523 | $ 1,276,071 | $ 1,058,973 | $ 1,059,973 |

# EXHIBIT 6

| | Class 4 - Trade Vendor | | Class 5 - Unsecured Creditor |
|---|---|---|---|
| 1 | A Clear Alternative, Inc. | 1 | Aflac |
| 2 | A&B Tire | 2 | Airport Property Specialists, LLC |
| 3 | A&R Welding, Inc. | 3 | Ally |
| 4 | AAVCO Electric, Inc. | 4 | Answer 1 Communication |
| 5 | Adler Tank Rentals | 5 | Arvest Bank |
| 6 | Advanced Technology Labs | 6 | Associated Laboratories |
| 7 | Airgas East | 7 | AT&T Mobililty |
| 8 | Airgas Safety | 8 | BIEBT Group Insurance |
| 9 | Airgas USA, LLC | 9 | Blake Reading |
| 10 | All Systems Go Transport, LLC | 10 | Blake, Cassels & Graydon LLP |
| 11 | Allen's Locksmith | 11 | Blue Cross Blue Shield of AZ |
| 12 | Allied Nationwide Security, Inc. | 12 | BNSF Logistics, LLC |
| 13 | ALS Group USA, Corp. | 13 | Borden Ladner Gervais |
| 14 | American Fence Company, Inc. | 14 | Border States Electric Supply |
| 15 | AMPCO Contracting, Inc. | 15 | Broadridge ICS |
| 16 | Applied Industrial Technologies | 16 | Butterball, LLC |
| 17 | Aquilex Industrial Technologies | 17 | Carthage Chamber of Commerce |
| 18 | Arrow Land Group, LLC | 18 | Casey Research LLC |
| 19 | Atlantic Product Services, Inc. | 19 | Century Link |
| 20 | AutomaticoDirect.com, Inc. | 20 | Certek Heating Machine USA LLC |
| 21 | Baghouse & Industrial Sheet Metal | 21 | Christensen & Associates |
| 22 | Bakercorp | 22 | City of Cody |
| 23 | Bay Equipment Company | 23 | City of Santa Fe Springs |
| 24 | Beau's Crates | 24 | City of Scottsdale |
| 25 | Berg-Nelson Company, Inc. | 25 | CLC of Richmond |
| 26 | Blue Line Rentals | 26 | Complete Electrical Service, LLC |
| 27 | Bradley Tanks, Inc. | 27 | Constellation New Energy Gas |
| 28 | Brainerd Chemical Co. Inc. | 28 | County Sanitation District of LA |
| 29 | Brockwell's Septic and Service, Inc. | 29 | Cox Business |
| 30 | C&K Tire Service | 30 | Creative information Systems |
| 31 | C&M Industries, Inc. | 31 | Crescendo Communications LLC |
| 32 | Calscience Environmental Labs, Inc. | 32 | Crystal Springs |
| 33 | Carbon Activated Corporation | 33 | CSC Corporation Service Company |
| 34 | Carolina Resource Corp. | 34 | CT Corporation |
| 35 | Castagno Oil Co., Inc. | 35 | Damage Recovery |
| 36 | CEM Corporation | 36 | Elizabeth and Dennis Danzik |
| 37 | Chemineer Inc. | 37 | Dorsey & Whitney |
| 38 | Chemtech | 38 | Doubletree Hotel |
| 39 | Cintas | 39 | Duke Energy Generation Services |
| 40 | Clean Harbors Env. Services, Inc. | 40 | Dusty Foster |
| 41 | Cobra Rig Product, Inc. | 41 | Dynamic Methods, inc. |
| 42 | Cogen/Lee Mathews | 42 | Electric Supply Inc. |
| 43 | Combustion Services, inc. | 43 | Empire Discovery |
| 44 | Complete Transportation Systems, Inc. | 44 | Energy West |
| 45 | Consumers Pipe | 45 | Engineering Technical Group |
| 46 | Continental Building Mtc., Inc. | 46 | Enterprise Holdings |
| 47 | Copper Street Bolt & Nut Co. | 47 | Enterprise Rent a Car |
| 48 | Covert Electric Machinery, Inc. | 48 | Enterprise Tolls |
| 49 | Coyle Supply Inc. | 49 | FedEx |
| 50 | DeLage Landen | 50 | FedEx Tech Connect |
| 51 | Digital Supply Center Inc | 51 | Freedom Voice |
| 52 | Duane Livingston Trucking, Inc. | 52 | Freeman Health System |

| | | | |
|---|---|---|---|
| 53 | Ellis Equipment, Inc. | 53 | G&K Services |
| 54 | Fastenal | 54 | Gateway Emergency Physicians, LLP |
| 55 | Ferrell Gas | 55 | GATX Corporation Rail |
| 56 | Fisher Scientific | 56 | GlobalTranz Enterprises, Inc. |
| 57 | Fortune | 57 | Globalview Advisors, LLC |
| 58 | G&L Environmental Services | 58 | Grand Rental Station |
| 59 | Gale Supply Company | 59 | Graves Heating & A/C Services, Inc. |
| 60 | Gateway Emergency | 60 | Greenberg Traurig |
| 61 | Gloggner Metal Fabricators | 61 | Harbor Testing Laboratory, Inc. |
| 62 | Grainger | 62 | Hazardous Waste Transportation Services |
| 63 | GTS Welco (Praxair) | 63 | Hazmat Services |
| 64 | Handling Systems Inc. | 64 | Heartland Technology Solutions |
| 65 | Heavy Equipment Rentals | 65 | Homewood Suites |
| 66 | Hose Power Phoenix | 66 | HRDirect |
| 67 | HydroClean Corporation | 67 | J&L Transporation Inc. |
| 68 | Industrial Process Systems | 68 | J.A. Carman Trucking Company |
| 69 | International Paint, LLC | 69 | Jade IV |
| 70 | JCI Industries, Inc. | 70 | Jasper County Collector |
| 71 | Jenkins Centrifuge Co. LLC | 71 | Joe Murray |
| 72 | John Crane Lemco | 72 | Jones, Jackson & Moll |
| 73 | John Mulhern Company | 73 | Joplin Fire Protection Co. |
| 74 | Keystec Environmental | 74 | Kenco Security and Technology |
| 75 | Labor Ready | 75 | Knobbe Martens Olson & Bear LLP |
| 76 | Lanphar Mechanical Services, inc. | 76 | Lakeland Development Company |
| 77 | Liberty Process Equipment, Inc. | 77 | Left Lane Transportation |
| 78 | Liquid Metal Concepts | 78 | Lincoln National Life Insuarnce Company |
| 79 | Lyco Hot Shot | 79 | Loeb & Loeb |
| 80 | M&S Logistics | 80 | LA Tax County Tax Collector |
| 81 | Manufacturing Resource Partners | 81 | Manatt, Phelps & Phillips |
| 82 | McMaster-Carr | 82 | Matt Bokenkroger |
| 83 | Metcalf Auto Supply | 83 | Microsoft Corporation |
| 84 | MFA Oil | 84 | Missouri & Northern Arkansas Railroad |
| 85 | Mid-America Distillations, Inc. | 85 | Missouri Dept. of Agriculture |
| 86 | Mid-America Pump | 86 | Missouri Dept. of Revenue |
| 87 | Midwest Materials Co. | 87 | Missouri Gas Energy |
| 88 | MPW Industrial Services | 88 | Mobile Mini Inc. |
| 89 | Murex Environmental, Inc. | 89 | Mobile Modular Management |
| 90 | New Penn Motor Express, Inc. | 90 | ModSpace |
| 91 | Northern States Filtration co. | 91 | Morgan Lewis Bockius LLP |
| 92 | O'Reilly Auto Parts | 92 | Oil Price Information Services |
| 93 | O.C. Vacuum Inc. | 93 | Oros & Busch Application Technologies |
| 94 | Ozark Business Systems Inc. | 94 | Pace Analytical |
| 95 | Ozark Crane Services | 95 | PAI Accounting Department |
| 96 | Pacific Office Automation | 96 | Philadelphia Gas Works |
| 97 | Pan Pacific Surveyors, Inc. | 97 | Protection One Security Solutions |
| 98 | Paraclete Management Inc. | 98 | Richard Gagnon |
| 99 | Paychex | 99 | Richard Whitmarsh |
| 100 | Permian Machine Movers | 100 | Robert Latek |
| 101 | Port Plastics | 101 | Sante Fe Springs Line X |
| 102 | Praxair Distribution Inc. | 102 | Sherwood Systems |
| 103 | Praxair Inc. | 103 | Shook Hardy & Bacon LLP |
| 104 | Precision Fitting & Gauge Co. | 104 | Sigma Opportunity Fund II, LLC |
| 105 | Precisionlift, Inc. | 105 | Snell & Wilmer |

| 106 | Professional Transportation Center | 106 | South Coast AQMD |
|---|---|---|---|
| 107 | Pump & Power Equipment Corp. | 107 | Sugar Milner Peterson Miranda |
| 108 | Purchase Power | 108 | Tate Engineering |
| 109 | PVF Sales, Inc. | 109 | Taylor Stafford Clithero & Harris |
| 110 | Quality Carriers, Inc. | 110 | The Global Edge Consultants |
| 111 | Quality One Electric, LLC | 111 | The Jacobsen Publishing |
| 112 | Race Brothers Farm & Home Supply | 112 | Thienes Engineering, Inc. |
| 113 | Rail America/MMA | 113 | Town of Deaver |
| 114 | Reddaway Inc. | 114 | Travelers Insurance |
| 115 | Reliable Forklift Sales LLC | 115 | Trea Inc. |
| 116 | Republic Services | 116 | UMB Bank |
| 117 | Rockwater Energy Solutions | 117 | United States of America/EPA |
| 118 | RyanHerco | 118 | UPS |
| 119 | Ryerson Steel | 119 | Verizon Wireless |
| 120 | S and G Pumping Service | 120 | Waste Management of AZ |
| 121 | Safety-Kleen Systems, Inc. | 121 | Waste Management Solutions, Inc. |
| 122 | SC Environmental Services, Inc. | 122 | Water Revenue Bureau |
| 123 | SC Fuels | 123 | WCA Waste Corporation |
| 124 | Schelle SM Inc. Plumbing & Heating | 124 | Wells Fargo Equipment Finance |
| 125 | Schroepfer Services, LLC | 125 | West Comm, LLC |
| 126 | Scottsdale Commercial Development | | |
| 127 | Sea Box, Inc. | | |
| 128 | Seafar, Inc. | | |
| 129 | SEMO Tank/Baker Equipment Co. | | |
| 130 | SEW Eurodrive | | |
| 131 | Shred-It USA Phoenix | | |
| 132 | Southern California Material Handling | | |
| 133 | Southern Tank Leasing | | |
| 134 | Southwest Pumps & Filters, Inc. | | |
| 135 | ST Freight, LLC | | |
| 136 | Standard & Poor's Financial Services | | |
| 137 | Star Mechanical Supply | | |
| 138 | Steeltrek | | |
| 139 | Sterling Blower Company | | |
| 140 | Stress Less Environment LLC | | |
| 141 | Sunbelt Rentals, inc. | | |
| 142 | Superior Sweeping | | |
| 143 | Sweco | | |
| 144 | Tasco Centrifuge | | |
| 145 | TCT West, Inc. | | |
| 146 | Trango Technology, Inc. | | |
| 147 | Transflo Corporation | | |
| 148 | Trimac Transportation | | |
| 149 | Trinity Industries Leasing Company | | |
| 150 | Tyco Integrated Security, LLC | | |
| 151 | Uline | | |
| 152 | United Rentals | | |
| 153 | United Scale Service inc. | | |
| 154 | United Site Services | | |
| 155 | US Peroxide | | |
| 156 | USA Blue Book | | |
| 157 | Volvo Rents | | |
| 158 | Waterjet | | |

159   Westway Feed Products, LLC
160   Wiedrick's Crane Service, Inc.
161   Wiese USA
162   Willis of Arizona, inc.
163   Wm. W. Nugent Company
164   YRC Freight