# United States Bankruptcy Court
### District of Arizona

In re <u>RDX TECHNOLGIES CORPORATION</u>,    Case No. <u>2:17-bk-14387</u>

       Debtor    Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF RDX TECHNOLOGIES CORPORATION <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the report as of <u>6/19/2018</u> on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of RDX TECHNOLOGIES CORPORATION holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest to Estate | Tab |
|---|---|---|
| Ridgeline Energy Services (USA), Inc. | 100% Equity interest | |
| SFS Real Estate Recovery, LLC[1] | 100% Equity Interest | |
| Danzik Hydrological Sciences, LLC[2] | 100% Equity Interest | |
| RDX Energy Group, LLC | 100% Equity Interest | |
| RDX Applied Technologies I, LLC | 100% Equity Interest | |
| RDX Operations, Inc. | 100% Equity Interest | |
| RDX Water Group, LL | 100% Equity Interest | |
| Changing World Technologies, LP | 100% Equity Interest | |

---

[1] SFS Real Estate Recovery, LLC, RDX Energy Group, LLC, RDX Applied Technologies, LLC, RDX Operations, Inc., RDX Water Group, LLC, Changing World Technologies, LLP, Renewable Environment Solutions, LLC, and Thermo-Depolymerization Process, LLC, are all empty non-operating corporate shells with no assets that conduct no business and having no financial information to report; no separate exhibits regarding these non-operating shells are presented herein this report.

[2] Proprietary Technology was acquired from Dennis Danzik ("Danzik") and his affiliate in April 4, 2011 pursuant to a Purchase Agreement dated April 4, 2011 ("Purchase Agreement") whereby Danzik transferred the Proprietary Technology to Danzik Hydrologic Sciences, LLC ("DHS") and the Debtor acquired 100% membership interest in DHS. DHS has no other assets or any liabilities and is otherwise not operating. The Purchase Agreement provides that the Debtor also directly acquired control of Proprietary Technology through the acquisition of the DHS equity.

| Renewable Environment Solutions, LLC | 100% Equity Interest | |
| Thermo-Depolymerization Process, LLC | 100% Equity Interest | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of RDX TECHNOLOGIES CORPORATION holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:

_[signature]_

Signature of Authorized Individual

___Tony Ker_____
Name of Authorized Individual


Interim CEO / DIRECTOR
Title of Authorized Individual

B26 (Official Form 26)– Cont.

## Exhibit A
## Valuation Estimate for [Entities]

All entities are estimated to be valued at $0.

B26 (Official Form 26)– Cont.

**Exhibit B**
**Financial Statements for [Entities]**

The entities do not have any financial activity at the present time.

**Exhibit B-1**
**Balance Sheet [Entities]**
As of 31 MAY 2018

N/A

B26 (Official Form 26)– Cont.

**Exhibit B-2**
**Statement of Income (Loss) for [Entities]**
Period ending 31 MAY 2018

The entities do not currently have any income (loss) to report.

B26 (Official Form 26)– Cont.

**Exhibit B-3**
**Statement of Cash Flows for [Entities]**
For the period ending 31 MAY 2018

The entities do not currently have any statements of cash flow.

B26 (Official Form 26)– Cont.

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for**
**[Entities]**
period ending 31 MAY 2018

None.

B26 (Official Form 26)– Cont.

## Exhibit C
## Description of Operations for [Entities]

The business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.

    None.