J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 707-1480
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

*Attorneys for CWT Canada II Limited Partnership, Resource Recovery Corporation, Jean Noelting, GEM Holdco, LLC and GEM Ventures, Ltd.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| RDX TECHNOLOGIES CORPORATION, | Case No. 2:17-bk-14387-PS |
| Debtor | **STATEMENT OF RYAN RAPP & UNDERWOOD PLC PURSUANT TO RULE 2019** |

Pursuant to Bankruptcy Rule 9019, the law firm of Ryan Rapp & Underwood, PLC ("RRU"), submits this statement of representation of more than one party in this case:

1. The name and address of each party represented by RRU is:

   a. CWT Canada II Limited Partnership
      1209 Orange Street
      Wilmington, DE 19801

   b. Resource Recovery Corporation
      2711 Centerville Road, Suite 400
      Wilmington, DE 19808

     c. Jean Noelting
        4100 Yonge Street
        Toronto, ON M2P2G2
        Canada

     d. GEM Holdco, LLC
        590 Madison Avenue
        New York, NY 10022

     e. GEM Ventures, Ltd.
        590 Madison Avenue
        New York, NY 10022

2. The nature of the interest or the amount of the claims and the dates of acquisition are:

    a. CWT Canada II Limited Partnership holds a judgment against RDX Technologies Corporation in the amount of $7,666,521.49 as of the petition date (December 5, 2017) in this case. This judgment was entered by a New York trial court on September 7, 2016 in a case styled *GEM Holdco, LLC v. Changing World Technologies, L.P.*, Index No. 650841/2013 (Sup. Ct. N.Y. Co.). Though the claims resulting in this judgment arose prior to its entry, CWT Canada II Limited Partnership acquired its judgment on September 7, 2016.

    b. Resource Recovery Corporation holds a judgment against RDX Technologies Corporation in the amount of $7,666,521.49 as of the petition date (December 5, 2017) in this case. This judgment was entered by a New York trial court on September 7, 2016 in a case styled *GEM Holdco, LLC v. Changing World Technologies, L.P.*, Index No. 650841/2013 (Sup. Ct. N.Y. Co.). Though the claims resulting in this judgment arose prior to its entry, Resource Recovery Corporation acquired its judgment on September 7, 2016.

    c. Jean Noelting holds a judgment against RDX Technologies Corporation in the amount of $7,666,521.49 as of the petition date (December 5, 2017) in this case. This judgment was entered by a New York trial court on September 7, 2016 in a case styled *GEM Holdco, LLC v. Changing World Technologies, L.P.*, Index No. 650841/2013 (Sup. Ct. N.Y. Co.). Though the claims resulting in this judgment arose prior to its entry, Mr. Noelting acquired his judgment on September 7, 2016.

d. GEM Holdco, LLC hold a judgment against RDX Technologies Corporation in the amount of $9,368,462.19 as of the petition date (December 5, 2012) in this case. This judgment was entered by a New York trial court on June 2, 2017 in a case styled *GEM Holdco, LLC v. RDX Technologies Corporation*, Index No. 653694/2015 (Sup. Ct. N.Y. Co.). Though the claims resulting in this judgment arose prior to its entry, GEM Holdco, LLC acquired its judgment on June 2, 2017.

   e. GEM Ventures, Ltd. is a contingent creditor of RDX Technologies Corporation in the amount of $27 million as of the petition date (December 5, 2017) in this case. This claim arises from certain litigation claims asserted by GEM Ventures, Ltd. and GEM Holdco, LLC against Dennis Danzik and RDX Technologies Corporation. GEM Ventures, Ltd. acquired these claims in 2013.

3. RRU represents its clients on an hourly basis.

4. Other than ordinary lawyer-client retainer letters, there is no instrument whereby RRU is empowered to act on behalf of creditors.

5. The undersigned attorney, who is a partner at RRU, declares under penalty of perjury that the foregoing statement of representation is true and correct.

DATED this 9th day of July, 2018.

RYAN RAPP & UNDERWOOD, PLC

By /s/ J. Henk Taylor (016321)
   Henk Taylor
*Attorneys for CWT Canada II Limited Partnership, Resource Recovery Corporation, Jean Noelting, GEM Holdco, LLC and GEM Ventures, Ltd.*

| | |
|---|---|
| 1 | **ORIGINAL** e-filed and a **COPY** of the foregoing e-mailed this 9th day of July, 2018 to: |
| 2 | |
| 3 | Mark Giunta<br>LAW OFFICE OF MARK GIUNTA |
| 4 | 531 East Thomas Road, Suite 200<br>Phoenix, AZ 85012 |
| 5 | markgiunta@giuntalaw.com<br>*Counsel to Debtor-In-Possession* |
| 6 | |
| 7 | Christopher J. Pattock<br>OFFICE OF THE US TRUSTEE |
| 8 | 230 N. First Ave., Suite 204<br>Phoenix, AZ 85003 |
| 9 | christopher.j.pattock@usdoj.gov |
| 10 | |
| 11 | /s/ Henk Taylor |