Robert R. Kinas (AZ Bar No. 011560)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com

Emily Greer Gildar Wagner (#028811)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: ewagner@swlaw.com
Attorneys for Butterball, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RDX TECHNOLOGIES CORPORATION,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:17-bk-14387-PS<br><br>**LIMITED OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**<br><br>Date:     July 17, 2018<br>Time:    11:00 a.m. (Arizona)<br>Location: 230 N. 1st Ave.<br>              Phoenix, AZ 85003<br>              Courtroom 601 |

Butterball, LLC ("Butterball"), by and through its undersigned counsel, hereby submits this limited objection (the "Limited Objection") to the confirmation of the Plan of Reorganization [ECF No. 50] (the "Plan") filed by RDX Technologies Corporation (the "Debtor") in the above-captioned bankruptcy case (the "Bankruptcy Case"). In support of this Limited Objection, Butterball, by and through its undersigned counsel, states as follows:

## I. PROCEDURAL BACKGROUND

1. On December 5, 2017 (the "Petition Date") the Debtor filed its petition commencing the Bankruptcy Case.

2. Along with the petition commencing the Bankruptcy Case, the Debtor filed its Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 1] (the "Schedules and Statement"). The Debtor's Schedules and Statement reflect that it has a number of subsidiaries. Included in those subsidiaries is Renewable Environmental Solutions, LLC ("RES"). The Debtor lists RES as having no current value. See Schedule A/B at 2.

3. The Schedules and Statement also reflect an alleged debt owed to Butterball by the Debtor in the amount of $8,912.13 (the "Butterball Scheduled Claim"). See Schedule E/F at 8.

4. On April 4, 2018, the Debtor filed the Plan. Thereafter, on May 23, 2018, the Court entered an Order Approving Disclosure Statement and Fixing Time for Filing Acceptance or Rejection of Plan, Combined With Notice Thereof [Docket No. 82] and setting the hearing date for confirmation of the Plan as July 17, 2018 at 11:00 a.m. (Pacific) with objections to confirmation of the Plan due on or before July 10, 2018.

## II. FACTUAL BACKGROUND

5. On or about April 3, 2002, ConAgra Poultry Company entered into a lease (the "Lease") for certain property contiguous and proximate to North Main Street, Carthage, Missouri (the "Premises") with RES. ConAgra Poultry Company subsequently assigned the Lease to ConAgra Foods Refrigerated Foods Co., Inc. in 2003, who later assigned it to Butterball in 2006. True and correct copies of the Lease and the subsequent assignments are attached hereto as **Exhibit A**. The initial term of the lease was twenty-five (25) years, with the option for RES to renew the term for five (5) additional terms of five (5) years each. See Lease § 2(b) – (c). Payment under the Lease was guaranteed by Changing World Technologies, Inc. ("CWT"). CWT is not listed on the Debtor's

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1  Schedules and Statement.[1]

2  6. In 2013, RES vacated the Premises having not properly terminated the
3  Lease. On June 29, 2016, Butterball obtained a judgment (the "Judgment") against RES
4  for twenty-one (21) months of unpaid rent (the "Unpaid Rent"), among other things. A
5  true and correct copy of the Judgment is attached hereto as **Exhibit B**. Pursuant to the
6  terms of the Lease, beyond the Unpaid Rents, RES and CWT are responsible to indemnify
7  Butterball for, among other things, any and all environmental damage (the "Damage") to
8  the Premises during RES's occupancy. See Lease § 10.2. Subsequent to RES's departure
9  from the Premises, Butterball discovered certain Damage to the property for which it has
10 funded the remediation in excess of $3 million. To date, payment has not been received
11 with respect to the Unpaid Rents or the indemnification for remediation of the Damage.

## III. LIMITED OBJECTION

13 7. Butterball has reviewed the Plan proposed by the Debtor. Butterball
14 understands from the terms of the Plan that the debts of RES and CWT are not affected in
15 any way by this Bankruptcy Case and/or the confirmation of the Plan. Butterball files this
16 Limited Objection only to the extent that Butterball's understanding is incorrect, and to
17 the extent that the Debtor is seeking to discharge, release, or impact in any way, any
18 claims against any entity other than the Debtor.

19 8. Section 11.01 of the Plan provides for a release and discharge of claims only
20 against the Debtor. See Plan § 11.01 (providing for "satisfaction, discharge and release of
21 all Claims . . .. Confirmation of this Plan shall discharge the Debtor from all Claims . . .."
22 (emphasis added)); id. § 1.14 (defining "Claim" as a "right to . . . payment from the
23 Debtor . . .." (emphasis added)).

24 9. Section 11.02 of the Plan further makes clear that the discharge sought by
25 the Debtor pursuant to the Plan shall not discharge the debts of other entities. See Plan §
26 11.02 ("Pursuant to section 524(e) of the Bankruptcy Code, except as otherwise provided

---

[1] The Schedules and Statement list Changing World Technologies, LP; however, upon information and belief, this is a separate limited partnership and not the corporation that guaranteed RES's obligations pursuant to the Lease.

in this Plan, the discharge of a debt of the Debtor, pursuant to this Plan, shall not affect the liability of any other entity on, or the Property of any other entity for, such debt.").

10. However, it appears from the Schedules and Statement that certain creditors of RES have been included therein, not the least of which is Butterball itself. Specifically, Butterball has no record of the Butterball Scheduled Claim that is listed in the Debtor's Schedules and Statement. Butterball's claim is with respect to debts owed to it by RES and CWT, not the Debtor. Indeed, the inclusion of the Butterball Scheduled Claim gives rise to concern that the Debtor is attempting to clear the debts of its subsidiaries through its Bankruptcy Case. Accordingly, Butterball files this Limited Objection out of an abundance of caution to ensure that the Debtor's Plan does not discharge, release, or impact in any way, any debt or obligation owed to it by RES or CWT.

## IV. **CONCLUSION**

WHEREFORE, for the foregoing reasons, Butterball respectfully requests that the Court (i) enter an order confirming the Plan with the clarifications requested by Butterball herein and (ii) grant Butterball such further relief as is just and proper.

RESPECTFULLY SUBMITTED this 10th day of July, 2018.

SNELL & WILMER L.L.P.

By: /s/ *Emily Wagner*
Robert R. Kinas (#011560)
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169

Emily Greer Gildar Wagner
One Arizona Center
400 E. Van Buren St., Suite 1900
Phoenix, AZ 85004-2202

*Attorneys for Butterball, LLC*

**E-FILED** this 10th day of July 2018, and
**COPIES** served by email on the following:

Mark J. Giunta
Law Office of Mark J. Giunta
531 E. Thomas Rd., Ste. 200
Phoenix, AZ 85012
markgiunta@giuntalaw.com
Attorney for the Debtor

4823-1286-5133

Christopher J. Pattock
Office of the U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003
christopher.j.pattock@usdoj.gov
U.S. Trustee

J. Henk Taylor
Ryan Rapp & Underwood, P.L.C.
3200 N. Central Ave., Ste. 2250
Phoenix, AZ 85012
htaylor@rrulaw.com
Attorneys for CWT Canada II LP,
Resource Recovery Corporation,
Jean Noelting, GEM Holdco, LLC,
and GEM Ventures, Ltd.

Joshua Wurtzel
Jeffrey M. Eilender
Bradley J. Nash
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
jwurtzel@schlamstone.com
jeilender@schlamstone.com
bnash@schlamstone.com
Attorneys for CWT Canada II Limited Partnership
and Resource Recovery Corporation

/s/ Mary J. Minnick