Mark J. Giunta (#015079)
Liz Nguyen (#030282)
Law Office of Mark J. Giunta
531 East Thomas Road, Suite 200
Phoenix, Arizona 85012
Phone (602) 307-0837
Fax (602) 307-0838
Email markgiunta@giuntalaw.com
Email liz@giuntalaw.com

*Attorneys for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RDX TECHNOLOGIES CORPORATION,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:17-bk-14387-PS<br><br>**DISCLOSURE OF COMPENSATION RECEIVED TO REPRESENT DEBTOR PURSUANT TO RULE 2016** |

Law Office of Mark J. Giunta ("Firm") pursuant to Rule 2016, Federal Rules of Bankruptcy Procedure, hereby discloses that on August 8, 2018, the Firm received a payment of $15,000.00 from a third party, Inductance Energy Corporation ("IEC"), to be deposited in trust as additional retainer for the current representation of the Debtor. IEC is same the source that provided the pre-petition retainer to the Firm. The monies are held in trust pending approval from the court on appropriate fee application(s) by the Firm.

DATED this 16th day of August, 2018.

                                                LAW OFFICE OF MARK J. GIUNTA

                                                By   /s/  Mark J. Giunta SBN 015079
                                                       Mark J. Giunta, Esq.
                                                       Liz Nguyen, Esq.
                                                     *Attorneys for Debtor*

A Copy of the foregoing was electronically filed
This 16th day of August, 2018 with the U.S. Bankruptcy Court.

COPY of the foregoing mailed (and/or served via
fax* or e-mail** if so marked) 16th day of August, 2018, to:

J. Henk Taylor *htaylor@rrulaw.com
RYAN RAPP & UNDERWOOD, P.L.C.
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
*Attorney for CWT Canada II LP*

Christopher J. Pattock *christopher.j.pattock@usdoj.gov
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Joshua Wurtzel *jwurtzel@schlamstone.com
Jeffrey M. Eilender *jeilender@schlamstone.com
Bradley J. Nash *bnash@shalamstone.com
Schlam Stone and Dolan LLP
26 Broadway
New York, NY 10004
*Attorneys for CWT Canada II LP*

Robert R. Kinas, Esq. *rkinas@swlaw.com
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Butterball, LLC*

Emily Wagner, Esq. *ewagner@swlaw.com
Snell & Wilmer, LLP
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004
*Attorney for Butterball, LLC*

United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706

Logan Schutz