J. Henk Taylor (016321)
**RYAN RAPP & UNDERWOOD, P.L.C.**
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
Telephone: (602) 707-1480
Facsimile: (602) 265-1495
Email: htaylor@rrulaw.com

*Attorneys for CWT Canada II LP, Resource Recovery Corporation and GEM Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| RDX TECHNOLOGIES CORPORATION, | Case No. 2:17-bk-14387-PS |
| Debtor | **ORDER (I) GRANTING MOTION FOR SUMMARY JUDGMENT ON PLAN CONFIRMATION and (II) DENYING CONFIRMATION OF PLAN OF REORGANIZATION DATED APRIL 4TH, 2018** |

This matter is before the Court on the "Motion for Summary Judgment on Plan Confirmation" (DE 115) (the "Motion") filed by creditors CWT Canada II Limited Partnership ("CWT"), Resource Recovery Corporation ("RRC") and GEM Holdco, LLC ("GEM" and collectively with CWT and RRC, the "Objecting Creditors") on August 16, 2018. In the Motion, the Objecting Creditors seek summary judgment denying confirmation of the "Plan of Reorganization Dated April 4th, 2018 Proposed by the Debtor" (DE 50) (the "Plan").

The Debtor responded to the Motion on September 6, 2018 (DEs 118 and 118). The Objecting Creditors filed their reply in support of the Motion on September 20, 2018 (DE 123).

The Court heard oral argument on the Motion from counsel for the Objecting Creditors and the Debtor on October 2, 2018.  At the conclusion of this oral argument, pursuant to Rule 52 of the Federal Rules of Civil Procedure and Rule 7052 of the Federal Rules of Bankruptcy Procedure, the Court placed its findings of fact and conclusions of law on the Motion on the record.

Based on the findings of fact and conclusions of law as stated on the record at the October 2, 2018 hearing,

IT IS ORDERED:

1. The Motion is Granted; and
2. Confirmation of the Plan is hereby Denied.

DATED and SIGNED ABOVE.