IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| RDX TECHNOLOGIES CORPORATION, | Case No. 2:17-bk-14387-PS |
| Debtor. | |

**ORDER APPROVING SECOND APPLICATION FOR FEES AND EXPENSES INCURRED BY ATTORNEY FOR DEBTOR RDX TECHNOLOGIES CORPORATION**

Applicant Mark J. Giunta having filed a *Second Application For Fees And Expenses Incurred by Attorney For Debtor* in the above-captioned matter for services rendered between April 1, 2018 through August 31, 2018, no objections having been filed after sufficient notice to all interested parties and creditors, and good cause appearing,

IT IS HEREBY ORDERED approving Applicant's request for fees in the above-captioned matter in the amount of $30,590.50 together with reimbursement of expenses in the amount of $2,095.19 for an aggregate of $32,685.69 for the period between April 1, 2018 through August 31, 2018 and allowing the same as an administrative priority claim.

IT IS FURTHER ORDERED directing the debtor to pay these fees and costs to the Applicant.

**DATED AND SIGNED ABOVE.**