ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. 1st Ave., #204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2614
Facsimile: (602) 514-7270
E-Mail: Christopher.J.Pattock@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| RDX TECHNOLOGIES CORPORATION, | No. 2:17-bk-14387-PS |
| Debtor. | UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS |

In furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a)(3), (5) and (8), in addition to 11 U.S.C. § 307, the United States Trustee moves for conversion or dismissal of this case pursuant to 11 U.S.C. § 1112(b). This motion is supported by the entire record before the Court in this case and the below Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED this 19th day of October, 2018.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK
Trial Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

RDX Technologies Corporation, (hereinafter "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code on December 17, 2015, case number 2:15-bk-15859-PS. That case was dismissed on May 23, 2016 without the Debtor being able to confirm a plan. *See* docket number 143.

Approximately 18 months later, on December 5, 2017, the Debtor filed the present case, and then filed and attempted to prosecute a chapter 11 plan. However, confirmation of the plan was denied by the Court on October 9, 2018, pursuant to a motion for summary judgment brought by three general unsecured creditors with claims totaling in excess of $16 Million. *See* docket numbers 132 and 115, respectively. Based upon the Court's ruling, and the fact that there is only one impaired class (general unsecured creditors), and the total claim amounts of the aforementioned three general unsecured creditors dwarf those of the remaining general unsecured creditors, it is clear that the Debtor cannot confirm a plan.[1]

Accordingly, it appears that either dismissal or conversion of this case to chapter 7 is appropriate, because the Debtor has been - and is - unable to effectuate a confirmable plan. Such a basis for conversion remains a viable basis for conversion given that "the list of the items that constitute cause [under section 1112(b)[(4)] is not exclusive." 7 *Collier on Bankruptcy*, P 1112.04[6][b] at 1112-27 (Bender 2011). See *In re Am. Capital Equip., Inc.*, 405 B.R. 415

---

[1] The Debtor unsuccessfully attempted to create ("gerrymander") three different classes of general unsecured creditors, despite the fact that there were no legally discernible differences between the claims in these three purported classes.

(Bankr. W.D. Pa. 2009), where the bankruptcy court converted the case to chapter 7 after the Debtor was unable to confirm a plan after the filing of five plans. This decision was affirmed by the Third Circuit in *In re Am. Capital Equip., LLC*, 688 F.3d 145 (3rd Cir, 2012) (Section 1112(b) provides a non-exhaustive list of grounds for finding "cause" to convert or dismiss, and the list of examples includes inability to effectuate a plan).

In the event that the Court does not believe conversion or dismissal to be appropriate at this time, it is respectfully requested that it set a deadline by which a plan of reorganization and disclosure statement must be filed. A debtor should not be allowed to remain in a chapter 11 indefinitely without a plan of reorganization. *In re Maropa Marine Sales Service and Storage, Inc.*, 90 B.R. 544, 547 (Bankr. S.D. Fla. 1988).]

WHEREFORE, the United States Trustee respectfully requests the Court to dismiss this case or convert it to a case under Chapter 7 of the Bankruptcy Code.

RESPECTFULLY SUBMITTED this 24th day of October, 2018.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK
Trial Attorney

Copy of the foregoing mailed on
the 25th day of October, 2018, to:

MARK J. GIUNTA, ESQ.
LAW OFFICE OF MARK J. GIUNTA
531 EAST THOMAS ROAD, SUITE 200
PHOENIX, AZ 85012

_____

3