# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

)

)

)

RDX Technologies Inc.   )

)

)

)

)

Debtor )

)

CASE NO.   2:17-bk-14387-PS

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF OCTOBER

DATE PETITION FILED:   Filed 12/05/17

TAX PAYER ID NO. :   ████0278

Nature of Debtor's Business: WATER TREATMENT TECHOLOGY -OIL &GAS - INDUSTRIAL

ENERGY PRODUCTION FROM WASTE

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      Director - Acting CEO

                                               TITLE

ANTHONY (Tony) Ker                          14-Nov-18

PRINTED NAME OF RESPONSIBLE PARTY                  DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER                      TITLE

Tony Ker

PRINTED NAME OF PREPARER                            DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** TONY KER

PHONE NUMBER: 778 955 8047

ADDRESS: 1240 McPhee Rd NARAMATA BC
CANADA V0H 1N1

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

# CURRENT MONTH"S
# RECEIPTS AND DISBURSEMENTS

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | Total |
| Oct-18 | # | ▉5134 | ▉2446 # | | N/A |

| | Operating | Payroll |
|---|---|---|
| Balance at Beginning of Period | $4.00 | $0.00 |

**RECEIPTS**

| | Operating | Payroll | Tax | Total |
|---|---|---|---|---|
| Cash Sales | | | | N/A |
| Accounts Receivable | | | | N/A |
| Loans and Advances | | $3,200.00 | | $3,200.00 |
| Sale of Assets | | | | N/A |
| Transfers from Other DIP Accounts | | | | N/A |
| | | | | |
| | | | | |
| Other  (attach list) | | | | N/A |
| TOTAL RECEIPTS | | | | N/A |

**DISBURSEMENTS**

| | Operating | Payroll | Tax | Total |
|---|---|---|---|---|
| Business - Ordinary Operations | | $1,314.03 | | $1,314.03 |
| Capital Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| Bank fees | $16.00 | $45.00 | | $61.00 |
| TOTAL DISBURSMENTS | | | | $1,375.03 |
| **Reorganization Expenses:** | INCURRED AND PAYABLE | | | |
| Attorney Fees | $47,760.88 | | | N/A |
| Accountant Fees | | | | N/A |
| Other Professional Fees | | | | N/A |
| U. S. Trustee Quarterly Fee (1st & 2nd Qtr) | | | | N/A |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | $16.00 | | | |

| | Operating | Payroll | Tax | Total |
|---|---|---|---|---|
| **Balance at End of Month** | ($12.00) | $1,840.97 | | $1,828.97 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | $1,375.03 |
| **Less**: Transfers to Other DIP Accounts | N/A |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | N/A |
| Total Disbursements for Calculating Quarterly Fees | $1,375.03 |

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | | | N/A |
| Less: Returns & Discounts | | | N/A |
| Net Revenue | | | N/A |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | N/A |
| Direct Labor | $1,314.03 | $1,314.03 | $1,314.03 |
| Direct Overhead (attach detail) | | | N/A |
| Total Cost of Goods Sold | | | N/A |
| GROSS PROFIT | ($1,314.03) | ($1,314.03) | ($1,314.03) |

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | N/A |
| Selling & Marketing (attach detail) | | | N/A |
| General & Administrative (attach detail) | | | N/A |
| Other Expenses (attach detail) | ($61.00) | ($35.00) | ($96.00) |
| Total Operating Expenses | | | N/A |
| Income Before Non-operating Income and Expense | | | N/A |

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | N/A |
| Other Expense (attach list legal fees) | ($3,609.84) | ($47,760.88) | ($47,760.88) |
| Interest Expense | | | N/A |
| Depreciation/Depletion | | | N/A |
| Amortization | | | N/A |
| Net Other Income & Expense | | | N/A |
| Income Before Reorganization Expense | | | N/A |

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | N/A |
| U.S. Trustee Fees | | | N/A |
| Other (attach list) | | | N/A |
| Total Reorganization Expenses | | | N/A |
| Income Tax | | | N/A |
| NET PROFIT OR (LOSS) | ($4,984.87) | ($49,109.91) | ($49,170.91) |

Page 3

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | N/A |
| Restricted Cash | | | N/A |
| Total Cash | | | N/A |
| Accounts Receivable (net) | | | N/A |
| Inventory | | | N/A |
| Notes Receivable | | | N/A |
| Prepaid Expenses | | | N/A |
| Other (attach list) | | | N/A |
| Total Current Assets | | | N/A |
| Property, Plant & Equipment | | | N/A |
| Less: Accumulated Depreciation | | | N/A |
| Net Property, Plant & Equip. | | | N/A |
| Due From Insider(s) | | | N/A |
| Other Assets - net (attach list) | | | N/A |
| Other (attach list) | | | N/A |
| TOTAL ASSETS | | | N/A |
| **POST-PETITION LIABILITIES** | | | N/A |
| Accounts Payable | | | N/A |
| Taxes Payable | | | N/A |
| Notes Payable | | | N/A |
| Professional Fees | | | N/A |
| Secured Debt | | | N/A |
| Other (attach list) | | | N/A |
| Total Post-Petition Liabilities | | | N/A |
| **PRE-PETITION LIABILITIES** | | | N/A |
| Secured Debt | | | N/A |
| Priority Debt | | | N/A |
| Unsecured Debt | | | N/A |
| Other (attach list) | | | N/A |
| Total Pre-Petition Liabilities | | | N/A |
| TOTAL LIABILITIES | | | N/A |
| **EQUITY** | | | N/A |
| Pre-petition Owner's Equity | | | $425,000.00 |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | N/A | | | |
| Less Amount Considered Uncollectible | N/A | | | |
| Net Accounts Receivable | N/A | | | |

| DUE FROM INSIDER | | |
|---|---|---|
| Schedule Amount | N/A | N/A |
| Plus: Amount Loaned Since Filing Date | N/A | N/A |
| Less: Amount Collected Since Filing Date | N/A | N/A |
| Less: Amount Considered Uncollectible | N/A | N/A |
| Net Due From Insiders | N/A | N/A |

| INVENTORY | | |
|---|---|---|
| Beginning Inventory | N/A | |
| Plus: Purchases | N/A | |
| Less: Cost of Goods Sold | N/A | |
| Ending Inventory | N/A | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | N/A | N/A | N/A | N/A |
| Buildings | N/A | N/A | N/A | N/A |
| Accumulated Depreciation | N/A | N/A | N/A | N/A |
| Net Buildings | N/A | N/A | N/A | N/A |
| Equipment | N/A | N/A | N/A | N/A |
| Accumulated Depreciation | N/A | N/A | N/A | N/A |
| Net Equipment | N/A | N/A | N/A | N/A |
| Autos/Vehicles | N/A | N/A | N/A | N/A |
| Accumulated Depreciation | N/A | N/A | N/A | N/A |
| Net Autos/Vehicles | N/A | N/A | N/A | N/A |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

N/A

_____

_____

Page 5

Case Number: 2:17-bk-14387-PS

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | N/A | | | | |
| Taxes Payable | N/A | | | | |
| Notes Payable | N/A | | | | |
| Professional Fees Payable (Net of Retainer) | $47,760.88 | $3,609.84 | $44,151.04 | | |
| Secured Debt | N/A | | | | |
| Other (attach list) | N/A | | | | |
| | N/A | | | | |
| **Total Post-Petition Liabilities** | N/A | | | | |

**DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| N/A | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| N/A | | | | |
| N/A | | | | |
| N/A | | | | |
| N/A | | | | |
| **Total Payments to Proffessionals** | | | | |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | x |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees:        0

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| N/A | Prior to Operations re-starting Insurance will be put in place. | | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

RDX has and is lining up clients.

While one agreement has been approved by the court the length of time it took for approval gave the

the client cause pause until the PLAN has been fully approved...citing potential for continuity.

The other main reasons are; Improving Oil and Gas market and strength of clients, current negotiations with clients ongoing.

**Identify any matters that are delaying the filing of a plan of reorganization:**

The plan has not been approved and RDX is considering a new plan or alternative options.

# DISBURSEMENT DETAIL

**Month:** OCTOBER

**Account #** ____6134

**Bank Name** ALLIANCE

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 31/10/2018 | ALLIANCE BANK | BANK FEES | $16.00 |
| | | | N/A |
| | | | N/A |
| | | | N/A |
| | | Total Cash/Electronic Disbursements | $16.00 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| **Total checks listed on this page** | | | | N/A |
| **Total checks listed on continuation pages** | | | | N/A |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | $16.00 |
|---|---|

Page 8

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

**Month:** OCTOBER
**Account #** 2446

**Bank Name** ALLIANCE

| ELECTRONIC DISBURSMENTS | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| Direct | 10/16/2018 | S Eiland | Business organization | $1,014.00 |
| Direct | 10/16/2018 | ACH DEBIT PAYROLL | Payroll expenses | $160.30 |
| Direct | 10/26/2018 | ACH DEBIT PAYROLL | Payroll expenses | $140.00 |
| Direct | 10/16/2018 | ALLIANCE BANK | BANK FEES | $45.00 |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | $1,359.30 |

Page 8a

RDX TECHNOLOGIES CORPORATION
D.I.P. CASE NO. 2:17-BK-14387-PS
TAX ACCOUNT
14747 N NORTHSIGHT BLVD SUITE 111-133
SCOTTSDALE AZ 85260-2633

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
2701 E Camelback Road Ste 110
Phoenix AZ 85016

**THANK YOU FOR BANKING WITH US!**

## Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX4466 | Beginning balance | $4.00 |
| Low balance | $4.00 | Total additions | 3,200.00 |
| Average balance | $1,525.79 | Total subtractions | 1,375.03 |
| Avg collected balance | $1,422 | Ending balance | $1,828.97 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-16 | ' Wire Dr Usd | 1,014.00 |
| | OUTGOING WIRE BNF SHELDONNA EILAND;REF ;WIRE/OUT - 20182890189700 | |
| 10-16 | ' Direct S/C | 45.00 |
| | DOM WIRE OUT FEE | |
| 10-18 | ' ACH Debit | 160.03 |
| | ADP Tax ADP Tax 181018 R5WME 101901A01 | |
| 10-26 | ' ACH Debit | 140.00 |
| | ADP PAYROLL FEES ADP - FEES 181026 2RWME 1745560 | |
| 10-31 | ' Service Charge | 16.00 |
| | MAINTENANCE FEE | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-11 | Deposit | 3,200.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09-30 | 4.00 | 10-16 | 2,145.00 | 10-26 | 1,844.97 |
| 10-11 | 3,204.00 | 10-18 | 1,984.97 | 10-31 | 1,828.97 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

RDX TECHNOLOGIES CORPORATION
D.I.P. CASE NO: 2:17-BK-14387-PS
14747 N NORTHSIGHT BLVD SUITE 111-133
SCOTTSDALE AZ 85260-2633

Page 1 of 1
XXXXXX6134
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
2701 E Camelback Road Ste 110
Phoenix AZ 85016

---

*THANK YOU FOR BANKING WITH US!*

---

## Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX6134 | Beginning balance | $4.00 |
| Low balance | $4.00 | Total additions | .00 |
| Average balance | $4.00 | Total subtractions | 16.00 |
| Avg collected balance | $4 | Ending balance | $-12.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 10-31 | ' Service Charge | 16.00 |
| | MAINTENANCE FEE | |

REVERSED

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 4.00 | 10-31 | -12.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Bank Of Arizona*

Plus
BALANCE
8
Desc