Mark J. Giunta (#015079)
Liz Nguyen (#030282)
Law Office of Mark J. Giunta
531 East Thomas Road, Suite 200
Phoenix, Arizona 85012
Phone (602) 307-0837
Fax (602) 307-0838
Email markgiunta@giuntalaw.com
Email liz@giuntalaw.com

*Attorneys for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RDX TECHNOLOGIES CORPORATION,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:17-bk-14387-PS<br><br>**RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS**<br><br>Hearing Date: November 28, 2018<br>Hearing Time: 10:00 a.m.<br>Hearing Location: Courtroom 601 |

RDX Technologies Corporation ("Debtor"), by and through undersigned counsel, hereby files its *Response to the United States Trustee's Motion to Convert or Dismiss* filed by the United States Trustee on October 24, 2018 (Dkt. 135). While the Debtor's preference was to move forward with a plan in the matter and restart its oil services support business climate independent of the resolution of disputes with the CWT/GEM parties, case developments and current circumstances appear to either preclude that, or make it administratively very expensive and not optimal for the Debtor and other creditors of the estate. Therefore, the Debtor would stipulate to the dismissal of the case.

//

//

//

DATED this 21st day of November, 2018.

                                      LAW OFFICE OF MARK J. GIUNTA

                                      By   /s/  Mark J. Giunta SBN 015079
                                             Mark J. Giunta, Esq.
                                             Liz Nguyen, Esq.
                                             *Attorneys for Debtor*

A Copy of the foregoing was electronically filed
This 21st day of November, 2018 with the U.S. Bankruptcy Court.

COPY of the foregoing mailed (and/or served via
fax* or e-mail** if so marked) 21st day of November, 2018, to:

| | |
|---|---|
| J. Henk Taylor *htaylor@rrulaw.com<br>RYAN RAPP & UNDERWOOD, P.L.C.<br>3200 North Central Avenue, Suite 2250<br>Phoenix, Arizona 85012<br>*Attorney for CWT Canada II LP* | Christopher J. Pattock<br>*christopher.j.pattock@usdoj.gov<br>Office of the United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003 |
| Joshua Wurtzel *jwurtzel@schlamstone.com<br>Jeffrey M. Eilender<br>*jeilender@schlamstone.com<br>Bradley J. Nash *bnash@shalamstone.com<br>Schlam Stone and Dolan LLP<br>26 Broadway<br>New York, NY 10004<br>*Attorneys for CWT Canada II LP* | Robert R. Kinas, Esq. *rkinas@swlaw.com<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Butterball, LLC* |
| Emily Wagner, Esq. *ewagner@swlaw.com<br>Snell & Wilmer, LLP<br>One Arizona Center<br>400 East Van Buren Street, Suite 1900<br>Phoenix, Arizona 85004<br>*Attorney for Butterball, LLC* | United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |

Logan Schutz