SIGNED.

Dated: November 28, 2018

**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| RDX TECHNOLOGIES CORPORATION, | Case No. 2:17-bk-14387-PS |
| Debtor. | **ORDER DISMISSING CHAPTER 11 CASE** |

This matter having come before the Court on the *United States Trustee's Motion to Convert or Dismiss* ("Motion") (Dkt. 135), a joinder in the Motion having been filed by creditors CWT Canada II Limited Partnership, Resource Recovery Corporation, and GEM Holdco, LLC (Dkt. 138), a response having been filed by the Debtor (Dkt. 140), a hearing having been held on the Motion on November 28, 2018, a stipulation amongst the parties having been reached in open court, and good cause appearing,

IT IS HEREBY ORDERED the above-captioned bankruptcy case is hereby dismissed.

IT IS FURTHER ORDERED that the Debtor shall not be allowed to file any bankruptcy case in any jurisdiction for 180 days after entry of this Order.

IT IS FURTHER ORDERED that any subsequent bankruptcy filing by or against the Debtor be assigned to this Court.

**DATED AND SIGNED ABOVE**